PJS:WPP:all

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID E. HILL, | : | CIVIL NO. 3:CV-11-1609 |
| Plaintiff | : | |
| | : | (Conaboy, J.) |
| v. | : | |
| | : | |
| HARLEY LAPPIN, et al., | : | |
| Defendants | : | Filed Electronically |

### EXHIBITS TO BRIEF IN SUPPORT OF DEFENDANTS'
### MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

PETER J. SMITH
United States Attorney

WESLEY P. PAGE
Assistant U.S. Attorney
Atty. I.D. No. WV 10529

ANITA L. LIGHTNER
Paralegal Specialist
United States Attorney's Office
228 Walnut Street
Post Office Box 11754
Harrisburg, PA 17108-1754
Phone: (570)348-2800
Facsimile: (570)348-2816

Dated: January 30, 2012

**Index**

Declaration of Michael S. Romano ................................. Ex. 1

    BOP SENTRY Report, Public Information Inmate Data ........... Att. A

    Form 583 Report of Incident ................................. Att. B

    BOP Medical Records, June 22, 2010 ......................... Att. C

    Form 586 After Action Review Report ........................ Att. D

    Memorandum from J. Hepner ................................. Att. E

    Fifteen Minute Restraints Check Forms ....................... Att. F

    Two-Hour Lieutenant Restraints Check Form .................. Att. G

    Health Services Restraint Review Form ....................... Att. H

    BOP Medical Records, June 22-24, 2010 ...................... Att. I

    BOP Medical Records, June 24, 2010, through
    September 16, 2010 ......................................... Att. J

Declaration of Kevin Pigos ..................................... Ex. 2

    BOP SENTRY Report, Public Information Inmate Data ........... Att. A

    BOP Health Services Health Problems Form ................... Att. B

    BOP Health Services, Medication Summary ................... Att. C

    BOP Medical Records, January 26, 2011 ...................... Att. D

    BOP Medical Records, June 6, 2011 ......................... Att. E

    BOP Medical Records, June 6, 2011, through November 15,
    2011 ..................................................... Att. F



DEFENDANT'S EXHIBIT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HILL, | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION NO. 3:CV-11-1609 |
| | ) | |
| vs. | ) | |
| | ) | |
| HARLEY LAPPIN, et al., | ) | |
| | ) | |
| Defendants | ) | |

## DECLARATION OF MICHAEL S. ROMANO

1.    I am currently employed by the Federal Bureau of Prisons (hereafter "BOP"), and assigned to the United States Penitentiary, Lewisburg, PA(hereafter "USP Lewisburg"). I began employment with the BOP in 1991 as a Correctional Officer and was in that capacity through 2000. I returned to the Bureau of Prisons in May, 2006, as an Attorney Advisor. I remain in the capacity of Attorney Advisor assigned to USP Lewisburg.   As a part of my duties and responsibilities, I have access to inmates' records, electronic data maintained on the BOP's SENTRY computer system, Administrative Remedy data, BOP Program Statements, and PACER. I certify that the Attachments referenced herein are true and accurate to the best of my knowledge.

2.    The Plaintiff is a federal inmate currently confined in the United States Penitentiary (USP), Lewisburg.   He is currently serving an aggregated 984 months term of imprisonment for bank robbery and related charges.  He has a projected release date of May 3, 2076.   **See Attachment A, Public Information for Plaintiff**

3.      On June 22, 2010, Plaintiff was in a shower on the first floor of D Unit. A lieutenant told the Plaintiff he was being moved to another cell and was ordered to submit to hand restraints. The Plaintiff refused to be placed in restraints and threatened to assault another inmate or staff. Due to Plaintiff's assaultive behavior a use of team was authorized by the Warden. Plaintiff submitted to restraints. He was medically assessed with no injuries noted and was placed in four point restraints. Ambulatory restraints were bypassed due to Plaintiff's highly agitated state and recent history of manipulating restraints. Plaintiff was only in restraints for a period of less than 48 hours. A review of the use of force was conducted and concluded the actions taken with respect to the use of force and restraints were reasonable. **See Attachment B, Form 583, Report of Incident dated Decmeber 2, 2010; C, BOP Health Services Clinical Encounter dated June 22, 2010; D, Form 586 After Action review Report; E June 22, 2010 memo by J. Hepner**

4.      See Attachment, **F, 15 minute check records related to Plaintiff being placed in restraints on June 22, 2010.**

5.      See Attachment **G, Two Hour Lieutenant Restraint Checks for Plaintiff being placed in restraints on June 22, 2010**

6.      See Attachment **H, Health Services Restraint Review Form; I, BOP Clinical Encounter Records 6-22-2010 through 6-24-2010**

7.      A review of Plaintiff's medical records following his release from restraints on June 24, 2010 through September 16, 2010 reveals he had no complaints of injuries related to the use of force on June 22, 2010 or related time in restraints. **See Attachment J, BOP Clinical Encounter Records 6-24-2010 through 9-16-2010**

8.   Attached is a true and correct copy of the use of force video involving the Plaintiff on June 22, 2010.

I declare under penalty of perjury pursuant to 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 15th day of December, 2011.

Michael S. Romano
Attorney Advisor
USP Lewisburg

**Attachment A**

```
   LEW40          *        PUBLIC INFORMATION        *      12-13-2011
PAGE 001          *           INMATE DATA            *      14:37:49
                              AS OF 12-13-2011

REGNO..: 12585-007 NAME: HILL, DAVID

                     RESP OF: LEW
                     PHONE..: 570-523-1251    FAX: 570-522-7745
                                              RACE/SEX...: BLACK / MALE
                                              AGE: 40
PROJ REL MT: GOOD CONDUCT TIME RELEASE        PAR ELIG DT: N/A
PROJ REL DT: 05-03-2076                       PAR HEAR DT:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
LEW40           *         PUBLIC INFORMATION      *      12-13-2011
PAGE 002        *           INMATE DATA           *      14:37:49
                           AS OF 12-13-2011

REGNO..: 12585-007 NAME: HILL, DAVID

                    RESP OF: LEW
                    PHONE..: 570-523-1251   FAX: 570-522-7745
HOME DETENTION ELIGIBILITY DATE: 11-03-2075

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-03-2076 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------


COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 1:01CR00191-001
JUDGE...........................: HILTON
DATE SENTENCED/PROBATION IMPOSED: 12-07-2001
DATE COMMITTED..................: 02-21-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.:    $700.00        $00.00          $00.00      $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO     AMOUNT:  $40,235.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------

OFFENSE CODE....:  551
OFF/CHG: T18:371; CONSPIRACY (COUNT 1)
         T18:2113(A)&(D); ARMED BANK ROBBERY (COUNTS 2,4&6)

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   300 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 CLASS OF OFFENSE...............: CLASS B FELONY
 DATE OF OFFENSE................: 10-06-1999




 G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEW40          *        PUBLIC INFORMATION      *      12-13-2011
   PAGE 003        *          INMATE DATA           *      14:37:49
                              AS OF 12-13-2011

REGNO..: 12585-007 NAME: HILL, DAVID

                    RESP OF: LEW
                    PHONE..: 570-523-1251    FAX: 570-522-7745
-------------------------CURRENT OBLIGATION NO: 020 --------------------------

OFFENSE CODE....: 130
OFF/CHG: T18:924(C)(1)(A),924(C)(1)(A)(III); USE OF A FIREARM DURING A
         CRIME OF VIOLENCE. (COUNTS 3,5&7).

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.: 684 MONTHS
  TERM OF SUPERVISION............:     5 YEARS
  CLASS OF OFFENSE...............: CLASS A FELONY
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
  DATE OF OFFENSE................: 10-06-1999

-------------------------CURRENT COMPUTATION NO: 020 --------------------------


COMPUTATION 020 WAS LAST UPDATED ON 11-30-2011 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-16-2008 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010, 020 020

DATE COMPUTATION BEGAN..........: 12-07-2001
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:  984 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   82 YEARS
AGGREGATED TERM OF SUPERVISION..:    5 YEARS
EARLIEST DATE OF OFFENSE........: 10-06-1999

JAIL CREDIT....................:       FROM DATE      THRU DATE
                                       10-07-2001     12-06-2001




   G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEW40           *           PUBLIC INFORMATION        *      12-13-2011
 PAGE 004           *              INMATE DATA            *      14:37:49
                                AS OF 12-13-2011

 REGNO..: 12585-007 NAME: HILL, DAVID

                      RESP OF: LEW
                      PHONE..: 570-523-1251    FAX: 570-522-7745
 TOTAL PRIOR CREDIT TIME........: 61
 TOTAL INOPERATIVE TIME.........: 0
 TOTAL GCT EARNED AND PROJECTED.: 2712
 TOTAL GCT EARNED...............: 0
 STATUTORY RELEASE DATE PROJECTED: 05-03-2076
 EXPIRATION FULL TERM DATE......: 10-06-2083


 PROJECTED SATISFACTION DATE.....: 05-03-2076
 PROJECTED SATISFACTION METHOD...: GCT REL
```

```
   G0002        MORE PAGES TO FOLLOW . . .
```

```
 LEW40          *         PUBLIC INFORMATION        *      12-13-2011
PAGE 005         *            INMATE DATA            *      14:37:49
                            AS OF 12-13-2011
```

REGNO..: 12585-007 NAME: HILL, DAVID

RESP OF: LEW

HOME DETENTION ELIGIBILITY DATE: 04-06-2001

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  10-06-2001 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------


COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F4197-96A
JUDGE...........................: RETCHIN
DATE SENTENCED/PROBATION IMPOSED: 12-06-1996
DATE PROBATION REVOKED..........: 05-30-2000
TYPE OF PROBATION REVOKED.......: SPLIT
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 06-26-2002
HOW COMMITTED...................: PROBATION VIOL (US OR DC CD)
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $20.00         $00.00         $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

--------------------------PRIOR OBLIGATION NO: 010 ----------------------------

OFFENSE CODE....:  602
OFF/CHG: AGGRAVATED ASSAULT IN VIOLATION OF D.C. CODE

  SENTENCE PROCEDURE.............: DC OMNIBUS ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:  120 MONTHS
  MINIMUM TERM...................:   40 MONTHS
  DATE OF OFFENSE................: 05-15-1996




G0002       MORE PAGES TO FOLLOW . . .
```

```
  LEW40            *        PUBLIC INFORMATION        *      12-13-2011
PAGE 006 OF 006 *              INMATE DATA            *      14:37:49
                             AS OF 10-06-2001

REGNO..: 12585-007 NAME: HILL, DAVID

                   RESP OF: LEW
                   PHONE..: 570-523-1251    FAX: 570-522-7745
--------------------------PRIOR COMPUTATION NO: 010 ------------------------


COMPUTATION 010 WAS LAST UPDATED ON 05-07-2003 AT THA AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

DATE COMPUTATION BEGAN..........: 05-30-2000
TOTAL TERM IN EFFECT............:  120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS
EARLIEST DATE OF OFFENSE........: 05-15-1996

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     05-15-1996     02-08-1998
                                     03-03-2000     05-29-2000

TOTAL JAIL CREDIT TIME..........: 723
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: N/A
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: 10-06-2001
STATUTORY RELEASE DATE..........: 06-05-2008
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 06-05-2008

PAROLE EFFECTIVE................: 10-06-2001
PAROLE EFF VERIFICATION DATE....: 10-06-2001
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: NOT ELIGIBLE

ACTUAL SATISFACTION DATE........: 10-06-2001
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: THA
ACTUAL SATISFACTION KEYED BY....: TJH

DAYS REMAINING..................: 2434
FINAL PUBLIC LAW DAYS...........: 0




  G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

**Attachment B**

# Form 583 Report of Incident

**Incident #:** LEW-10-0473       **Submitted By:** B. A. Bledsoe, Warden       **Date/Time Of Incident:** 6/22/2010 2:30 PM

## Section 1: General Information

**FBI Notified:** No       **USMS Notified:** No       **Incident Location:** Housing Unit, Secured

**Indicate Where Incident Occurred:** Main Facility

**Type Of Incident**

- ☐ Assault On Inmate
- ☐ Assault On Staff
- ☐ Assault, Attempted On Inmate
- ☐ Assault, Commissary On Staff
- ☑ Disruptive Behavior
- ☐ Escape From Non-secure Facility
- ☐ Escape From Secure Facility
- ☐ Escape, Attempted From Non-secure Facility
- ☐ Escape, Attempted From Secure Facility
- ☐ Fight
- ☐ Inmate Death
- ☐ Institution Disturbance
- ☐ Introduction Of Contraband
- ☐ Lethal Weapons Discharge
- ☐ Self Mutilation
- ☐ Setting A Fire
- ☐ Sexual Act, Non-consensual On Inmate
- ☐ Sexual Assault On Staff
- ☐ Sexual Contact, Abusive On Inmate
- ☐ Staff Homicide
- ☐ Strike, Food
- ☐ Strike, Work
- ☐ Suicide Attempt
- ☐ Use Of Force
- ☑ Use Of Force/Applications Of Restraints
- ☐ Use Of Restraints, Pregnant Inmate

**Institution Locked Down:** No

**Cause Of Incident Known?** No

**Cause Of Incident**

- ☐ Alcohol
- ☐ Commissary
- ☐ Debts
- ☐ Disrespect Issue
- ☐ Drugs
- ☐ Ethnic Conflict
- ☐ Food Issue
- ☐ Geographical Conflict
- ☐ Interfering with Staff duties
- ☐ Property Issue
- ☐ Racial Conflict
- ☐ Recreation Equipment
- ☐ Religious Issue
- ☐ Security Threat Group Conflict
- ☐ Sexual Pressure
- ☐ Sporting Events
- ☐ Telephone
- ☐ Theft
- ☐ Visiting
- ☐ Work Issue

## Section 2: Inmates Involved

**Reg #:** 12585007       **Name:** HILL, DAVID

**Role:** Suspect       **Medical Attention Required:** No

**Weapon (per inmate):** No       **Use of Force (per inmate):** Yes       **Chemical Used (per inmate):** No

**CIMS:** Yes       **STG:** No

**Restraints (per inmate):** Prolonged

   **Restraints Authorized By:** Bledsoe, B. A.

   **Date/Time Placed In Restraints:** 6/22/2010 2:50 PM

   **Restraint Equipment Used:** ☑ Hard   ☐ Soft

1 of 3

# Form 583 Report of Incident

**Incident #:** LEW-10-0473        **Submitted By:** B. A. Bledsoe, Warden        **Date/Time Of Incident:** 6/22/2010 2:30 PM

---

**Restraint Method Used:** ☐ Ambulatory     ☐ 2-Point     ☑ 4-Point

**Death (per inmate):**     No

---

## Section 3: Others Involved

No data found.

## Section 4: Lethal Weapon Discharge

No data found.

## Section 5: Use of Force

**Use of Force Classification:**   Calculated, Planned Use Of Force

| Staff Name | Medical Attention | Role |
|---|---|---|
| Walls, B. | No | Medical |
| Klinefelter, E. | No | UOF Team Member |
| Wise, G. | No | UOF Team Member |
| Hepner, J. | No | UOF Lieutenant |
| Vayda, J. | No | Camera Operator |
| Whittaker, K. | No | UOF Team Member |
| Hamilton, R. | No | UOF Team Member |
| Hicks, S. | No | UOF Team Member |

**Was Incident Videotaped?**   Yes

   **If Yes, Tape ECN:**  pend

   **If Yes, Was Video Tape Sequential?**  Yes

      **If No, Why:**

| Reason For Use Of Force |
|---|
| ☑ Displayed Signs Of Imminent Violence |
| ☑ Enforcement Of Institution Regulations |

| Chemicals Used | |
|---|---|
| Chemical | Quantity |
| No data found. | |

| Less-Lethal Weapons Used | |
|---|---|
| Less-Lethal Weapon | Quantity |
| No data found. | |

| Other Equipment Used | |
|---|---|
| Other Equipment | Quantity |
| No data found. | |

## Section 6: Description of Incident

# Form 583 Report of Incident

**Incident #:** LEW-10-0473          **Submitted By:** B. A. Bledsoe, Warden          **Date/Time Of Incident:** 6/22/2010 2:30 PM

---

**DESCRIPTION OF INCIDENT (If Use Of Force, Include details such as name of supervisor applying the chemical agent and/or restraints, reasons for use of hard restraints instead of soft restraints, etc.) Please be clear about cause(s) of the incident in your description.**

On June 22, 2010, at approximately 2:30 p.m., the East Lieutenant approached the first-floor shower in D-Block and ordered inmate David Hill #12585-007, to be moved to another cell. Inmate Hill refused to submit to hand restraints. Inmate Hill threatened to assault another inmate or a staff member. At approximately 2:45 p.m., the Warden was notified and authorized a Use of Force Team be assembled, confrontational avoidance procedures initiated, and the placement of inmate Hill into four-point restraints. Confrontational avoidance procedures proved effective with inmate Hill submitting to hand restraints. Due to inmate Hill displaying signs of imminent violence towards staff or other inmates, he was visually searched and placed into four-point restraints at approximately 2:50 p.m.. Inmate Hill was medically assessed with no injuries noted. He was escorted to cell #024 in Z-Block without further incident. No staff injuries were reported.

Reference LEW-10-0469.

## Section 7: Attachments

| File Date | File Name | Original Entered By | Original Loc. Code |
|---|---|---|---|
| 6/22/2010 | conf avoid hill.pdf | TF18255 | LEW |
| 6/22/2010 | ir hill.pdf | TF18255 | LEW |
| 6/22/2010 | memos hill.pdf | TF18255 | LEW |
| 6/22/2010 | roster.pdf | TF18255 | LEW |

**Approved By:  SUBMITTED**

B. A. Bledsoe, Warden

**Attachment C**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK |
| Encounter Date: 06/22/2010 14:45 | Provider: Walls, Bryan EMT-P | Facility: LEW |

Injury Assessment-Not Work Related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Walls, Bryan EMT-P

    **Chief Complaint:**   Other Problem

    **Subjective:**   I/M was the subject of a Calculated Use of Force. On arrival of the team, he submitted to restraints and was removed from the cell. He was taken to the shower area, stripped, and visually searched. He was then re-dressed and ambulatory restraints were applied. I/M was escorted to Z-024 where he was placed supine in 4-pt restraints. Circulation and motor function were checked and found to be intact distal to the restraints after application. I/M offered no medical complaints and did not sustain any injuries during this Calculated Use of Force.

    **Pain Location:**

    **Pain Scale:**  0

    **Pain Qualities:**

    **History of Trauma:**

    **Onset:**

    **Duration:**

    **Exacerbating Factors:**

    **Relieving Factors:**

    **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/22/2010 | 14:45 LEW | 84 | Radial | Regular | Walls, Bryan EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/22/2010 | 14:45 LEW | 16 | Walls, Bryan EMT-P |

**Exam:**

    **General**

        I/M supine, AA&O; NAD; airway patent w/ adequate resps; skin normal color, warm, dry; MAE w/ purpose & coordination, Cap refill in finger tips <3 sec; (+) radial pulses; (+) dorsalis pedis pulses x2; No obvious injuries noted.

**ASSESSMENT:**

    No Significant Findings/No Apparent Distress

**PLAN:**

**Other:**

    Initiate restraint checks

**Patient Education Topics:**

Inmate Name:  HILL, DAVID                                  Reg #:  12585-007
Date of Birth:  05/16/1971              Sex:  M             Race:  BLACK
Encounter Date:  06/22/2010 14:45       Provider:  Walls, Bryan EMT-P   Facility:  LEW

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/22/2010 | Not Done | | Walls, Bryan | No Participation |

**Copay Required:** No                 **Cosign Required:** Yes
**Telephone/Verbal Order:** No


Completed by Walls, Bryan EMT-P on 06/22/2010 16:11
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | Sex: | M | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | | | Race: | BLACK |
| Encounter Date: | 06/22/2010 14:45 | Provider: | Walls, Bryan EMT-P | Facility: | LEW |

**Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:04.**

**Attachment D**

# Form 586 After Action Review Report

## Section 1: Form 583 Information

**Significant Incident:** LEW-10-0473
**Institution:** Lewisburg USP
**Incident Date:** 6/22/2010 2:30 PM
**Submit Approved By:** B. A. Bledsoe, Warden

**Region:** Northeast
**Incident Location:** Housing Unit, Secured
**Report Date:** 6/23/2010 7:40 AM
**Classification:** Calculated

## Section 2: Restraint Classification

**Reg #:** 12585007     **Name:** HILL, DAVID                                    **Role:** Suspect
**Date Placed in Restraints:** 6/22/2010 2:50 PM     **Date Released from Restraints:** 6/24/2010 10:00 AM
**CIMS:** Yes          **STG:** No

**Date Regional Director Notified of Each Additional 8 Hour Time Period**
6/24/2010 9:10 AM
6/24/2010 1:10 AM
6/23/2010 5:10 PM
6/23/2010 9:10 AM
6/23/2010 1:10 AM
6/22/2010 5:10 PM

## Section 3: After Action Review

**Warden:** Hudson, Acting
**Captain:** B. Trate, Captain
**Additional Staff:**

**Associate Warden:** D. Hudson, AW(C)
**Health Service Administrator:** Brown, S.

**Confrontation Avoidance Measure:** Yes     **Video Tape of Incident:** Yes     **ECN #:** pend
**Medical Reports of Examinations and Injuries:** Yes     **Supervisor's Report:** Yes       **Staff Memos:** Yes
**Type of Restraints Used:** Yes     **Method of Restraints Used:** Yes
**Other:**

**After-Action Review Has Determined:** The actions taken with respect to the use of force and/or restraints were reasonable and appropriate and have been reviewed with staff involved

**Indicate Where Video Tapes and Original Documents Are Stored:**
SIS evidence locker.

**Describe any extraordinary actions which had to be taken, as last resort, to prevent serious physical injury or serious property damage:**
None noted.

Reference LEW-10-0469.

**Discrepancies Noted:**
None noted.

**Are there any recommendations:** No

## Section 4: Attachments

1 of 2

# Form 586 After Action Review Report

| File Date | File Name | Form Type | Original Entered By | Original Loc. Code |
|-----------|-----------|-----------|---------------------|--------------------|
| 6/25/2010 | Hill Restraint Paper.pdf | 586 | TF16607 | LEW |
| 6/23/2010 | Camera Memo Hill D 6-22-2010.wpd | 586 | TF16607 | LEW |
| 6/23/2010 | Hill 24 06-23-10.pdf | 586 | TF16607 | LEW |
| 6/23/2010 | Inj Ass hill.pdf | 586 | TF16607 | LEW |
| 6/22/2010 | conf avoid hill.pdf | 583 | TF18255 | LEW |
| 6/22/2010 | lr hill.pdf | 583 | TF18255 | LEW |
| 6/22/2010 | memos hill.pdf | 583 | TF18255 | LEW |
| 6/22/2010 | roster.pdf | 583 | TF18255 | LEW |

**Approved By:** SUBMITTED

B. A. Bledsoe, Warden

**Attachment E**



# UNITED STATES GOVERNMENT
## MEMORANDUM

FEDERAL BUREAU OF PRISONS
UNITED STATES PENITENTIARY
LEWISBURG, PA.

DATE: June 22, 2010

TO: File

FROM: J. Hepner, Lieutenant

SUBJECT: Calculated Use of Force

On June 22, 2010, at approximately 2:00 pm, inmate David Hill, Reg. No. 12585-007 refused to submit to hand restraints and allow staff to remove him from the shower and escort him to his cell. Inmate Hill became disruptive and displayed signs of imminent violence by threatening to assault any inmate he was placed in a cell with. Due to his refusal of orders as well as his display of imminent violence, the Warden was notified and authorized a use of force team to be assembled to place inmate Hill in four point restraints. The decision to by pass ambulatory restraints was made due to inmate Hill's agitated state and his recent manipulation of ambulatory restraints. At approximately 2:30 pm, a use of force team was assembled and confrontation avoidance procedures were initiated with positive results. Inmate Hill submitted to hand restraints and was removed from the first floor shower in D unit. Inmate Hill was visually searched, placed in new clothes, and escorted to Z unit where he was placed in four point restraints in cell Z01-024 without further incident. Inmate Hill sustained no injuries. No staff injuries were reported.

**Attachment F**

BP-S717.055     **Fifteen Minute Restraints Check Form. (24 Hours)** CDFRM
DEC 05
**U.S. DEPARTMENT OF JUSTICE**                        **FEDERAL BUREAU OF PRISONS**

| Inmate Name: Hill, David | Reg. No.: 12585-007 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 6/22/10 , 245 PM  Ending: _____ , _____
Date        Time                Date        Time

Instructions:
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| 100 | I/M lying on bed | BT | 915 | I'm trying to sit up | BT |
| 1115 | I/M lying on bed | BT | 3:00 | I'm lying on bed | BT |
| 1130 | I'm lying on bed | BT | 215 | I'm laying on bed | JW |
| 1145 | I/M lying on bed | BT | 305 | I'm laying on bed | JW |
| 1200 | I'm lying on bed | BT | 315 | I'm laying on bed | JW |
| 1130 | I'm checked by LT | BT | 1:30 | I'm laying on bed | JW |
| 1215 | I'm lying on bed | BT | | I'm laying on bed | JW |
| 12:30 | I'm lying on bed | BT | 4:00 | I'm Refused water | JW |
| 1245 | I'm lying on bed bursing | BT | 4:15 | I'm laying on bed | JW |
| 100 | I'm lying on bed | BT | 4:30 | I'm laying on bed | JW |
| 115 | I'm lying on bed | BT | 4:45 | I'm laying on bed | JW |
| 130 | I'm lying on bed bursing | BT | 500 | I'm laying on bed | JW |
| 145 | I'm lying on bed | BT | 515 | I'm laying on bed | JW |
| 200 | I'm lying on bed | BT | 520 | I'm laying on bed | JW |

| PRINTED STAFF NAME | INIT |
|---|---|
| J Wagner | JW |
| J | |
| | |
| | |

| PRINTED STAFF NAME | INIT |
|---|---|
| | |
| | |
| | |
| | |

(This form may be replicated via WP)

BP-S717.055          Fifteen Minute Restraints Check Form (___Hours)   CDFRM
DEC 05
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| Inmate Name: Hill | Reg. No.: 12585-007 | Inst.: USPLewisburg |
|---|---|---|

24-Hour Period Beginning: 6/22/10 , 915      Ending: 6/22/10 , 1:30 PM
                          Date      Time               Date      Time

Instructions:
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| 915 | Inmate Sitting on Bed | BH | 1230 | Inmate Sitting on Bed | BH |
| 930 | Inmate Lying on Bed | BH | 1245 | Inmate Sitting on Bed | BS |
| 945 | Inmate Lying on Bed | BH | 100 | Inmate Sitting on Bed | BO |
| 1000 | Inmate Lying on Bed | BH | 115 | Inmate Sitting on Bed | BH |
| 1015 | Inmate At Door | BH | 130 | Inmate in Shower taken | |
| 1030 | Inmate At Door | BH | | out of Restraints | BH |
| 1045 | I'm calling Escort staff "Faggots" | BH | | | |
| 1100 | I'm Still on The Door | BH | | | |
| 1115 | I'm sitting on Desk | BH | | | |
| 1130 | I'm sitting on Desk | BH | | | |
| 1145 | I'm Lying on Bed | BH | | | |
| 1200 | I'm Lying on Bed | BH | | | |
| 1215 | I'm Lying on Bed | BH | | | |

| PRINTED STAFF NAME | INIT | | PRINTED STAFF NAME | INIT |
|---|---|---|---|---|
| B. Thorp | BH | | | |
| B. Shade | BS | | | |
| | | | | |
| | | | | |

(This form may be replicated via WP)

BP-8717.055   **Fifteen Minute Restraints Check Form (2 Hours)**   CDFRM
DEC 05
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Inmate Name: Hill, David | Reg. No.: 72585-007 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 6/22/10 , 2:45 PM   Ending: _____ , _____
                          Date        Time                Date       Time

**Instructions:**
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
|  | I'm placed in 4-PT Restraints | JW | 6:05 | I'm laying on bed | JW |
|  | I'm laying on bed | JW | 6:30 | I'm laying on bed | JW |
|  | I'm laying on bed | JW | 6:45 | I'm laying on bed | JW |
|  | I'm laying on bed | JW | 7:15 | I'm laying on bed | JW |
|  | I'm laying on bed | JW | 7:30 | I'm laying on bed | JW |
|  | I'm laying on bed | JW | 7:45 | I'm laying on bed | JW |
|  | I'm laying on bed | JW | 8:00 | I'm refused water | JW |
|  | I'm laying on bed | JW | 8:15 | I'm laying on bed | JW |
|  | I'm refused water | JW | 8:30 | I'm laying on bed | JW |
|  | I'm laying on bed | JW | 8:45 | I'm laying on bed | JW |
|  | I'm laying on bed | JW | 9:00 | I'm laying on bed | JW |
|  | I'm laying on bed | JW | 9:15 | I'm laying on bed | JW |
|  | 8oz water and Fried meal | JW | 9:30 | I'm laying on bed | JW |

| PRINTED STAFF NAME | INIT |
|---|---|
| J Wagner | JW |
|  |  |
|  |  |
|  |  |

| PRINTED STAFF NAME | INIT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

(This form may be replicated via WP)

BP-S717.055
DEC 05

**Fifteen Minute Restraints Check Form (24-Hours)** CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| Inmate Name: Hill, David | Reg. No.: 12585-007 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 6/22/10, 245 PM    Ending: ___ ___
 Date    Time    Date   Time

Instructions:
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| 9:15 | I/m laying on bed | JW | 1:15 | I/m lying on bed | KE |
| 10:00 | I/m given 8 oz water | JW | 1:30 | I/m lying on bed | KE |
| 10:15 | I/m laying on bed | JW | 1:45 | I/m lying on bed | KE |
| 10:35 | I/m lying on bed | KE | 2:00 | I/m lying on bed | KE |
| 10:45 | I/m lying on bed | KE | 2:15 | I/m given 8oz of water | KE |
| 11:00 | I/m lying on bed | KE | 2:30 | I/m lying on bed | KE |
| 11:15 | I/m lying on bed | KE | 2:45 | I/m lying on bed | KE |
| 11:30 | I/m lying on bed | KE | 3:00 | I/m lying on bed | KE |
| 11:45 | I/m lying on bed | KE | 3:15 | I/m lying on bed | KE |
| 12:00 nn | I/m lying on bed | KE | 3:30 | I/m lying on bed | KE |
| 12:15 | I/m lying on bed | KE | 3:45 | I/m lying on bed | KE |
| 12:30 | I/m lying on bed | KE | 4:00 | I/m lying on bed | KE |
| 12:45 | I/m lying on bed | KE | 4:15 | I/m lying on bed | KE |
| 1:00 | I/m lying on bed | KE | 4:30 | I/m lying on bed | KE |

| PRINTED STAFF NAME | INIT |
|---|---|
| J Wowel | JW |
| K.Eger | KE |
| | |
| | |

| PRINTED STAFF NAME | INIT |
|---|---|
| | |
| | |
| | |
| | |

(This form may be replicated via WP)

BP-S717.055
DEC 05

**Fifteen Minute Restraints Check Form (24-Hours)** CDFRM

U.S. DEPARTMENT OF JUSTICE                                   FEDERAL BUREAU OF PRISONS

| Inmate Name: Hill, David | Reg. No.: 13585-007 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 6-23-10, 4:45 AM  Ending: ___ Date ___ Time

**Instructions:**
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| 4:45AM | I/m lying on bed | KE | 8:15 | I/m lying on bed | BT |
| 5:00 | I/m lying on bed | KE | 8:25 | I/m lying on bed/shaking foot | BT |
| 5:15 | I/m lying on bed | KE | 8:30 | I/m asked how soon I was comg | BT |
| 5:30 | I/m lying on bed | KE | 8:45 | I/m lying on bed/banging | BT |
| 6:00 | I/m lying on bed | KE | 9:00 | I/m lying on bed/yelling amgs | BT |
| 6:15 | I/m lying on bed | KE | 9:15 | I/m lying on bed | BT |
| 6:15 | I/m lying on bed | KE | 9:30 | I/m checked by Lt | BT |
| 6:30 | I/m lying on bed | KE | 9:30 | I/m lying on bed/shaking foot | BT |
| 6:45 | I/m lying on bed | KE | 9:45 | I/m lying on bed/shaking foot | BT |
| 7:00 | I/m lying on bed | O | 10:00 | I/m lying on bed | BT |
| 7:15 | I/m lying on bed | O | 10:15 | I/m lying on bed | BT |
| 7:30 | I/m lying on bed | TC | 10:30 | I/m seen by Lt/board food | BT |
| 9:45 | I/m lying on bed | TC | 10:30 | I/m lying on bed/banging | BT |
| 8:00 | I/m lying on bed | BT | 10:45 | I/m lying on bed/banging | BT |

| PRINTED STAFF NAME | INIT |
|---|---|
| K. Eger | KE |
| O. | |
| E. | |
| | |

| PRINTED STAFF NAME | INIT |
|---|---|
| | |
| | |
| | |
| | |

(This form may be replicated via WP)

BP-S717.055
DEC 05
**Fifteen Minute Restraints Check Form (4-Hours)** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate Name: Hill, David | Reg. No.: 12585-007 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 6/23/10 , 545 Pm Ending: 6/24/10 , 12:30 am
                          Date    Time              Date    Time

**Instructions:**
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| 545 | I/m laying on bed | JW | 915 | I/m lying on bed | JW |
| 600 | I/m refused meal during lt.dd | MDK | 930 | I/m lying on bed | JW |
| 615 | I/m lying on bed | KE | 945 | I/m lying on bed | JW |
| 630 | I/m laying on bed | JW | 1000 | I/m gave 8 oz water | JW |
| 645 | I/m laying on bed | JW | 1015 | I/m lying on bed | JW |
| 700 | I/m lying on bed | JW | 1030 | I/m lying on bed | KE |
| 715 | I/m lying on bed | JW | 1045 | I/m lying on bed | KE |
| 730 | I/m lying on bed | JW | 1100 | I/m lying on Bed | CC |
| 745 | I/m laying on bunk | MDK | 1115 | I/m lying on Bed | CC |
| 800 | I/m lying on bunk | JW | 1130 | I/m lying on Bed | CC |
| 815 | I/m lying on bunk | JW | 1145 | I/m lying on Bed | CC |
| 830 | I/m lying on bunk | JW | 1200 | I/m lying on Bed | CC |
| 845 | I/m lying on bed | KE | 1215 | I/m lying on Bed | CC |
| 900 | I/m lying on bed | JW | 1230 | I/m lying on Bed | CC |

| PRINTED STAFF NAME | INIT. | PRINTED STAFF NAME | INIT |
|---|---|---|---|
| J Wagner | JW | | |
| M Kemmerer | MDK | | |
| K Eger | KE | | |
| C. Rothermel | CC | | |

(This form may be replicated via WP)

BP-S717.055
DEC 05

**Fifteen Minute Restraints Check Form (24-Hours)** CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| Inmate Name: Hill, David | Reg. No.: 12585-007 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 6/24/10 , 12:45 am Ending: 6-24-10 , 7.30

Instructions:
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| 12:45 | I/m lying on Bed | cr | 4:15 | I/m Lying on Bed | cr |
| 1:00 | I/m lying on Bed | cr | 4:30 | I/m lying on Bed | cr |
| 1:15 | I/m lying on Bed | cr | 4:45 | I/m lying on Bed | cr |
| 1:30 | I/m lying on Bed | cr | 5:00 | I/m lying on Bed | cr |
| 1:45 | I/m lying on Bed | cr | 5:15 | I/m Lying on Bed | cr |
| 2:00 | I/m lying on Bed/restraints checked | cr | 5:30 | I/m Lying on Bed | cr |
| 2:15 | I/m lying on Bed | cr | 5:45 | I/m lying on bed | cr |
| 2:30 | I/m Lying on Bed | cr | 6:00 | I/m lying on Bed | cr |
| 2:45 | I/m lying on Bed | cr | 6:15 | I/m lying on bed | cr |
| 3:00 | I/m lying on Bed | cr | 6:30 | I/m lying on bed | cr |
| 3:15 | I/m lying on Bed | cr | 6:45 | lying on Bunk | RH |
| 3:30 | I/m lying on Bed | cr | 7:00 | lying on Bunk | RH |
| 3:45 | I/m lying on Bed | cr | 7:15 | lying on Bunk | RH |
| 4:00 | I/m lying on Bed | cr | 7:30 | lying on Bunk | |

| PRINTED STAFF NAME | INIT |
|---|---|
| G Rothermel | cr |
| R HANNES | RH |
| | |
| | |

| PRINTED STAFF NAME | INIT |
|---|---|
| | |
| | |
| | |
| | |

(This form may be replicated via WP)

BP-S717.055
DEC 05

**Fifteen Minute Restraints Check Form (24-Hours)** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate Name: Hill DAVID | Reg. No.: 12585-007 | Inst.: Lewisburg |
|---|---|---|

24-Hour Period Beginning: 6-24-10 , 7:45   Ending: ___

| Instructions: | * Describe inmate's behavior, including verbal |
|---|---|

Instructions:
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| 7:45 | Lying on Bunk | RH | | | |
| 8:00 | Lying on Bunk | RH | | | |
| 8:15 | Lying on Bunk | RH | | | |
| 8:30 | Lying on Table | RH | | | |
| 8:45 | Lying on Bunk | RH | | | |
| 9:00 | Lying on Bunk | RH | | | |
| 9:15 | Lying on Bunk | RH | | | |
| 9:30 | Standing At Door | BT | | | |
| 9:45 | Standing At Door | BT | | | |
| 10:00 | Sitting on Bed | BT | | | |
| 10:01 | Out of Restraints | BT | | | |
| | | | | | |
| | | | | | |

| PRINTED STAFF NAME | INIT | | PRINTED STAFF NAME | INIT |
|---|---|---|---|---|
| R. Hawes | RH | | | |
| | | | | |
| | | | | |
| | | | | |

(This form may be replicated via WP)

**Attachment G**

BP-S718.055     **Two-Hour Lieutenant Restraints Check Form (24-Hours)** CDFRM
DEC 05
**U.S. DEPARTMENT OF JUSTICE**                          FEDERAL BUREAU OF PRISONS

| Inmate Name: Hill, David | Reg. No.: 12585-007 | Inst.: LEW |
|---|---|---|

24-Hour Period Beginning: 6-22-10 ___ 9:10 AM ___ Ending: _____ _____
                       Date        Time                  Date      Time

**Instructions:**
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* A Lieutenant must check the general welfare of the inmate every two (2) hours.
* Use a separate form for every 24-hour period the inmate remains in restraints.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.

---

Lieutenant Name: J. Hepne _____     Date: 6/22/10   Time: 11:06 AM
              (Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☑   No ☐

Describe Inmate's Behavior: Inmate asked if he would be calm if removed from restraints. Inmate stated "fuck you." Has not regained self control.

Action Taken: Continue Restraints

---

Lieutenant Name: J. Hepne _____     Date: 6/22/10   Time: 12:00 pm
              (Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☑   No ☐

Describe Inmate's Behavior: Inmate stated "fuck no" when asked if he would be calm if removed from restraints and placed in cell with another inmate.

Action Taken: Continue Restraints

---

Lieutenant Name: _____     Date: _____   Time: _____
              (Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☐   Toilet Used?   Yes ☐   No ☐

Describe Inmate's Behavior: _____

Action Taken: _____

BP-S718.055   **Two-Hour Lieutenant Restraints Check Form (24-Hours)** CDFRM
DEC 05
**U.S. DEPARTMENT OF JUSTICE**                                        **FEDERAL BUREAU OF PRISONS**

| Inmate Name: | Reg. No.: | Inst.: |
|---|---|---|
| Hill, David | 12585-007 | USP Lewisburg |

24-Hour Period Beginning: 6/22/10 , 2:45 PM   Ending: _____ , _____
                          Date      Time                Date    Time

| Instructions: | * Describe inmate's behavior, including verbal |
|---|---|
| * Enter beginning and ending dates/times at top of form for each 24-hour period. | and non-verbal comments.  Use additional paper if needed.  Do not simply write conclusions. |
| * A Lieutenant must check the general welfare of the inmate every two (2) hours. | * If needed, notify health / psychology services or supervisors for assistance. |
| * Use a separate form for every 24-hour period the inmate remains in restraints. | |

---

Lieutenant Name: P. Carrasquillo _[signature]_   Date: 6/22/10   Time: 4:00 PM
                (Typed Name and Signature)

Desired Calming Effect?   Yes [ ]   No [✓]        Toilet Used?   Yes [ ]   No [✓]

Describe Inmate's Behavior: I/M still acting aggressive. Stated "I can be here forever and wont change."

Action Taken: Continue in Restraints

---

Lieutenant Name: Carrasquillo _[signature]_   Date: 6/22/10   Time: 6:00 PM
                (Typed Name and Signature)

Desired Calming Effect?   Yes [ ]   No [✓]        Toilet Used?   Yes [ ]   No [✓]

Describe Inmate's Behavior: I/M stated, "Fuck this shit!" "I can do this all night. Water given. Told him lunch.

Action Taken: Continue in Restraints

---

Lieutenant Name: R Johnson / R.J. _[signature]_   Date: 6/22/10   Time: 8:00 p

                (Typed Name and Signature)

Desired Calming Effect?   Yes [ ]   No [✓]        Toilet Used?   Yes [ ]   No [✓]

Describe Inmate's Behavior: I/m restraints checked, Paramedic checked I/m. I/m refused water. I/m attitude poor at this time.

Action Taken: Remain in restraints

---

Lieutenant Name: _PCarrasquillo_ _____ Date: _6/22/10_ Time: _1000PM_
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☐   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: _I/M feeling agitated and attitude poor_
_Stated, "go fuck yourself!" "This is bullshit!" Whither_
_asked for water. I gave him 8 ounces of water._

Action Taken: _Continue of Restraints._

---

Lieutenant Name: _EStuart_ _____ Date: _6/23/10_ Time: _1200_
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☑   No ☐

Describe Inmate's Behavior: _inmate defused to speak used_
_Urinal. Can not determine behavior_

Action Taken: _Continue in restraints_

---

Lieutenant Name: _EStuart Lhl_ _____ Date: _6/23/10_ Time: _200A_
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: _inmate given water restraints. Adjusted_
_Would not speak other than complaining about restraints_
_given 8 oz of water_

Action Taken: _Continue in restraints_

---

Lieutenant Name: _EStuart Lhl_ _____ Date: _6/23/10_ Time: _400A_
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☑   No ☐

Describe Inmate's Behavior: _inmate refused to answer question_
_given Urinal to use. Can not determine behavior_

Action Taken: _Continue in restraints_

3

Lieutenant Name: _E Stuart thl_ Date: _6/23/10_ Time: _600A_
(Typed Name and Signature)

Desired Calming Effect? Yes [ ] No [ ] Toilet Used? Yes [ ] No [✓]

Describe Inmate's Behavior: _Restraints Checked PA Checked Would Not Speak Can not determine if under Control_

Action Taken: _Continue in restraints_

---

Lieutenant Name: _M SAYLOR_ Date: _6/23/10_ Time: _800 Am_
(Typed Name and Signature)

Desired Calming Effect? Yes [ ] No [✓] Toilet Used? Yes [ ] No [✓]

Describe Inmate's Behavior: _RESTRAINTS CHECKED PA CHECKED I/m WOULD NOT ANSWER ANY QUESTIONS, NO RESPONSE NO WAY TO DETERMINE IF I/m IS UNDER CONTROL_

Action Taken: _CONTINUE RESTRAINT_

---

Lieutenant Name: _T. Hearn_ Date: _6/23/10_ Time: _1000_
(Typed Name and Signature)

Desired Calming Effect? Yes [ ] No [✓] Toilet Used? Yes [ ] No [✓]

Describe Inmate's Behavior: _Inmate remains agitated and verbally aggressive. Attempted to converse with inmate, I/m stated "fuck you motherfucker". Banging restraints against bed. Not calm. Refused use of toilet, food, and water._

Action Taken: _Continue Restraints_

---

Lieutenant Name: _M SAYLOR_ Date: _6/23/10_ Time: _1200_
(Typed Name and Signature)

Desired Calming Effect? Yes [ ] No [✓] Toilet Used? Yes [ ] No [✓]

Describe Inmate's Behavior: _I/M. REMAINS NON-COMPLIANT REFUSES TO ANSWER QUESTIONS, CONTINUES TO STRUGGLE AGAINST RESTRAINT WHEN CHECKS ARE PERFORMED_

Action Taken: _CONTINUE RESTRAINTS_

4

Lieutenant Name: _J. Hope_ _____   Date: _6/23/10_   Time: _1400_
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: Inmate continues to threaten violence towards
any inmate he is placed in a cell with. Refused use of toilet and
water when offered.

Action Taken: Continue Restraints.

---

Lieutenant Name: _Carrasquillo, Carlos_   Date: _6/23/10_   Time: _6:00 PM_
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: I/M very aggressive and upset. Stated,
"Fuck you Lt. You worse than the white man." Offered
water, he refused.

Action Taken: Continue in Restraints

---

Lieutenant Name: _M. Edinger / M. Edling_   Date: _6/23/10_   Time: _6:00_
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: inmate stated "Lieutenant take
me the fuck out of these cuffs or someone is
going to get hurt."

Action Taken: Remain in Restraints

---

Lieutenant Name: _Carrasquillo, Carlos_   Date: _6/23/10_   Time: _8:00 PM_
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: I/M upset and is agitated. Attempted
to feed but was too aggressive. Water offered.
I believe not to take restraints off due to staff safety and his
comments.

Action Taken: Continue in Restraints

---

(This form may be replicated via WP)

5

Lieutenant Name: Carrasquillo _(Typed Name and Signature)_  Date: 6/23/10  Time: 10:00 PM

Desired Calming Effect?  Yes ☐  No ☑   Toilet Used?  Yes ☐  No ☑

Describe Inmate's Behavior: I/M was offered meal one more time, stated, "fuck you." offered water, he accepted. I/M still very upset and displays aggressive behavior towards staff

Action Taken: Continue in Restraints

---

Lieutenant Name: D. Frost _(Typed Name and Signature)_  Date: 6/24/10  Time: 12:00

Desired Calming Effect?  Yes ☐  No ☑   Toilet Used?  Yes ☐  No ☑

Describe Inmate's Behavior: Inmate hostile stating what the fuck are you doing here, you ain't the lieutenant

Action Taken: Remain in restraints

---

Lieutenant Name: D. Frost _(Typed Name and Signature)_  Date: 6/24/10  Time: 2:00

Desired Calming Effect?  Yes ☐  No ☑   Toilet Used?  Yes ☑  No ☐

Describe Inmate's Behavior: Inmate still very aggressive stating fucken lieutenant get a real fucken lieutenant in here, you ain't shit

Action Taken:

---

Lieutenant Name: D. Frost _(Typed Name and Signature)_  Date: 6/24/10  Time: 4:00

Desired Calming Effect?  Yes ☐  No ☑   Toilet Used?  Yes ☐  No ☐

Describe Inmate's Behavior: Inmate still aggressive and again saying to get a real lieutenant to do the checks

Action Taken: Remain in restraints

Lieutenant Name: _S. Fush M._
(Typed Name and Signature)   Date: _6-24-10_   Time: _0800_

Desired Calming Effect?   Yes ☐   No ☒   Toilet Used?   Yes ☐   No ☒

Describe Inmate's Behavior: _Inmate still disrespectful, stated "I'm tired of seeing you so just sit the f(ck) out there_

Action Taken: _Remain in restraint_

---

Lieutenant Name: _Childress_
(Typed Name and Signature)   Date: _6-24-10_   Time: _0830_

Desired Calming Effect?   Yes ☐   No ☐   Toilet Used?   Yes ☐   No ☒

Describe Inmate's Behavior: _Inmate displaying calming effect_

Action Taken: _Remove 4-point and place in ambulatory restraints_

---

Lieutenant Name: _Childress_
(Typed Name and Signature)   Date: _6-24-10_   Time: _1000_

Desired Calming Effect?   Yes ☒   No ☐   Toilet Used?   Yes ☒   No ☐

Describe Inmate's Behavior: _Inmate displaying calming effect._

Action Taken: _Removal from ambulatory restraints_

---

Lieutenant Name: _____
(Typed Name and Signature)   Date: _____   Time: _____

Desired Calming Effect?   Yes ☐   No ☐   Toilet Used?   Yes ☐   No ☐

Describe Inmate's Behavior: _____

Action Taken: _____

---

(This form may be replicated via WP)

7

**Attachment H**



BP-A719.055    Health Services Restraint Review Form (24-Hours) CDFRM
DEC 05
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| Inmate Name: | Reg. No.: | Inst.: |
|---|---|---|
| Hill | 12585-007 | USP Lewisburg |

24-Hour Period Beginning: __06/22/2010__ , __3:00 pm__  Ending: _____ , _____
                          Date        Time                    Date        Time

| Instructions: | |
|---|---|
| * Enter beginning and ending dates/times at top of form for each 24-hour period. <br> * Use a separate form for every 24-hour period the inmate remains in restraints. | * Health Services staff must check the inmate twice during each eight (8) hour shift. <br> * This form is used in addition to regular inmate medical file. |

| Initial Assessment | Date: 06/22/2010   Time: 3:00 pm   Staff: B. Walls, Paramedic |
|---|---|

                                                                Typed Name and Signature

Body Position: Supine                    Restraints (circulation): No compromise

Vital Signs:  BP: (+) radials    Pulse: 84    Resp: 16    Temp: w/d

Current Medication(s):  See BEMR

Injuries, if any (complete separate inmate injury report):  None

Comments:  No medical complaints

---

Date: _____    Time: _____    Staff: _____

                                                                Typed Name and Signature

Body Position: _____              Restraints (circulation): _____

Vital Signs:  BP: _____    Pulse: _____    Resp: _____    Temp: _____

Injuries Update: _____

Inmate Use of Toilet: _____

Inmate Consumption of Food or Liquid: _____

Overall Assessment of Inmate Health: _____

Comments: _____

Date: 6-22-10    Time: 1700    Staff: C Potter A

Typed Name and Signature

Body Position: 4 Points    Restraints (circulation): Good

Vital Signs: BP: _____    Pulse: 76    Resp: 14    Temp: WNL

Injuries Update: None noted

Inmate Use of Toilet: WNL, some urine on Floor

Inmate Consumption of Food or Liquid: Refused H2O, LT will crave evening meal

Overall Assessment of Inmate Health: Fine

Comments: _____

---

Date: 6-22-10    Time: 2000    Staff: C Potter S

Typed Name and Signature

Body Position: 4 Points    Restraints (circulation): Good

Vital Signs: BP: _____    Pulse: 74    Resp: 14    Temp: WNL

Injuries Update: None noted

Inmate Use of Toilet: WNL

Inmate Consumption of Food or Liquid: Ate @ 1800 8 oz or H2O

Overall Assessment of Inmate Health: Fine

Comments: _____

---

Date: 6-23-10    Time: 0001    Staff: C Potter

Typed Name and Signature

Body Position: 4 Points    Restraints (circulation): Good

Vital Signs: BP: _____    Pulse: 64    Resp: 14    Temp: WNL

Injuries Update: None noted

Inmate Use of Toilet: annexted 300 cc out

Inmate Consumption of Food or Liquid: Refused H2O @ this Time

Overall Assessment of Inmate Health: Fine

Comments: _____

(This form may be replicated in via WP)

Page

2

Date: 6/23/10   Time: 7806/5   Staff: 66bnn *(signature)*

Typed Name and Signature

Body Position: SUPINE   Restraints (circulation): *(illegible)*

Vital Signs:   BP: _____   Pulse: 78   Resp: 76   Temp: _____

Injuries Update: *(illegible)*

Inmate Use of Toilet: PROVIDED

Inmate Consumption of Food or Liquid: 8oz OF WATER 0200

Overall Assessment of Inmate Health: APPEARS WELL

Comments: _____

---

Date: 6/23/10   Time: 1200   Staff: 66 *(illegible)*

Typed Name and Signature

Body Position: SUPINE   Restraints (circulation): REFUSED

Vital Signs:   BP: REFUSED   Pulse: _____   Resp: 15   Temp: _____

Injuries Update: *(illegible)*

Inmate Use of Toilet: PROVIDED

Inmate Consumption of Food or Liquid: PROVIDED

Overall Assessment of Inmate Health: APPEARS WELL

Comments: INMATE "STATED FUCK OFF"

---

Date: 6/23/10   Time: 1353   Staff: 66 *(illegible signature)*

Typed Name and Signature

Body Position: SUPINE   Restraints (circulation): REFUSED

Vital Signs:   BP: _____   Pulse: REFUSED   Resp: 16   Temp: _____

Injuries Update: *(illegible)*

Inmate Use of Toilet: PROVIDED

Inmate Consumption of Food or Liquid: APPEARS WELL

Overall Assessment of Inmate Health: PROVIDED

Comments: INMATE "STATED FUCK OFF"

(This form may be replicated in via WP)

3