Date: _6/24/10_   Time: _0600_   Staff: _F. Eastians PA_
                                        Typed Name and Signature

Body Position: _Lying_   Restraints (circulation): _Good_

Vital Signs: BP: _____   Pulse: _75_   Resp: _16_   Temp: _Afebrile_

Injuries Update: _None noted_

Inmate Use of Toilet: _Available_

Inmate Consumption of Food or Liquid: _Yes_

Overall Assessment of Inmate Health: _Good_

Comments: _Inmate talkative, alert & oriented_

---

Date: _____   Time: _____   Staff: _____
                                        Typed Name and Signature

Body Position: _____   Restraints (circulation): _____

Vital Signs: BP: _____   Pulse: _____   Resp: _____   Temp: _____

Injuries Update: _____

Inmate Use of Toilet: _____

Inmate Consumption of Food or Liquid: _____

Overall Assessment of Inmate Health: _____

Comments: _____

---

Date: _____   Time: _____   Staff: _____
                                        Typed Name and Signature

Body Position: _____   Restraints (circulation): _____

Vital Signs: BP: _____   Pulse: _____   Resp: _____   Temp: _____

Injuries Update: _____

Inmate Use of Toilet: _____

Inmate Consumption of Food or Liquid: _____

Overall Assessment of Inmate Health: _____

Comments: _____

(This form may be replicated in via WP)

4

**Attachment I**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | Sex: M | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Provider: Fasciana, Francis MLP | Race: BLACK |
| Encounter Date: 06/24/2010 06:00 | | Facility: LEW |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**          **Provider:** Fasciana, Francis MLP

**Chief Complaint:**  No Complaint(s)

**Subjective:**  - Inmate in 4-point restraints.
- Voices no complaints at this time.
- Refers being in restraints " because I don't want to take on a cellmate."
- Refers has been drinking water and eating daily.

**Pain Location:**

**Pain Scale:**

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/24/2010 | 09:01 LEW | 75 | Radial | | Fasciana, Francis MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/24/2010 | 09:01 LEW | 16 | Fasciana, Francis MLP |

**Exam:**

**General**

**Appearance/Nutrition**

Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes)

**Affect**

Pleasant (yes), Cooperative (yes)

**Peripheral Vascular**

**Arms**

Radial Pulse Normal (yes), Capillary Refill Normal (yes)

**Legs**

Capillary Refill Normal (yes)

**ASSESSMENT:**

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|

| Inmate Name:  HILL, DAVID | | | Reg #:   12585-007 |
| Date of Birth:   05/16/1971 | Sex:   M | | Race:   BLACK |
| Encounter Date:   06/24/2010 06:00 | Provider:  Fasciana, Francis MLP | | Facility:   LEW |

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Other medical exam for administrative purposes | V70.3 | Current | 06/22/2010 | Not Improved/Same | Temporary/Acute |

**PLAN:**

**Disposition:**
   Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2010 | Counseling | Access to Care | Fasciana, Francis | Verbalizes Understanding |
| 06/24/2010 | Counseling | Preventive Health | Fasciana, Francis | Verbalizes Understanding |

   Inmate encouraged to continue eating/drinking water daily. Encouraged to adhere to custody procedures.

**Copay Required:** No        **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No

Completed by Fasciana, Francis MLP on 06/24/2010 09:05
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | | |
|---|---|---|---|
| Inmate Name: | HILL, DAVID | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: M | Race: BLACK |
| Encounter Date: | 06/24/2010 06:00 | Provider: Fasciana, Francis MLP | Facility: LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:30.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK |
| Encounter Date: 06/24/2010 00:01 | Provider: Prince, B. EMT-P | Facility: LEW |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**          **Provider:** Prince, B. EMT-P

**Chief Complaint:**   No Complaint(s)
**Subjective:**   IM in 4-point restraints.  Offers no medical complaint.
**Pain Location:**
**Pain Scale:**
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/24/2010 | 00:01 LEW | 87 | Via Machine | Regular | Prince, B. EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider | |
|---|---|---|---|---|
| 06/24/2010 | 00:01 LEW | 16 | Prince, B. EMT-P | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/24/2010 | 00:01 LEW | 122/68 | Left Arm | Lying | Adult-large | Prince, B. EMT-P |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/24/2010 | 00:01 LEW | 98 | Room Air | Prince, B. EMT-P |

**Exam:**
  **General**
    **Appearance/Nutrition**
      Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes), Appears in Pain (no), Appears
      in Distress (no)
    **Affect**
      Pleasant (yes), Cooperative (yes)
  **Pulmonary**
    **Observation/Inspection**
      Normal (yes)
  **Cardiovascular**

| Inmate Name: HILL, DAVID | | Reg.#  12585-007 |
| Date of Birth:  05/16/1971 | Sex:  M | Race:  BLACK |
| Encounter Date: 06/24/2010 00:01 | Provider:  Prince, B. EMT-P | Facility:  LEW |

**Exam:**

    **Observation**

        Normal Rate (yes), Regular Rhythm (yes)

    **Peripheral Vascular**

        **Arms**

            Radial Pulse Normal (yes), Capillary Refill Normal (yes)

        **Legs**

            Dorsalis Pedis Normal (yes), Capillary Refill Normal (yes)

**ASSESSMENT:**

    No Significant Findings/No Apparent Distress

**PLAN:**

**Other:**

    Restraint checks.  IM drank 360ml of water.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2010 | Counseling | Access to Care | Prince, B. | Verbalizes Understanding |

**Copay Required:** No

**Cosign Required:**  Yes

**Telephone/Verbal Order:**  No

Completed by Prince, B. EMT-P on 06/24/2010 00:23
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name | HILL, DAVID | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth | 05/16/1971 | Sex: | M | Race | BLACK |
| Encounter Date: | 06/24/2010 00:01 | Provider: | Prince, B. EMT-P | Facility | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:30.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK |
| Encounter Date: 06/23/2010 18:20 | Provider: Prince, B. EMT-P | Facility: LEW |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Prince, B. EMT-P

**Chief Complaint:** Breathing Problems
**Subjective:** IM in 4-point restraints. States he is having an asthma attack.
**Pain Location:**
**Pain Scale:**
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

**OBJECTIVE:**
**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/23/2010 | 18:20 LEW | 88 | Radial | Regular | Prince, B. EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/23/2010 | 18:20 LEW | 16 | Prince, B. EMT-P |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/23/2010 | 18:20 LEW | 99 | Room Air | Prince, B. EMT-P |

**Exam:**
**General**
**Appearance/Nutrition**
Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes), Dyspneic (no), Appears in Pain (no), Appears in Distress (no), Pale (no), Cyanotic (no), Diaphoretic (no)
**Affect**
Cooperative (no), Agitated (yes)
IM irritated and yelling at the Lt non-stop, in full sentences without difficulty.
**Pulmonary**
**Observation/Inspection**
Normal (yes), Respiratory Distress (no), Tachypnea (no), Obstructive Breathing (no)
**Auscultation**
Clear to Auscultation Bilaterally (yes)
**Cardiovascular**
**Observation**
Normal Rate (yes), Regular Rhythm (yes)

| Inmate Name: HILL DAVID | Sex: M | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Provider: Prince, B. EMT-P | Race: BLACK |
| Encounter Date: 06/23/2010 13:20 | | Facility: LEW |

**Exam:**

    **Peripheral Vascular**

        **Arms**

            Radial Pulse Normal (yes), Capillary Refill Normal (yes)

        **Legs**

            Dorsalis Pedis Normal (yes), Capillary Refill Normal (yes)

    **Genitourinary**

        Urine noted on bed and clothes.

**ASSESSMENT:**

    No Significant Findings/No Apparent Distress

**PLAN:**

**Other:**

    Restraint check. IM offered food and water but declined.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/23/2010 | Counseling | Access to Care | Prince, B. | No Evidence of Learning |
| 06/23/2010 | Counseling | Diet | Prince, B. | No Evidence of Learning |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Prince, B. EMT-P on 06/23/2010 18:46

Requested to be cosigned by Pigos, Kevin MD/Clinical Director.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: M | Race: | BLACK |
| Encounter Date: | 06/23/2010 18:20 | Provider: Prince, B. EMT-P | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:29.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 | |
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK | |
| Encounter Date: 06/23/2010 16:15 | Provider: Prince, B. EMT-P | Facility: LEW | |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

    **COMPLAINT  1**    **Provider:** Prince, B. EMT-P

        **Chief Complaint:** No Complaint(s)

        **Subjective:** IM in 4-point restraints. Offers no medical complaint.

        **Pain Location:**

        **Pain Scale:**

        **Pain Qualities:**

        **History of Trauma:**

        **Onset:**

        **Duration:**

        **Exacerbating Factors:**

        **Relieving Factors:**

        **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/23/2010 | 16:15 LEW | 68 | Radial | Regular | Prince, B. EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/23/2010 | 16:15 LEW | 16 | Prince, B. EMT-P |

**Exam:**

    **General**

        **Appearance/Nutrition**

        Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes), Appears in Pain (no), Appears in Distress (no)

        **Affect**

        Cooperative (no), Agitated (no)

    **Pulmonary**

        **Observation/Inspection**

        Normal (yes)

    **Cardiovascular**

        **Observation**

        Normal Rate (yes), Regular Rhythm (yes)

    **Peripheral Vascular**

        **Arms**

        Radial Pulse Normal (yes), Capillary Refill Normal (yes)

        **Legs**

        Dorsalis Pedis Normal (yes), Capillary Refill Normal (yes)

    **Genitourinary**

| Inmate Name: HILL, DAVID | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Race: BLACK |
| Encounter Date: 06/23/2010 16:15 | Sex: M  Provider: Prince, B. EMT-P | Facility: LEW |

**Exam:**

Large amount of urine noted on bed and IM clothing.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

**Other:**

IM offered cup of water. He declined. I advised him of the risk of dehydration. He still declined. I advised him if he did not take oral fluids, IV fluids may be necessary.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 06/23/2010 | Counseling | Plan of Care | Prince, B. | Attentive |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Prince, B. EMT-P on 06/23/2010 17:03
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: M | Race: | BLACK |
| Encounter Date: | 06/23/2010 16:15 | Provider: Prince, B. EMT-P | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:28.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | Sex: M | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Provider: George, Gregory EMT-P | Race: BLACK |
| Encounter Date: 06/23/2010 13:50 | | Facility: LEW |

Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**          **Provider:** George, Gregory EMT-P

      **Chief Complaint:** No Complaint(s)

      **Subjective:** 4 point restraint check

      **Pain Location:**

      **Pain Scale:** 0

      **Pain Qualities:**

      **History of Trauma:**

      **Onset:**

      **Duration:**

      **Exacerbating Factors:**

      **Relieving Factors:**

      **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/23/2010 | 14:08 LEW | Refused | | | George, Gregory EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/23/2010 | 14:08 LEW | 16 | George, Gregory EMT-P |

**Exam:**

    **General**

        **Appearance/Nutrition**

            Appears Well (yes), Alert and Oriented x 3 (yes)

**ASSESSMENT:**

    No Significant Findings/No Apparent Distress

    Inmate refused restraint check. States fuck off" no complaints voiced 0/10 pain, appears well.

**PLAN:**

**Disposition:**

    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/23/2010 | Counseling | Access to Care | George, Gregory | No Participation |

| | | | |
|---|---|---|---|
| Inmate Name:  HILL, DAVID | | Reg #:  12585-007 | |
| Date of Birth:  05/16/1971 | Sex:  M | Race:  BLACK | |
| Encounter Date:  06/23/2010 13:50 | Provider:  George, Gregory EMT-P | Facility:  LEW | |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No


Completed by George, Gregory EMT-P on 06/23/2010 14:11
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/23/2010 13:50 | Provider: | George, Gregory EMT-P | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:24.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 | |
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK | |
| Encounter Date: 06/23/2010 12:06 | Provider: George, Gregory EMT-P | Facility: LEW | |

Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

   **COMPLAINT 1**   **Provider:** George, Gregory EMT-P
      **Chief Complaint:** No Complaint(s)
      **Subjective:** 4 piont restraint check 1200
      **Pain Location:**
      **Pain Scale:** 0
      **Pain Qualities:**
      **History of Trauma:**
      **Onset:**
      **Duration:**
      **Exacerbating Factors:**
      **Relieving Factors:**
      **Comments:**


**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/23/2010 | 12:00 LEW | Refused | | | George, Gregory EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/23/2010 | 12:00 LEW | 18 | George, Gregory EMT-P |

**Exam:**
   **General**
      **Appearance/Nutrition**
         Appears Well (yes), Alert and Oriented x 3 (yes)

**ASSESSMENT:**

   No Significant Findings/No Apparent Distress
   Inmate refused restraint check. States  Fuck you do not come in here  no complaints voiced 0/10 pain, appears well.


**PLAN:**

**Disposition:**
   Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/23/2010 | Counseling | Access to Care | George, Gregory | Verbalizes Understanding |

| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK |
| Encounter Date: 06/23/2010 12:06 | Provider: George, Gregory EMT-P | Facility: LEW |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by George, Gregory EMT-P on 06/23/2010 12:10
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/23/2010 12:06 | Provider: | George, Gregory EMT-P | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:20.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK |
| Encounter Date: 06/23/2010 06:10 | Provider: George, Gregory EMT-P | Facility: LEW |

Evaluation encounter performed at Housing Unit.

## SUBJECTIVE:

**COMPLAINT 1**        **Provider:** George, Gregory EMT-P

**Chief Complaint:** No Complaint(s)

**Subjective:** 4 point restraint check 0600

**Pain Location:**

**Pain Scale:** 0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

## OBJECTIVE:

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/23/2010 | 09:16 LEW | 74 | Radial | Regular | George, Gregory EMT-P |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/23/2010 | 09:16 LEW | 16 | George, Gregory EMT-P |

Exam:
    General
        Appearance/Nutrition
            Appears Well (yes), WD/WN (yes), Alert and Oriented x 3 (yes)
    Skin
        General
            Dry (yes), Warmth (yes)
    Pulmonary
        Observation/Inspection
            Normal (yes)
    Cardiovascular
        Observation
            Normal Rate (yes), Regular Rhythm (yes)
    Peripheral Vascular
        Arms
            Radial Pulse Normal (yes), Capillary Refill Normal (yes)
        Legs
            Dorsalis Pedis Normal (yes), Capillary Refill Normal (yes)

## ASSESSMENT:

| Inmate Name    HILL, DAVID | Reg #:  12585-007 |
|---|---|
| Date of Birth:  05/16/1971 | Sex:  M    Race:  BLACK |
| Encounter Date:  06/23/2010 06:10 | Provider:  George, Gregory EMT-P   Facility:  LEW |

No Significant Findings/No Apparent Distress
Restraint check preformed, no complaints offered 0/10 pain, Strong pulses bilateral. Cap refill less the 2 seconds

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/23/2010 | Counseling | Access to Care | George, Gregory | No Participation |

**Copay Required:** No
**Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by George, Gregory EMT-P on 06/23/2010 09:19
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/23/2010 06:10 | Provider: | George, Gregory EMT-P | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:08.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK |
| Encounter Date: 06/23/2010 00:01 | Provider: Potter, L. EMT-P | Facility: LEW |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

   **COMPLAINT 1**        **Provider:** Potter, L. EMT-P

      **Chief Complaint:** Other Problem .

      **Subjective:** 4 point restraints

      **Pain Location:**

      **Pain Scale:** 0

      **Pain Qualities:**

      **History of Trauma:**

      **Onset:**

      **Duration:**

      **Exacerbating Factors:**

      **Relieving Factors:**

      **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/23/2010 | 00:01 LEW | 64 | Radial | Regular | Potter, L. EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/23/2010 | 00:01 LEW | 14 | Potter, L. EMT-P |

**Exam:**

   **General**

      **Appearance/Nutrition**

         Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes), Lethargic (no), Obtunded (no), Stuporous (no), Appears in Pain (no), Appears in Distress (no), Acutely Ill (no)

      **Affect**

         Irritable (yes)

            Verbalized no medical complaints. No signs of trauma or dehydration noted. Good distal pulses in all Extrem..

**ASSESSMENT:**

   No Significant Findings/No Apparent Distress

**PLAN:**

**Other:**

   Restraint checks

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/23/2010 00:01 | Provider: | Potter, L. EMT-P | Facility: | LEW |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/23/2010 | Not Done | | Potter, L. | No Participation |

**Copay Required:** No     **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Potter, L. EMT-P on 06/23/2010 00:34
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | HILL, DAVID | | Sex: | M | | Reg #: | 12585-007 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | | Provider: | Potter, L. EMT-P | | Race | BLACK |
| Encounter Date: | 06/23/2010 00:01 | | | | | Facility: | LEW |

**Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:08.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK |
| Encounter Date: 06/22/2010 20:00 | Provider: Potter, L. EMT-P | Facility: LEW |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

    **COMPLAINT 1**      **Provider:** Potter, L. EMT-P

        **Chief Complaint:** Other Problem

        **Subjective:** 4 point restraints

        **Pain Location:**

        **Pain Scale:** 0

        **Pain Qualities:**

        **History of Trauma:**

        **Onset:**

        **Duration:**

        **Exacerbating Factors:**

        **Relieving Factors:**

        **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/22/2010 | 20:00 LEW | 74 | Radial | Regular | Potter, L. EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/22/2010 | 20:00 LEW | 14 | Potter, L. EMT-P |

**Exam:**

    **General**

        **Appearance/Nutrition**

            Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes), Lethargic (no), Obtunded (no), Stuporous (no), Appears in Pain (no), Appears in Distress (no), Acutely Ill (no)

        **Affect**

            Irritable (yes)

            Verbalized no medical complaints. No signs of trauma or dehydration noted. Good distal pulses in all Extrem.. Ate evening meal with 8oz H2O @ 1800.

**ASSESSMENT:**

    No Significant Findings/No Apparent Distress

**PLAN:**

**Other:**

    Restraint checks

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

Inmate Name:   HILL, DAVID                              Reg #:   12585-007
Date of Birth:   05/16/1971                Sex:   M      Race:   BLACK
Encounter Date:   06/22/2010 20:00    Provider:   Potter, L. EMT-P    Facility:   LEW

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/22/2010 | Counseling | Safety/Injury Prevention | Potter, L. | Needs Reinforcement |
| | The need to drink H2O. | | | |

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Potter, L. EMT-P on 06/22/2010 20:41
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/22/2010 20:00 | Provider: | Potter, L. EMT-P | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:07.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | Sex: M | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | | Race: BLACK |
| Encounter Date: 06/22/2010 17:00 | Provider: Potter, L. EMT-P | Facility: LEW |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Potter, L. EMT-P

        **Chief Complaint:**  Other Problem
        **Subjective:**  4 Point restraints
        **Pain Location:**
        **Pain Scale:**  0
        **Pain Qualities:**
        **History of Trauma:**
        **Onset:**
        **Duration:**
        **Exacerbating Factors:**
        **Relieving Factors:**
        **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/22/2010 | 17:00 LEW | 76 | Radial | Regular | Potter, L. EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/22/2010 | 17:00 LEW | 14 | Potter, L. EMT-P |

**Exam:**
    **General**
        **Appearance/Nutrition**
            Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes), Lethargic (no), Obtunded (no), Stuporous (no), Appears in Pain (no), Appears in Distress (no), Acutely Ill (no)
        **Affect**
            Agitated (yes)
            No obvious signs of trauma or dehydration noted.  Good CAP refill in all Extrem.. Verbalized no medical complaints.  I/M refused H2O when offered.

**ASSESSMENT:**

    No Significant Findings/No Apparent Distress

**PLAN:**

**Other:**
    Restraint checks

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

Generated 06/22/2010 19:24 by Potter, L. EMT-P        Bureau of Prisons - LEW        Page 1 of 2

Inmate Name:   HILL, DAVID
Date of Birth:   05/16/1971
Encounter Date:   06/22/2010 17:00

Sex:   M
Provider:   Potter, L. EMT-P

Reg #:   12585-007
Race:   BLACK
Facility:   LEW

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/22/2010 | Counseling | Safety/Injury Prevention | Potter, L. | No Evidence of Learning |

The need to drink H2O.

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Potter, L. EMT-P on 06/22/2010 19:24
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | |
|---|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 | |
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK | |
| Encounter Date: 06/22/2010 17:00 | Provider: Potter, L. EMT-P | Facility: LEW | |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:06.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  HILL, DAVID | | Reg #:   12585-007 |
| Date of Birth:   05/16/1971 | Sex:   M | Race:   BLACK |
| Encounter Date:  06/22/2010 14:45 | Provider:  Walls, Bryan EMT-P | Facility:   LEW |

Injury Assessment-Not Work Related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**        **Provider:** Walls, Bryan EMT-P

   **Chief Complaint:**   Other Problem

   **Subjective:**   I/M was the subject of a Calculated Use of Force. On arrival of the team, he submitted to restraints and was removed from the cell. He was taken to the shower area, stripped, and visually searched. He was then re-dressed and ambulatory restraints were applied. I/M was escorted to Z-024 where he was placed supine in 4-pt restraints. Circulation and motor function were checked and found to be intact distal to the restraints after application. I/M offered no medical complaints and did not sustain any injuries during this Calculated Use of Force.

   **Pain Location:**

   **Pain Scale:**  0

   **Pain Qualities:**

   **History of Trauma:**

   **Onset:**

   **Duration:**

   **Exacerbating Factors:**

   **Relieving Factors:**

   **Comments:**

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/22/2010 | 14:45 LEW | 84 | Radial | Regular | Walls, Bryan EMT-P |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/22/2010 | 14:45 LEW | 16 | Walls, Bryan EMT-P |

Exam:
   General

       I/M supine, AA&O; NAD; airway patent w/ adequate resps; skin normal color, warm, dry; MAE w/ purpose & coordination, Cap refill in finger tips <3 sec; (+) radial pulses; (+) dorsalis pedis pulses x2; No obvious injuries noted.

**ASSESSMENT:**

       No Significant Findings/No Apparent Distress

**PLAN:**

**Other:**

       Initiate restraint checks

**Patient Education Topics:**

| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: M | Race | BLACK |
| Encounter Date: | 06/22/2010 14:45 | Provider: Walls, Bryan EMT-P | Facility: | LEW |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/22/2010 | Not Done | | Walls, Bryan | No Participation |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Walls, Bryan EMT-P on 06/22/2010 16:11
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: M | Race: | BLACK |
| Encounter Date: | 06/22/2010 14:45 | Provider: Walls, Bryan EMT-P | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:04.

**Attachment J**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Note Date: | 09/16/2010 09:00 | Provider: | Alama, F. MLP | Facility: | LEW |

Admin Note encounter performed at Special Housing Unit.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE 1**       **Provider:** Alama, F. MLP

      Inmate handed a empty canister for refill of Albuterol Inhaler.Submitted to Pharmacy for renewal.There was 2 refills left on the label.Notified Chief Pharmacist.

**Copay Required:** No      **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Alama, F. MLP on 09/16/2010 14:18
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/16/2010 09:00 | Provider: | Alama, F. MLP | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 09/16/2010 14:28.

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Inmate Name: | HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: M | Race: BLACK |
| Note Date: | 09/09/2010 09:56 | Provider: DeLeon, Dan RN/IDC | Facility: LEW |

Injury Assessment-Not Work Related encounter performed at Special Housing Unit.

**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**          **Provider:** DeLeon, Dan RN/IDC

Calculated use of force assembled for administration of involuntary TST. Inmate has no contraindications for the TST and has been administered the TST in the three previous years in BEMR. Conflict avoidance was successful and inmate did submit to hand restraints. Inmate was escorted to the range by custody and a TST was administered in the left forearm without incident.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by DeLeon, Dan RN/IDC on 09/09/2010 10:01
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Alama, F. MLP.
Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | HILL, DAVID | | Sex: | M | Reg #: | 12585-007 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | | Provider: | DeLeon, Dan RN/IDC | Race: | BLACK |
| Encounter Date: | 09/09/2010 09:56 | | | | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 09/09/2010 13:42.


Reviewed by Alama, F. MLP on 09/13/2010 10:29.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex | M | Race: | BLACK |
| Note Date: | 09/09/2010 08:43 | Provider | DeLeon, Dan RN/IDC | Facility: | LEW |

Admin Note encounter performed at Special Housing Unit.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**       **Provider:** DeLeon, Dan RN/IDC

        Refused TST for the second time.  Approached with LT Hepner.  No contraindications exist for the TST.  Has taken the TST in last three years

**Copay Required:** No       **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by DeLeon, Dan RN/IDC on 09/09/2010 08:45

Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Alama, F. MLP.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/09/2010 08:43 | Provider: | DeLeon, Dan RN/IDC | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 09/09/2010 09:48.

Reviewed by Alama, F. MLP on 09/13/2010 10:29.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Inmate Name: | HILL, DAVID | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: M | Race: BLACK |
| Note Date: | 09/01/2010 08:08 | Provider: DeLeon, Dan RN/IDC | Facility: LEW |

Follow-up encounter performed at Special Housing Unit.

**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**          **Provider:** DeLeon, Dan RN/IDC

Stopped during sick call/pill line.  C/O of neck and back pain:  "The team was rough on me yesterday."  Observed in cell, gets down from upper bunk without difficulty, ambulates to cell without difficulty and leans head toward edge of door to communicate without diffficulty.  No open areas noted, no swelling of hands noted, FROM bilat hands and wrists.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by DeLeon, Dan RN/IDC on 09/01/2010 08:11
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Alama, F. MLP.
Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/01/2010 08:08 | Provider: | DeLeon, Dan RN/IDC | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 09/02/2010 10:15.

Reviewed by Alama, F. MLP on 01/31/2011 10:07.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK |
| Encounter Date: 08/31/2010 12:17 | Provider: Hemphill, J. PA-C | Facility: LEW |

Injury Assessment-Not Work Related encounter performed at Special Housing Unit.

## SUBJECTIVE:

**INJURY 1**     **Provider:** Hemphill, J. PA-C

**Date of Injury:** 08/31/2010 10:20        **Date Reported for Treatment:** 08/31/2010 10:20

**Work Related:** No        **Work Assignment:** UNASSG

**Where Did Injury Happen (Be specific as to location):**
D Block, 1rst floor shower

**Cause of Injury (Inmate's Statement of how injury occurred):**
no injuries observed

**Symptoms (as reported by inmate):**
no injuries reported.

## OBJECTIVE:

**Exam:**
**General**
**Appearance/Nutrition**
Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes)
**Affect**
Flat (yes)
**Peripheral Vascular**
upper and lower extremity circulation intact.

## ASSESSMENT:

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Other medical exam for administrative purposes | V70.3 | Current | 06/22/2010 | Recurrence | Temporary/Acute |

## PLAN:

**Disposition:**
Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/31/2010 | Not Done | | Hemphill, J. | No Participation |