| Inmate Name:   HILL, DAVID | | Reg #:   12585-007 |
| Date of Birth:   05/16/1971 | Sex:   M | Race:   BLACK |
| Encounter Date:   08/31/2010 12:17 | Provider:   Hemphill, J. PA-C | Facility:   LEW |

**Copay Required:**No                **Cosign Required:** Yes
**Telephone/Verbal Order:**   No


Completed by Hemphill, J. PA-C on 08/31/2010 12:22
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/31/2010 12:17 | Provider: | Hemphill, J. PA-C | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 09/02/2010 10:09.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: M | Race: | BLACK |
| Note Date: | 08/03/2010 13:36 | Provider: Alama, F. MLP | Facility: | LEW |

Admin Note encounter performed at Special Housing Unit.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Alama, F. MLP

       Seen this inmate for Toe Nail problem. He's able to cut his toenails with Clipper.
       He shows relief from the pressure.


**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:**  No


Completed by Alama, F. MLP on 08/03/2010 13:39
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/03/2010 13:36 | Provider: | Alama, F. MLP | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 08/03/2010 14:32.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg#: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Note Date: | 07/23/2010 12:50 | Provider: | Masser, K. Admin Asst | Facility: | LEW |

Admin Note encounter performed at Health Services.

**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**          **Provider:** Masser, K. Admin Asst
>
> Issued one pair of Unicor institutional eye glasses.


**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No


Completed by Masser, K. Admin Asst on 07/23/2010 12:51

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | HILL, DAVID | | | Reg#: | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Note Date: | 07/14/2010 12:33 | Provider: | Navarro, I. MLP | Facility: | LEW |

Admin Note encounter performed at Special Housing Unit.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**           **Provider:**  Navarro, I. MLP
Patient request refill of asthma inhaler. Hx of asthma since 6/27/2002

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 36857-LEW | Albuterol Inhaler HFA (18 GM) 90 mcg | 07/14/2010 12:33 | Inhale 2 puffs four times daily as needed x 90 day(s) |

**Indication:**  Respiratory disease (chronic) NOS

**Copay Required:**No           **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Navarro, I. MLP on 07/14/2010 12:39

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK |
| Encounter Date: 06/24/2010 06:00 | Provider: Fasciana, Francis MLP | Facility: LEW |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Fasciana, Francis MLP

        **Chief Complaint:**  No Complaint(s)

        **Subjective:**  - Inmate in 4-point restraints.
                      - Voices no complaints at this time.
                      - Refers being in restraints " because I don't want to take on a cellmate."
                      - Refers has been drinking water and eating daily.

        **Pain Location:**

        **Pain Scale:**

        **Pain Qualities:**

        **History of Trauma:**

        **Onset:**

        **Duration:**

        **Exacerbating Factors:**

        **Relieving Factors:**

        **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/24/2010 | 09:01 LEW | 75 | Radial | | Fasciana, Francis MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/24/2010 | 09:01 LEW | 16 | Fasciana, Francis MLP |

**Exam:**

    **General**

        **Appearance/Nutrition**

            Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes)

        **Affect**

            Pleasant (yes), Cooperative (yes)

    **Peripheral Vascular**

        **Arms**

            Radial Pulse Normal (yes), Capillary Refill Normal (yes)

        **Legs**

            Capillary Refill Normal (yes)

**ASSESSMENT:**

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|

**DEFENDANT'S EXHIBIT**

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HILL, | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION NO. 3:11-CV-1609 |
| | ) | |
| vs. | ) | |
| | ) | |
| HARLEY LAPPIN, et al., | ) | |
| | ) | |
| Defendants | ) | |

## DECLARATION OF KEVIN PIGOS

1.     I am currently employed as a Physician-Clinical Director by the Federal Bureau of Prisons (hereafter "BOP"), and assigned to the United States Penitentiary (USP) Lewisburg. I have been employed by the BOP since 2006. I certify that the Attachments referenced herein are true and accurate to the best of my knowledge.

2.     The Plaintiff is a federal inmate currently confined in the United States Penitentiary (USP), Lewisburg. He is currently serving an aggregated sentence of 984 months for bank robbery and related firearms charges. He has a projected release date of 6-28-2074, via good conduct time release. **See Attachment A, Public Information for Plaintiff.**

3.     I have reviewed the medical records for Plaintiff David Hill. Hill has a mild intermittent asthma condition. It is well controlled through a first line therapy regimen consisting of PRN (as needed) albuterol inhaler.
**See Attachments B, Bureau of Prisons Health Services Health Problems; C, Bureau of Prisons Health Services Medication Summary Historical.**

4.     Plaintiff's medical records since January through June, 2011, indicate he has only had medication renewals. He did not signed up for sick call or been seen for anything during said time fram.
**See Attachments D, Bureau of Prisons Health Services, Clinical Encounter-Administrative Note dated January 26, 2011; E, Bureau of Prisons Health Services, Clinical Encounter-Administrative Note dated June 6, 2011.**

5.     Plaintiff's medical records since June, 2011 indicate he has been seen for ambulatory restraint checks (due to discipline related reasons for being placed in restraints); medication refills, including his albuterol inhaler; and lower back pain. **See Attachments F, Bureau of Prisons Health Services records from June, 2011 through November 15, 2011.**

6.     Plaintiffs asthma is mild and well controlled.   There is no need to transfer him to a medical facility.

I declare under penalty of perjury pursuant to 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this __21st__ day of November, 2011.

Kevin Pigos
Physician-Clinical Director
USP Lewisburg

**Attachment A**

```
LEW40           *        PUBLIC INFORMATION        *      11-16-2011
PAGE 001        *            INMATE DATA           *      09:31:01
                         AS OF 11-16-2011

REGNO..: 12585-007 NAME: HILL, DAVID

                   RESP OF: LEW
                   PHONE..: 570-523-1251    FAX: 570-522-7745
                                            RACE/SEX...: BLACK / MALE
                                            AGE: 40
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 06-28-2074                     PAR HEAR DT:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEW40          *        PUBLIC INFORMATION        *      11-16-2011
PAGE 002          *           INMATE DATA            *      09:31:01
                              AS OF 11-16-2011

REGNO..: 12585-007 NAME: HILL, DAVID

                  RESP OF: LEW
                  PHONE..: 570-523-1251    FAX: 570-522-7745
HOME DETENTION ELIGIBILITY DATE: 12-28-2073

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-28-2074 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------


COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 1:01CR00191-001
JUDGE...........................: HILTON
DATE SENTENCED/PROBATION IMPOSED: 12-07-2001
DATE COMMITTED..................: 02-21-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

              FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $700.00      $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $40,235.00

-----------------------CURRENT OBLIGATION NO: 010 -----------------------

OFFENSE CODE....:  551
OFF/CHG: T18:371; CONSPIRACY (COUNT 1)
         T18:2113(A)&(D); ARMED BANK ROBBERY (COUNTS 2,4&6)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  300 MONTHS
 TERM OF SUPERVISION............:    5 YEARS
 CLASS OF OFFENSE...............: CLASS B FELONY
 DATE OF OFFENSE................: 10-06-1999




G0002       MORE PAGES TO FOLLOW . . .
```

```
LEW40              *         PUBLIC INFORMATION          *      11-16-2011
PAGE 003           *           INMATE DATA               *      09:31:01
                                AS OF 11-16-2011

REGNO..: 12585-007 NAME: HILL, DAVID

                   RESP OF: LEW
                   PHONE..: 570-523-1251    FAX: 570-522-7745
-------------------------CURRENT OBLIGATION NO: 020 -----------------------

OFFENSE CODE....:  130
OFF/CHG: T18:924(C)(1)(A),924(C)(1)(A)(III); USE OF A FIREARM DURING A
         CRIME OF VIOLENCE. (COUNTS 3,5&7).

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   684 MONTHS
  TERM OF SUPERVISION............:     5 YEARS
  CLASS OF OFFENSE...............: CLASS A FELONY
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
  DATE OF OFFENSE................: 10-06-1999


-------------------------CURRENT COMPUTATION NO: 020 ----------------------


COMPUTATION 020 WAS LAST UPDATED ON 10-04-2011 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-16-2008 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010, 020 020

DATE COMPUTATION BEGAN..........: 12-07-2001
AGGREGATED SENTENCE PROCEDURE..: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT...........:   984 MONTHS
TOTAL TERM IN EFFECT CONVERTED.:    82 YEARS
AGGREGATED TERM OF SUPERVISION.:     5 YEARS
EARLIEST DATE OF OFFENSE.......: 10-06-1999

JAIL CREDIT....................:    FROM DATE      THRU DATE
                                    10-07-2001     12-06-2001
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEW40          *        PUBLIC INFORMATION        *      11-16-2011
 PAGE 004         *            INMATE DATA           *      09:31:01
                             AS OF 11-16-2011

 REGNO..: 12585-007 NAME: HILL, DAVID

                   RESP OF: LEW
                   PHONE..: 570-523-1251    FAX: 570-522-7745
 TOTAL PRIOR CREDIT TIME.........: 61
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 3387
 TOTAL GCT EARNED................: 0
 STATUTORY RELEASE DATE PROJECTED: 06-28-2074
 EXPIRATION FULL TERM DATE.......: 10-06-2083


 PROJECTED SATISFACTION DATE.....: 06-28-2074
 PROJECTED SATISFACTION METHOD...: GCT REL




 G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEW40          *        PUBLIC INFORMATION        *     11-16-2011
 PAGE 005         *            INMATE DATA            *     09:31:01
                  *          AS OF 11-16-2011
```

REGNO..: 12585-007 NAME: HILL, DAVID

                    RESP OF: LEW

HOME DETENTION ELIGIBILITY DATE: 04-06-2001

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  10-06-2001 VIA PAROLE

-------------------------PRIOR JUDGMENT/WARRANT NO: 010 -------------------------

COURT OF JURISDICTION..........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER..................: F4197-96A
JUDGE..........................: RETCHIN
DATE SENTENCED/PROBATION IMPOSED: 12-06-1996
DATE PROBATION REVOKED.........: 05-30-2000
TYPE OF PROBATION REVOKED......: SPLIT
DATE WARRANT ISSUED............: N/A
DATE WARRANT EXECUTED..........: N/A
DATE COMMITTED.................: 06-26-2002
HOW COMMITTED..................: PROBATION VIOL (US OR DC CD)
PROBATION IMPOSED..............: NO
SPECIAL PAROLE TERM............:

                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:   $20.00         $00.00       $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------

OFFENSE CODE....:  602.
OFF/CHG: AGGRAVATED ASSAULT IN VIOLATION OF D.C. CODE

  SENTENCE PROCEDURE............: DC OMNIBUS ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:  120 MONTHS
  MINIMUM TERM..................:   40 MONTHS
  DATE OF OFFENSE...............: 05-15-1996

G0002       MORE PAGES TO FOLLOW . . .

```
   LEW40          *        PUBLIC INFORMATION        *      11-16-2011
PAGE 006 OF 006 *             INMATE DATA            *      09:31:01
                             AS OF 10-06-2001

REGNO..: 12585-007 NAME: HILL, DAVID

              RESP OF: LEW
              PHONE..: 570-523-1251    FAX: 570-522-7745
----------------------------PRIOR COMPUTATION NO: 010 ----------------------


COMPUTATION 010 WAS LAST UPDATED ON 05-07-2003 AT THA AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

DATE COMPUTATION BEGAN..........: 05-30-2000
TOTAL TERM IN EFFECT............:   120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS
EARLIEST DATE OF OFFENSE........: 05-15-1996

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    05-15-1996     02-08-1998
                                    03-03-2000     05-29-2000


TOTAL JAIL CREDIT TIME..........: 723
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: N/A
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: 10-06-2001
STATUTORY RELEASE DATE..........: 06-05-2008
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 06-05-2008

PAROLE EFFECTIVE................: 10-06-2001
PAROLE EFF VERIFICATION DATE....: 10-06-2001
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: NOT ELIGIBLE

ACTUAL SATISFACTION DATE........: 10-06-2001
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: THA
ACTUAL SATISFACTION KEYED BY....: TJH

DAYS REMAINING..................: 2434
FINAL PUBLIC LAW DAYS...........: 0




  G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

**Attachment B**

# Bureau of Prisons
## Health Services
## Health Problems

Reg #: 12585-007                    Inmate Name:  HILL, DAVID

| Description | Type | ICD | Diag. Date | Status | Status Date | Comments |
|---|---|---|---|---|---|---|
| Dermatophytosis of nail (Tinea ungulum) 10/22/2010 14:11 EST  Alama, F. MLP | Chronic | 110.1 | 10/22/2010 | Current | 10/22/2010 | |
| Other chronic pain 08/18/2008 12:28 EST  Naeem, Mohammad MLP | Chronic | 338.29 | 08/18/2008 | Current | 08/18/2008 | |
| Infection by other and unspecified mycoses 06/06/2008 17:31 EST  Allred, David DO CD | Chronic | 117.9 | 06/06/2008 | Current | 06/06/2008 | general oncomycosis of toenails. |
| Other specified general medical examination 12/03/2010 11:02 EST  Alama, F. MLP | Temporary/Acute | V70.8 | 12/03/2010 | Current | 12/03/2010 | |
| Other medical exam for administrative purposes 06/22/2010 10:05 EST  Navarro, I. MLP | Temporary/Acute | V70.3 | 06/22/2010 | Current | 06/22/2010 | |
| Other medical exam for administrative purposes 02/05/2010 13:22 EST  Navarro, I. MLP | Temporary/Acute | V70.3 | 02/05/2010 | Current | 02/05/2010 | |
| Other medical exam for administrative purposes 01/19/2010 13:54 EST  Navarro, I. MLP | Temporary/Acute | V70.3 | 01/19/2010 | Current | 01/19/2010 | Patient in ambulatory restraints |
| Other medical exam for administrative purposes 01/04/2010 09:50 EST  Alama, F. MLP | Temporary/Acute | V70.3 | 01/04/2010 | Current | 01/04/2010 | |
| Other medical exam for administrative purposes 12/02/2009 10:06 EST  Navarro, I. MLP | Temporary/Acute | V70.3 | 12/02/2009 | Current | 12/02/2009 | |
| Respiratory disease (chronic) NOS 09/21/2009 10:34 EST  Hemphill, J. PA-C | Temporary/Acute | 519.9 | 09/21/2009 | Current | 09/21/2009 | |
| Fractured restorative material w loss material 01/07/2009 12:40 EST  Highsmith, S. K. DMD | Temporary/Acute | 525.64 | 01/07/2009 | Current | 01/07/2009 | |

Reg #: 12585-007                              Inmate Name: HILL, DAVID

| Description | Type | ICD | Diag. Date | Status | Status Date | Comments |
|---|---|---|---|---|---|---|
| Dental caries extending into dentine 07/10/2008 17:06 EST  Buttermore, Julia DMD  CDO | Temporary/Acute | 521.02 | 07/10/2008 | Current | 07/10/2008 | Rev. H/HX, NSF |
| Other specified examination 05/08/2008 11:42 EST  Allred, David DO CD | History/Resolved | V72.85 | 05/08/2008 | Resolved | 05/08/2008 | normal examination; no evidence of trauma of any sort. |

**Total: 13**

**Attachment C**

# Bureau of Prisons
## Health Services
## Medication Summary
### Historical

| | | |
|---|---|---|
| **Complex:** LEW--LEWISBURG USP | **Begin Date:** 06/01/2011 | **End Date:** 11/16/2011 |
| **Inmate:** HILL, DAVID | **Reg #:** 12585-007 | **Quarter:** C02-213L |

Medications listed reflect prescribed medications from the begin date to end date on this report.

**Allergies:**  Denied

## Active Prescriptions

Albuterol Inhaler HFA (6.7 GM) 90mcg
shake well and Inhale 2 puffs by mouth up to four times daily as needed
**Rx#:**  69724-LEW    **Doctor:**  Hemphill, J. PA-C
**Start:**  05/16/11    **Exp:** 08/14/11          **Pharmacy Dispensings:** 20.1 GM in 184 days

Albuterol Inhaler HFA (6.7 GM) 90mcg
shake well and Inhale 2 puffs by mouth up to four times daily as needed
**Rx#:**  82525-LEW    **Doctor:**  Zook, Kenneth PA-C
**Start:**  11/10/11    **Exp:** 02/08/12          **Pharmacy Dispensings:** 6.7 GM in 6 days

Ibuprofen 600 MG Tab
Take one tablet by mouth three times daily with food as needed for pain
**Rx#:**  71219-LEW    **Doctor:**  Hemphill, J. PA-C
**Start:**  06/06/11    **Exp:** 07/06/11          **Pharmacy Dispensings:** 30 TAB in 163 days

Ibuprofen 600 MG Tab
Take one tablet by mouth three times daily with food as needed for pain
**Rx#:**  75058-LEW    **Doctor:**  Hemphill, J. PA-C
**Start:**  07/28/11    **Exp:** 08/27/11          **Pharmacy Dispensings:** 90 TAB in 111 days

**Attachment D**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: | M    Race: BLACK | Facility: | LEW |
| Note Date: | 01/26/2011 05:13 | Provider: | Hemphill, J. PA-C | Unit: | D03 |

Medication Renewal/Review encounter performed at Special Housing Unit.
Administrative Notes:

    ADMINISTRATIVE NOTE   1      Provider: Hemphill, J. PA-C
    Medication Renewal: albuterol inhaler.

Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 55728-LEW | Albuterol Inhaler HFA (6.7 GM) 90mcg | 01/26/2011 05:13 | shake well and inhale 2 puffs by mouth up to four times daily as needed x 90 day(s) |

          Indication: Respiratory disease (chronic) NOS

**Copay Required:** No         **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Hemphill, J. PA-C on 01/26/2011 05:14
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/26/2011 05:13 | Provider: | Hemphill, J. PA-C | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 01/26/2011 09:12.

Bureau of Prisons - LEW

**Attachment E**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Facility: | LEW |
| Date of Birth: | 05/16/1971 | Sex: M | Race:BLACK | Unit: | D03 |
| Note Date: | 06/06/2011 11:26 | Provider: | Hemphill, J. PA-C | | |

Medication Renewal/Review encounter performed at Special Housing Unit.
**Administrative Notes:**
  **ADMINISTRATIVE NOTE   1**      Provider: Hemphill, J. PA-C
    Medication Renewal.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 57852-LEW | Ibuprofen 600 MG Tab | 06/06/2011 11:26 | Take one tablet by mouth three times daily with food as needed for pain x 30 day(s) -- refill x 2 |

  **Indication:** Other chronic pain

**Copay Required:**No        **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Hemphill, J. PA-C on 06/06/2011 11:27
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/06/2011 11:26 | Provider: | Hemphill, J. PA-C | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/07/2011 09:59.

**Attachment F**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex:      M      Race:BLACK | Facility: | LEW |
| Note Date: | 11/15/2011 14:05 | Provider:   Zook, Kenneth PA-C | Unit: | C02 |

Medication Renewal/Review encounter performed at Special Housing Unit.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1        Provider:** Zook, Kenneth PA-C

med renewal - chronic pain, itchy/burning feet

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Miconazole Cream 2% | 11/15/2011 14:05 | 1/4" ribbon Topically  -Two Times a Day x 6 day(s) -- apply to clean dry skin in affected area of foot |

**Indication:** Infection by other and unspecified mycoses

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 75058-LEW | Ibuprofen 600 MG Tab | 11/15/2011 14:05 | Take one tablet by mouth three times daily with food as needed for pain x 30 day(s) |

**Indication:** Other chronic pain

**Copay Required:**No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Zook, Kenneth PA-C on 11/15/2011 14:07
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #:    12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M    Race:BLACK | Facility:    LEW |
| Note Date: | 11/10/2011 12:23 | Provider: | Zook, Kenneth PA-C | Unit:    C02 |

Medication Renewal/Review encounter performed at Special Housing Unit.

**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**      **Provider:** Zook, Kenneth PA-C
      Patient has mild asthma.  Rx for inhaler is expired.  Requests renewal.  No acute symptoms.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 69724-LEW | Albuterol Inhaler HFA (6.7 GM) 90mcg | 11/10/2011 12:23 | shake well and Inhale 2 puffs by mouth up to four times daily as needed x 90 day(s) |

   **Indication:** Respiratory disease (chronic) NOS

**Copay Required:** No         **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No

Completed by Zook, Kenneth PA-C on 11/10/2011 12:25
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/10/2011 12:23 | Provider: | Zook, Kenneth PA-C | Facility: | LEW |

**Cosigned by Pigos, Kevin MD/Clinical Director on 11/10/2011 14:45.**

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M    Race:BLACK | Facility: | LEW |
| Note Date: | 10/07/2011 09:09 | Provider: | Peoria, M. PA-C | Unit: | C03 |

Sick Call/Triage encounter performed at Special Housing Unit.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1        Provider: Peoria, M. PA-C**
C-block s/c cop-out dated 10/3/2011.  C/O lower back pain, requests an appointment with the doctor.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/07/2011 | Counseling | Access to Care | Peoria, M. | No Participation |

Will inform patient that his request for an appointment with the physician for LBP is denied.  He should generate a sick call cop-out to his PCP.

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No

Completed by Peoria, M. PA-C on 10/07/2011 09:15
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/07/2011 09:09 | | Provider: | Peoria, M. PA-C | Facility: | LEW |

**Cosigned by Pigos, Kevin MD/Clinical Director on 10/07/2011 12:43.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M     Race: BLACK | Facility: | LEW |
| Note Date: | 10/06/2011 11:54 | Provider: | Snyder, S. HIT | Unit: | C03 |

Admin Note encounter performed at Health Services.
**Administrative Notes:**
   **ADMINISTRATIVE NOTE  1**          **Provider:** Snyder, S. HIT
      Received copy of clinical encounter dated 9/22/10.


**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No


Completed by Snyder, S. HIT on 10/06/2011 11:55

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M    Race: BLACK | Facility: | LEW |
| Note Date: | 07/28/2011 12:06 | Provider: | Hemphill, J. PA-C | Unit: | D01 |

Sick Call/Triage encounter performed at Special Housing Unit.

**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**          **Provider:** Hemphill, J. PA-C

Medication Renewal.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 71219-LEW | Ibuprofen 600 MG Tab | 07/28/2011 12:06 | Take one tablet by mouth three times daily with food as needed for pain x 30 day(s) |

**Indication:** Other chronic pain

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Hemphill, J. PA-C on 07/28/2011 12:09

Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/28/2011 12:06 | | Provider: | Hemphill, J. PA-C | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 07/28/2011 14:50.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK | Facility: | LEW |
| Encounter Date: 07/27/2011 16:00 | Provider: Brenneman, William RN | | Unit: | D01 |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1         Provider: Brenneman, William RN

Chief Complaint: No Complaint(s)
Subjective:   Inmate evaluated due to being in ambulatory restraints.
Pain Location:
Pain Scale:   0
Pain Qualities:
History of Trauma:
Onset:
Duration:
Exacerbating Factors:
Relieving Factors:
Comments:

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/27/2011 | 16:00 LEW | 84 | Radial | Regular | Brenneman, William RN |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/27/2011 | 16:00 LEW | 14 | Brenneman, William RN |

Exam:

General
  Appearance/Nutrition
    Yes: Appears Well, NAD, WD/WN, Alert and Oriented x 3
  Affect
    Yes: Cooperative
Pulmonary
  Observation/Inspection
    Yes: Normal
Cardiovascular
  Observation
    Yes: Normal Rate, Regular Rhythm
Peripheral Vascular
  Arms
    Yes: Radial Pulse Normal, Capillary Refill Normal
  Legs
    Yes: Dorsalis Pedis Normal, Capillary Refill Normal

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M  Race: BLACK | Facility: LEW |
| Encounter Date: 07/27/2011 16:00 | Provider: Brenneman, William RN | Unit: D01 |

**PLAN:**

**Disposition:**
   Discharged to Housing Unit-No Restrictions

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/27/2011 | Counseling | Access to Care | Brenneman, William | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Brenneman, William RN on 07/27/2011 16:51
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/27/2011 16:00 | Provider: | Brenneman, William RN | Facility: | LEW |

**Cosigned by Pigos, Kevin MD/Clinical Director on 07/28/2011 09:21.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name:  HILL, DAVID | | Reg #:   12585-007 | |
| Date of Birth:  05/16/1971 | Sex:   M   Race:  BLACK | Facility:  LEW | |
| Encounter Date: 07/27/2011 13:34 | Provider:  Ladisic, Heather RN | Unit:   D01 | |

Injury Assessment-Not Work Related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

    **INJURY  1**    **Provider:**  Ladisic, Heather RN

        **Date of Injury:**   07/27/2011 13:34    **Date Reported for Treatment:**   07/27/2011 13:50

        **Work Related:**   No    **Work Assignment:**   UNASSG

        **Pain Location:**

        **Pain Scale:**   Unavailable

        **Pain Qualities:**

        **Where Did Injury Happen (Be specific as to location):**

            D block cell 204

        **Cause of Injury (Inmate's Statement of how injury occurred):**

            None stated

        **Symptoms (as reported by inmate):**

            None reported

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/27/2011 13:50 LEW | | 96 | Radial | Regular | Ladisic, Heather RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/27/2011 | 13:50 LEW | 22 | Ladisic, Heather RN |

**Exam:**

    **General**

        **Appearance/Nutrition**

            Yes: Appears Well, NAD, WD/WN, Alert and Oriented x 3

            No: Dyspneic, Appears in Pain, Writhing in Pain, Appears in Distress, Pale, Diaphoretic

        **Affect**

            Yes: Flat

    **Pulmonary**

        **Observation/Inspection**

            Yes: Normal

            No: Respiratory Distress

    **Cardiovascular**

        **Observation**

            Yes: Normal Rate, Regular Rhythm

    **Peripheral Vascular**

        **Arms**

            Yes: Radial Pulse Normal, Capillary Refill Normal

        **Legs**

            Yes: Dorsalis Pedis Normal, Capillary Refill Normal

**ASSESSMENT:**

| Inmate Name:   HILL, DAVID | | Reg #:    12585-007 |
| Date of Birth:    05/16/1971 | Sex:     M    Race:  BLACK | Facility:   LEW |
| Encounter Date:  07/27/2011 13:34 | Provider:  Ladisic, Heather RN | Unit:       D01 |

No Significant Findings/No Apparent Distress
I/M placed into ambulatory restraints. Verbalized no medical complaints. No signs of trauma noted. Good distal pulses and capillary refill <2 seconds in all extremities.

**PLAN:**

**Disposition:**
 Follow-up at Sick Call as Needed

**Other:**
 Restraint checks

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/27/2011 | Not Done | | Ladisic, Heather | No Participation |

Copay Required:No          Cosign Required:  Yes
Telephone/Verbal Order:  No

Completed by Ladisic, Heather RN on 07/27/2011 14:01
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/27/2011 13:34 | Provider: | Ladislc, Heather RN | Facility: | LEW |

**Cosigned by Pigos, Kevin MD/Clinical Director on 07/28/2011 11:44.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name:  HILL, DAVID | | Reg #:  12585-007 |
| Date of Birth:  05/16/1971 | Sex:    M    Race:  BLACK | Facility:  LEW |
| Encounter Date: 07/21/2011 13:30 | Provider:  Potter, L. EMT-P | Unit:  D01 |

Injury Assessment-Not Work Related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

    **INJURY  1**    **Provider:**  Potter, L. EMT-P

        **Date of Injury:**  07/21/2011 13:30      **Date Reported for Treatment:**    07/21/2011 13:30

        **Work Related:**  No      **Work Assignment:**    UNASSG

        **Pain Location:**

        **Pain Scale:**  0

        **Pain Qualities:**

        **Where Did Injury Happen (Be specific as to location):**

           Unknown

        **Cause of Injury (Inmate's Statement of how injury occurred):**

           Checked for SIS

        **Symptoms (as reported by inmate):**

           No comments made

**OBJECTIVE:**

Exam:
    General
        **Appearance/Nutrition**
           Yes: Appears Well, NAD, WD/WN, Alert and Oriented x 3
           No: Lethargic, Obtunded, Stuporous, Appears in Pain, Appears in Distress, Disheveled, Unkempt, Acutely
           Ill
        **Affect**
           Yes: Flat
           No: Cooperative

             Use of force team used to remove I/N from cell.  Injury assessment report done.  No signs of trauma
             noted.  I/M did not verbalized any medical complaints. I/M returned to cell without incident.

**ASSESSMENT:**

    No Significant Findings/No Apparent Distress

**PLAN:**

**Disposition:**

    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/21/2011 | Not Done | | Potter, L. | No Participation |

| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M   Race: BLACK | Facility: LEW |
| Encounter Date: 07/21/2011 13:30 | Provider: Potter, L. EMT-P | Unit: D01 |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Potter, L. EMT-P on 07/21/2011 13:45
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/21/2011 13:30 | Provider: | Potter, L. EMT-P | Facility: | LEW |

**Cosigned by Santos, Elizabete D.O. on 07/22/2011 08:40.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: BLACK | Facility: | LEW |
| Note Date: | 07/11/2011 09:59 | Provider: | Snyder, S. HIT | | Unit: | D03 |

Admin Note encounter performed at Health Services.
**Administrative Notes:**

  **ADMINISTRATIVE NOTE   1          Provider:** Snyder, S. HIT
      Inmate recevied copies of clinical encounters dated 12/2/10 and 12/3/10.


**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No


Completed by Snyder, S. HIT on 07/11/2011 10:00

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex:     M     Race:BLACK | Facility: | LEW |
| Note Date: | 06/06/2011 11:26 | Provider:   Hemphill, J. PA-C | Unit: | D03 |

Medication Renewal/Review encounter performed at Special Housing Unit.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Hemphill, J. PA-C

        Medication Renewal.


**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 57852-LEW | Ibuprofen 600 MG Tab | 06/06/2011 11:26 | Take one tablet by mouth three times daily with food as needed for pain x 30 day(s) -- refill x 2 |

        **Indication:** Other chronic pain


**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:**   No


Completed by Hemphill, J. PA-C on 06/06/2011 11:27
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/06/2011 11:26 | Provider: | Hemphill, J. PA-C | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/07/2011 09:59.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID E. HILL,** | : | **CIVIL NO. 3:CV-11-1609** |
| **Plaintiff** | : | |
| | : | **(Conaboy, J.)** |
| **v.** | : | |
| | : | |
| **HARLEY LAPPIN, et al.,** | : | |
| **Defendants** | : | **Filed Electronically** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 30th day of January, 2012, she served a copy of the attached

## EXHIBITS TO BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

David E. Hill
Reg. No. 12585-007
USP Lewisburg
PO Box 1000
Lewisburg PA 17837

/s Anita L. Lightner
Anita L. Lightner
Paralegal Specialist