a disruptive threat.

Additionally, the Warden's documentation must indicate specifically what considerations are being made for mental health treatment, including possible referral to a mental health institution.

The Warden's review should be documented in memorandum format to the file, with a copy faxed to the Regional Director immediately upon completion. The memorandum should summarize the reports of each participant, followed by the Warden's decision

and justification. Group reviews of this type must be conducted within every 48-hour period following the initial 24-hour review. See Section 14.b., Use of Restraints Reporting Requirements, for detailed information on documenting the initial 24-hour, and subsequent 48-hour, reviews.

11.   [USE OF CHEMICAL AGENTS OR NON-LETHAL WEAPONS §552.25. The Warden may authorize the use of chemical agents or non-lethal weapons only when the situation is such that the inmate:

a.   Is armed and/or barricaded; or,

b.   Cannot be approached without danger to self or others; and,

c.   It is determined that a delay in bringing the situation

under control would constitute a serious hazard to the inmate or others, or would result in a major disturbance or serious property damage.]

Qualified health personnel (Physician, Physician's Assistant,

or nurse) shall be consulted prior to staff using chemical agents

unless the circumstances require an immediate response.

Ordinarily, in a calculated use of force situation, the inmate's

medical file must be reviewed by these personnel to determine

whether the inmate has any diseases or conditions which would be

dangerously affected if chemical agents or non-lethal weapons are

used.   This includes, but is not limited to: asthma, emphysema,

progstat                                                         18

© 2011 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

bronchitis, tuberculosis, obstructive pulmonary disease, angina
pectoris, cardiac myopathy, or congestive heart failure.  Local
procedures will be developed where 24-hour medical coverage is
unavailable.

12.    [MEDICAL ATTENTION IN USE OF FORCE AND APPLICATION OF
RESTRAINTS INCIDENTS §552.26

 a.    In immediate use of force situations, staff shall seek the
assistance of mental health or qualified health personnel upon
gaining physical control of the inmate.  When possible, staff
shall seek such assistance at the onset of the violent behavior.
In calculated use of force situations, the use of force team
leader    shall    seek    the    guidance    of    qualified    health
personnel(based on a review of the inmate's medical record) to
identify physical or mental problems.  When mental health staff
or qualified health personnel determine that an inmate requires
continuing   care,   and   particularly   when   the   inmate   to   be
restrained is pregnant, the deciding staff shall assume
responsibility for the inmate's care, to include possible
admission to the institution hospital, or, in the case of a
pregnant inmate, restraining her in other than face down
four-point restraints.

 b.    After any use of force or forcible application of
restraints, the inmate shall be examined by qualified health
personnel, and any injuries noted, immediately treated.]

    If any staff involved in a use of force reports an injury,
Health Services personnel should provide an immediate examination
and initial emergency treatment as required.   Staff may also
seek treatment from their personal physician.

13.    USE OF FORCE IN SPECIAL CIRCUMSTANCES.    In certain
extenuating circumstances, and after confrontation-avoidance has
failed or has proven impractical, staff may be forced to
make a decision, such as whether to use force on a pregnant
inmate or an aggressive inmate with open cuts, sores, or lesions.
Special cases such as mentally ill, disabled, or pregnant
inmates, after consultation with the Clinical Director, must be

progstat

© 2011 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use
of this product is subject to the restrictions and terms and conditions of the Matthew Bender
Master Agreement.

assessed carefully to determine whether the situation is grave enough to require the use of physical force.

a. **Pregnant Inmates.** When pregnant inmates have to be restrained, necessary precautions must be taken to ensure the fetus is unharmed. Health Services personnel must prescribe the necessary precautions, including decisions about the manner in which the inmate is to be restrained, i.e., whether medical personnel should be present during the application of restraints, whether the inmate should be restrained at the institutional hospital or a local medical facility, etc.

b. **Inmates with Wounds or Cuts.** Aggressive inmates with open cuts or wounds who have attempted to harm themselves or others should be carefully approached by staff in the prescribed protective clothing/gear. A full body shield should also be used during these encounters to protect staff. Aggressive inmates, after placement in restraints, should be placed in administrative detention and separated from other inmates.

Ordinarily, inmates of this status must remain in administrative detention until cleared to return to the general population by the Captain, Chief Psychologist, and the Clinical Director with the Warden's approval.

14. **[DOCUMENTATION OF USE OF FORCE AND APPLICATION OF RESTRAINTS INCIDENTS §552.27.** Staff shall appropriately document all incidents involving the use of force, chemical agents, or non-lethal weapons. Staff shall also document, in writing, the use of restraints on an inmate who becomes violent or displays signs of imminent violence. A copy of the report shall be placed in the inmate's central file.]

a. **Report of Incident.** A Use of Force Report (BP-E583) will be prepared on the use of force, chemical agents/pepper mace, progressive restraints, and non-lethal weapons. This reporting requirement includes the application of progressive restraints on an inmate who complies with the placement of the restraints.

The report must establish the identity of all involved in the incident; inmates, staff, and others. It must provide a vivid, detailed description of the incident. The report, including mental health/medical reports must be submitted to the Warden or designee no later than the end of the tour of duty. A copy of

© 2011 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

the report is to be placed in the inmate's central file.   Copies are also to be sent within two work days to:

(1)   Assistant Director, Correctional Programs Division;   (2) Assistant Director, Health Services Division;

(3)   Central Office Correctional Services Administrator;   (4) Regional Director; and,

(5)   Regional Correctional Services Administrator.

A report is not necessary for the general use of restraints

(for example, the routine movement or transfer of inmates).

b. **Use of Restraints Reporting Requirements**

**Documented Reviews.**   The following reviews will be documented as indicated:

(a) Fifteen-minute check - **fifteen-Minute Restraints Check Form (24 Hours)** (BP-S0717.055);

(b) Two-hour Lieutenant Check - **Two-Hour Lieutenant Restraints Check Form (24 Hours)** (BP-S0718.055);

(c) Health Services Staff Review - **Health Services Restraint Review Form (24 Hours)** (BP-S0719.055); and

(d) Psychology Staff Check - **Psychology Services Restraint Review Form (24 Hours)** (BP-S0720.055).

Staff must complete all forms until the inmate is released from restraints.   The forms will be submitted to the Warden as required for periodic reviews of an inmate's placement in restraints.   After release from restraints, these forms must be compiled and maintained in the Inmate's Central File and Special Investigative Supervisor's file.

c.   **Videotape of Use of Force Incidents.**   Staff must obtain a video camera immediately and record any use of force incident, unless it is determined that a delay in resolving the situation would endanger the inmate, staff, or others, or would result in a major disturbance or serious property damage.

The video recording will also include any medical examination

© 2011 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

conducted after:

! the application of restraints;

! use of chemical agents,

! use of pepper mace, and/or

! use of non-lethal weapons.

Calculated use of force shall be videotaped following the sequential guidelines presented in the Correctional Services Manual.   The original videotape must be maintained and secured as evidence in the SIS Office.   A copy of every videotape, after review by the Warden (within four work days of the incident), unless requested sooner by the Regional Director, will be

provided immediately to the Regional Director for review. .

The Regional Director shall forward videotapes of questionable or inappropriate cases immediately to the Assistant Director, Correctional Programs Division, Central Office, for review.

When a threat to the safety of the inmate, staff, or others, or property, requires an immediate response, staff are obligated to obtain a camera and begin recording the event as soon as feasible.   As soon as control of the situation has been obtained staff must record information on:

! injuries;

! circumstances that required the need for immediate use of force; and

! identifications of the inmates, staff, and others involved.

d.   **Documentation Maintenance**.   The Captain must maintain all documentation, including the videotape and the original BP-E583, for a minimum of 2½ years.   A separate file must be established on each use of force incident.

15.   **AFTER-ACTION REVIEW OF USE OF FORCE AND APPLICATION OF RESTRAINTS INCIDENTS.**   Following any incident involving the use of force (calculated or immediate) and the application of restraints, the Warden, Associate Warden (responsible for Correctional Services), Health Services Administrator, and Captain must meet and review the incident.   The review is

© 2011 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

conducted to assess the rationale of the actions taken (e.g., if the force was appropriate and in proportion to the inmate's actions).

The review team should gather relevant information to determine if policy was adhered, and complete the standard After-Action Report (BP-E586), indicating the nature of the review and findings.   The BP-E586 should be submitted within two working days after the inmate is released from restraints.

a.    **Videotape Review.**   The After-Action Review Team should review the actions of the staff for compliance with the Correctional Services Manual and this policy.    At a minimum, this review should include the following:

!   The Lieutenant displayed professional behavior during the Forced Cell Team technique.

! The Lieutenant ensured only the force necessary to control the inmate is used, based on the nature of the incident.

!   The Lieutenant monitored the actions of the inmate and team members, and was not involved in subduing the inmate unless it is deemed necessary to prevent staff or inmate injury.

!    The Use of Force Team members were wearing the proper protective gear.

!    Unauthorized items such as towels, tape, surgical mask, hosiery, etc., was not being used.

! Introductions were made by the Lieutenant, Use if Force Team members, medical staff, and staff involved in the confrontation avoidance technique as well as

identifying all staff present, including those observing.

! Use of Force Team members used sound correctional judgment to ensure unnecessary pressure is not applied to the inmate.

! Use of Force Team members used only the amount of force necessary to gain control of the inmate.

!    Inabilities to effectively gain control of the inmate are assessed and may indicate that additional training is necessary.

! There was continuous operation of the video and breaks were

progstat
23

© 2011 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

documented and appropriately justified.

! Prompt examination of the inmate followed the move and findings were noted on the video tape.

! The method of chemical agents used was predetermined and use of devices was in accordance with the Correctional Services Manual.

! The inmate was given the opportunity to voluntarily submit to the placement of restraints.

! Conversations were appropriate and necessary between team members and individuals during the use of force.

b. **Report Completion.** When this review is completed, an After-Action Review Report (BP-E586) must be completed, as soon as possible, not later than two working days after the inmate has been removed from restraints. This will ensure that staff with relevant information will be available and any necessary medical follow-up can be immediately provided to ascertain the nature of any injuries involved.

The Warden or designee will attest by his or her signature that the review was conducted and the use of force was appropriate or inappropriate.

c. **Further Investigation.** The reviewers should also decide if the matter requires further investigation. If deemed appropriate, the Warden will refer the matter for further investigation to the Office of Inspector General, Office of Internal Affairs, or Federal Bureau of Investigation. Copies of the report must be forwarded to the Regional Director and Assistant Director, Correctional Programs Division, Central Office.

d. **Report on Restraints Use.** A report is not necessary for the general use of restraints. For example, a report is not required in the routine movement or transfer of inmates.

16. **TRAINING IN THE CONFRONTATION AVOIDANCE/USE OF FORCE TECHNIQUE.** In order to control any potential situation

progstat                                    24
© 2011 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

involving aggressive inmates, all staff must be made aware of their responsibilities through ongoing training. At a minimum, training must cover:

\# communication techniques,

\# cultural diversity,

\# dealing with the mentally ill,

\# confrontation avoidance procedures,

\# the application of restraints (progressive and hard), and

\# reporting procedures.

a. **Training Topics.** The Warden of each institution shall determine how many staff should be trained in confrontation avoidance procedures and forced cell move techniques. At a minimum, these staff shall be trained on an annual basis. Each staff member participating in a calculated forced cell move must have documented proof of annual training in these areas.

Training should also include specific information pertaining to special situations.

b. **Restraints Training.** Staff should be trained thoroughly in the use of both soft and hard restraints on an annual basis. The application of soft restraints to an inmate can be cumbersome if proper training is not provided.

Soft restraints such as vinyl or leather should be used prior to applying hard restraints. For pregnant inmates, the approved vinyl or leather restraint belt should be used instead of a metal waist chain, whenever possible, to prevent injury to the inmate or fetus.

/s/

Harley G. Lappin

Director

progstat

© 2011 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

**Attachment B**

# Form 583 Report of Incident

**Incident #:** LEW-10-0473    **Submitted By:** B. A. Bledsoe, Warden    **Date/Time Of Incident:** 6/22/2010 2:30 PM

## Section 1: General Information

**FBI Notified:** No    **USMS Notified:** No    **Incident Location:** Housing Unit, Secured

**Indicate Where Incident Occurred:** Main Facility

**Type Of Incident**

- ☐ Assault On Inmate
- ☐ Assault On Staff
- ☐ Assault, Attempted On Inmate
- ☐ Assault, Attempted On Staff
- ☑ Disruptive Behavior
- ☐ Escape From Non-secure Facility
- ☐ Escape From Secure Facility
- ☐ Escape, Attempted From Non-secure Facility
- ☐ Escape, Attempted From Secure Facility
- ☐ Fight
- ☐ Inmate Death
- ☐ Institution Disturbance
- ☐ Introduction Of Contraband
- ☐ Lethal Weapons Discharge
- ☐ Self Mutilation
- ☐ Setting A Fire
- ☐ Sexual Act, Non-consensual On Inmate
- ☐ Sexual Assault On Staff
- ☐ Sexual Contact, Abusive On Inmate
- ☐ Staff Homicide
- ☐ Strike, Food
- ☐ Strike, Work
- ☐ Suicide Attempt
- ☐ Use Of Force
- ☑ Use Of Force/Applications Of Restraints
- ☐ Use Of Restraints, Pregnant Inmate

**Institution Locked Down:** No

**Cause Of Incident Known?** No

**Cause Of Incident**

- ☐ Alcohol
- ☐ Commissary
- ☐ Debts
- ☐ Disrespect Issue
- ☐ Drugs
- ☐ Ethnic Conflict
- ☐ Food Issue
- ☐ Geographical Conflict
- ☐ Interfering with Staff duties
- ☐ Property Issue
- ☐ Racial Conflict
- ☐ Recreation Equipment
- ☐ Religious Issue
- ☐ Security Threat Group Conflict
- ☐ Sexual Pressure
- ☐ Sporting Events
- ☐ Telephone
- ☐ Theft
- ☐ Visiting
- ☐ Work Issue

## Section 2: Inmates Involved

**Reg #:** 12585007    **Name:** HILL, DAVID

**Role:** Suspect    **Medical Attention Required:** No

**Weapon (per Inmate):** No    **Use of Force (per inmate):** Yes    **Chemical Used (per inmate):** No

**CIMS:** Yes    **STG:** No

**Restraints (per Inmate):** Prolonged

**Restraints Authorized By:** Bledsoe, B. A.

**Date/Time Placed In Restraints:** 6/22/2010 2:50 PM

**Restraint Equipment Used:** ☑ Hard   ☐ Soft

1 of 3

# Form 583 Report of Incident

**Incident #:** LEW-10-0473    **Submitted By:** B. A. Bledsoe, Warden    **Date/Time Of Incident:** 6/22/2010 2:30 PM

**Restraint Method Used:** ☐Ambulatory  ☐2-Point  ☑4-Point

**Death (per inmate):**    No

## Section 3: Others Involved

No data found.

## Section 4: Lethal Weapon Discharge

No data found.

## Section 5: Use of Force

**Use of Force Classification:** Calculated, Planned Use Of Force

| Staff Name | Medical Attention | Role |
|---|---|---|
| Walls, B. | No | Medical |
| Klinefelter, E. | No | UOF Team Member |
| Wise, G. | No | UOF Team Member |
| Hepner, J. | No | UOF Lieutenant |
| Vayda, J. | No | Camera Operator |
| Whittaker, K. | No | UOF Team Member |
| Hamilton, R. | No | UOF Team Member |
| Hicks, S. | No | UOF Team Member |

**Was Incident Videotaped?**    Yes
  **If Yes, Tape ECN:**  pend
  **If Yes, Was Video Tape Sequential?**  Yes
    **If No, Why:**

| Reason For Use Of Force |
|---|
| ☑ Displayed Signs Of Imminent Violence |
| ☑ Enforcement Of Institution Regulations |

| Chemicals Used | |
|---|---|
| Chemical | Quantity |
| No data found. | |

| Less-Lethal Weapons Used | |
|---|---|
| Less-Lethal Weapon | Quantity |
| No data found. | |

| Other Equipment Used | |
|---|---|
| Other Equipment | Quantity |
| No data found. | |

## Section 6: Description of Incident

# Form 583 Report of Incident

**Incident #:** LEW-10-0473          **Submitted By:** B. A. Bledsoe, Warden          **Date/Time Of Incident:** 6/22/2010 2:30 PM

**DESCRIPTION OF INCIDENT (If Use Of Force, include details such as name of supervisor applying the chemical agent and/or restraints, reasons for use of hard restraints instead of soft restraints, etc.) Please be clear about cause(s) of the incident in your description.**

On June 22, 2010, at approximately 2:30 p.m., the East Lieutenant approached the first-floor shower in D-Block and ordered inmate David Hill #12585-007, to be moved to another cell. Inmate Hill refused to submit to hand restraints. Inmate Hill threatened to assault another inmate or a staff member. At approximately 2:45 p.m., the Warden was notified and authorized a Use of Force Team be assembled, confrontational avoidance procedures initiated, and the placement of Inmate Hill into four-point restraints. Confrontational avoidance procedures proved effective with Inmate Hill submitting to hand restraints. Due to Inmate Hill displaying signs of imminent violence towards staff or other inmates, he was visually searched and placed into four-point restraints at approximately 2:50 p.m.. Inmate Hill was medically assessed with no injuries noted. He was escorted to cell #024 in Z-Block without further incident. No staff injuries were reported.

Reference LEW-10-0469.

## Section 7: Attachments

| File Date | File Name | Original Entered By | Original Loc. Code |
|---|---|---|---|
| 6/22/2010 | conf avoid hill.pdf | TF18255 | LEW |
| 6/22/2010 | ir hill.pdf | TF18255 | LEW |
| 6/22/2010 | memos hill.pdf | TF18255 | LEW |
| 6/22/2010 | roster.pdf | TF18255 | LEW |

**Approved By:** SUBMITTED

B. A. Bledsoe, Warden

**Attachment C**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK |
| Encounter Date: 06/22/2010 14:45 | Provider: Walls, Bryan EMT-P | Facility: LEW |

Injury Assessment-Not Work Related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Walls, Bryan EMT-P

**Chief Complaint:**  Other Problem

**Subjective:**  I/M was the subject of a Calculated Use of Force. On arrival of the team, he submitted to restraints and was removed from the cell. He was taken to the shower area, stripped, and visually searched. He was then re-dressed and ambulatory restraints were applied. I/M was escorted to Z-024 where he was placed supine in 4-pt restraints. Circulation and motor function were checked and found to be intact distal to the restraints after application. I/M offered no medical complaints and did not sustain any injuries during this Calculated Use of Force.

**Pain Location:**

**Pain Scale:**  0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**


**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/22/2010 | 14:45 LEW | 84 | Radial | Regular | Walls, Bryan EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/22/2010 | 14:45 LEW | 16 | Walls, Bryan EMT-P |

**Exam:**

**General**

I/M supine, AA&O; NAD; airway patent w/ adequate resps; skin normal color, warm, dry; MAE w/ purpose & coordination, Cap refill in finger tips <3 sec; (+) radial pulses; (+) dorsalis pedis pulses x2; No obvious injuries noted.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress


**PLAN:**


**Other:**

Initiate restraint checks


**Patient Education Topics:**

| | | |
|---|---|---|
| Name:  HILL, DAVID | | Reg #:  12585-007 |
| Date of Birth:  05/16/1971 | Sex:  M | Race:  BLACK |
| Encounter Date:  06/22/2010 14:45 | Provider:  Walls, Bryan EMT-P | Facility:  LEW |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/22/2010 | Not Done | | Walls, Bryan | No Participation |

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No


Completed by Walls, Bryan EMT-P on 06/22/2010 16:11
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

**Attachment D**



# UNITED STATES GOVERNMENT
# MEMORANDUM

FEDERAL BUREAU OF PRISONS
UNITED STATES PENITENTIARY
LEWISBURG, PA.

DATE: June 22, 2010

TO: File

FROM: J. Hepner, Lieutenant

SUBJECT: Calculated Use of Force

On June 22, 2010, at approximately 2:00 pm, inmate David Hill, Reg. No. 12585-007 refused to submit to hand restraints and allow staff to remove him from the shower and escort him to his cell. Inmate Hill became disruptive and displayed signs of imminent violence by threatening to assault any inmate he was placed in a cell with. Due to his refusal of orders as well as his display of imminent violence, the Warden was notified and authorized a use of force team to be assembled to place inmate Hill in four point restraints. The decision to by pass ambulatory restraints was made due to inmate Hill's agitated state and his recent manipulation of ambulatory restraints. At approximately 2:30 pm, a use of force team was assembled and confrontation avoidance procedures were initiated with positive results. Inmate Hill submitted to hand restraints and was removed from the first floor shower in D unit. Inmate Hill was visually searched, placed in new clothes, and escorted to Z unit where he was placed in four point restraints in cell Z01-024 without further incident. Inmate Hill sustained no injuries. No staff injuries were reported.

**Attachment E**

BP-S717.055   **Fifteen Minute Restraints Check Form (   Hours)**   CDFRM
DEC 05
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate Name: Hill | Reg. No.: 12585-007 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 6/22/10 , 915   Ending: 6/22/10 , 1:30 pm
Date      Time              Date       Time

**Instructions:**
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| 915 | Inmate sitting on Bed | BT | 1230 | Inmate Sitting on Bed | BT |
| 930 | Inmate Lying on Bed | BT | 1245 | Inmate Sitting on Bed | BS |
| 945 | Inmate Lying on Bed | BT | 100 | Inmate Sitting on Bed | BO |
| 1000 | Inmate Lying on Bed | BT | 115 | Inmate Sitting on Bed | BS |
| 1015 | Inmate At Door | BT | 130 | Inmate in Shower taken out of Restraints | BS |
| 1030 | Inmate At Door | BS | | | |
| 1045 | I/m calling Escort staff | BT | | | |
| 1100 | " Faggots " | BT | | | |
| 1115 | I/m Still on The Door | BT | | | |
| 1130 | I/m sitting on Desk | BT | | | |
| 1145 | I/m sitting on Desk | BT | | | |
| 1200 | I/m Lying on Bed | BT | | | |
| 1215 | I/m Lying on Bed | BT | | | |
| 1230 | I/m Lying on Bed | BT | | | |

| PRINTED STAFF NAME | INIT |
|---|---|
| B. Tharp | BT |
| B. Shade | BS |

| PRINTED STAFF NAME | INIT |
|---|---|
| | |
| | |

(This form may be replicated via WP)

BP-S717.055   **Fifteen Minute Restraints Check Form (24 Hours)**   CDFRM
DEC 05
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Inmate Name: Hill, David | Reg. No.: 12585-007 | Inst.: USP Lewisburg |

24-Hour Period Beginning: 6/22/10 , 245 PM   Ending: _____ , _____
    Date        Time                          Date       Time

Instructions:
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|------|----------|------|------|----------|------|
| 1100 | I/M lying on bed | BT | 915 | I/m trying to sit up | BT |
| 1115 | I/M lying on bed | BT | | I'm lying on bed | BT |
| 1130 | I/m lying on bed | BT | 2:45 | I'm laying on bed | JW |
| 1145 | I/M lying on bed | BT | | I'm laying on bed | JW |
| 100 | I/m lying on bed | BT | | I'm laying on bed | JW |
| 1:30 | I/m checked by LT | BT | | I'm laying on bed | JW |
| 12:15 | I'm lying on bed | BT | | I'm laying on bed | JW |
| 2:00 | I/m lying on bed | BT | 100 | I/m Refused water | JW |
| 245 | I'm lying on bed banging | BT | | I'm laying on bed | JW |
| 100 | I'm lying on bed | BT | | I'm laying on bed | JW |
| | I/m lying on bed | BT | | I'm laying on bed | JW |
| 1:30 | I'm lying on bed banging | BT | | I'm laying on bed | JW |
| 1:45 | I'm lying on bed | BT | | I'm laying on bed | JW |
| 1:00 | I'm lying on bed | BT | | I'm laying on bed | JW |

| PRINTED STAFF NAME | INIT |
|--------------------|------|
| J Wagner | JW |
| J | |
| | |
| | |

| PRINTED STAFF NAME | INIT |
|--------------------|------|
| | |
| | |
| | |
| | |

(This form may be replicated via WP)

BP-S717.055
DEC 05

**Fifteen Minute Restraints Check Form (24 Hours)** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate Name: Hill, David | Reg. No.: 12585-007 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 6/22/10 , 2:45 PM Ending: _____ , _____
Date        Time                          Date        Time

Instructions:
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
|  | I'm placed in 4-PT Restraints | JW |  | I'm laying on bed | JW |
|  | I'm laying on bed | JW |  | I'm laying on bed | JW |
|  | I'm laying on bed | JW |  | I'm laying on bed | JW |
|  | I'm laying on bed | JW |  | I'm laying on bed | JW |
|  | I'm laying on bed | JW |  | I'm laying on bed | JW |
|  | I'm laying on bed | JW |  | I'm laying on bed | JW |
|  | I'm laying on bed | JW |  | I'm laying on bed | JW |
|  | I'm laying on bed | JW |  | I'm Refused water | JW |
|  | I'm refused water | JW |  | I'm laying on bed | JW |
|  | I'm laying on bed | JW |  | I'm laying on bed | JW |
|  | I'm laying on bed | JW |  | I'm laying on bed | JW |
|  | 8oz water and Fed meal | JW |  | I'm laying on bed | JW |

| PRINTED STAFF NAME | INIT |
|---|---|
| J Wagner | JW |
|  |  |
|  |  |
|  |  |

| PRINTED STAFF NAME | INIT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

(This form may be replicated via WP)

BP-S717.055
DEC 05

**Fifteen Minute Restraints Check Form (24-Hours)** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate Name: Hill, David | Reg. No.: 12585-007 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 6/22/10, 245pm  Ending: _____, _____
(Date, Time)                              (Date, Time)

| Instructions: | * Describe inmate's behavior, including verbal |
|---|---|
| * Enter beginning and ending dates/times at top of form for each 24-hour period. | and non-verbal comments. Use additional paper if needed. Do not simply write conclusions. |
| * Staff must check the general welfare of the inmate every fifteen (15) minutes. | * If needed, notify health / psychology services or supervisors for assistance. |
| * Use a separate form for every 24-hour period the inmate remains in restraints. | * Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later |
| * Write appropriate time of 15 minute check on time-line provided. | identification. |

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| 9:45 | I/m laying on bed | JW | 1500 | I/m lying on bed | KE |
| 10:00 | I/m given 8 oz water | JW | 1500 | I/m lying on bed | KE |
| 10:15 | I/m laying on bed | JW | | I/m lying on bed | KE |
| 10:30 | I/m lying on bed | KE | | I/m lying on bed | KE |
| 10:45 | I/m lying on bed | KE | | I/m given 8oz of water | KE |
| 11:00 | I/m lying on bed | KE | | I/m lying on bed | KE |
| 11:15 | I/m lying on bed | KE | | I/m lying on bed | KE |
| 11:30 | I/m lying on bed | KE | | I/m lying on bed | KE |
| 11:45 | I/m lying on bed | KE | | I/m lying on bed | KE |
| 12:00 | I/m lying on bed | KE | | I/m lying on bed | KE |
| 12:15 | I/m lying on bed | KE | | I/m lying on bed | KE |
| 12:30 | I/m lying on bed | KE | | I/m lying on bed | KE |
| 12:45 | I/m lying on bed | KE | | I/m lying on bed | KE |
| 1:00 | I/m lying on bed | KE | 1530 | I/m lying on bed | KE |

| PRINTED STAFF NAME | INIT |
|---|---|
| J Wagner | JW |
| K. Eger | KE |
| | |
| | |

| PRINTED STAFF NAME | INIT |
|---|---|
| | |
| | |
| | |
| | |

(This form may be replicated via WP)

BP-S717.055    **Fifteen Minute Restraints Check Form (24-Hours)** CDFRM
DEC 05
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| Inmate Name: Hill, David | Reg. No.: 12585-007 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: __6-23-10__ , __4:45 AM__  Ending: _____ , _____
　　　　　　　　　　　　　　　Date　　　　Time　　　　　　　Date　　　　Time

**Instructions:**
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| 4:45 AM | I/m lying on bed | KE | 8:15 | I/m lying on bed | BT |
| 5:00 | I/m lying on bed | KE | 8:30 | I/m lying on bed/shaking foot | BT |
| 5:15 | I/m lying on bed | KE | 8:45 | I/m asked how soon it was coming | BT |
| 5:30 | I/m lying on bed | KE | 8:55 | I/m lying on bed/banging | BT |
| 6:15 | I/m lying on bed | KE | 9:00 | I/m lying on bed/yelling obnoxious | BT |
| 6:20 | I/m lying on bed | KE | 9:15 | I/m lying on bed | BT |
| 6:35 | I/m lying on bed | KE | 9:20 | I/m checked by L.T. | BT |
| 6:50 | I/m lying on bed | KE | 9:30 | I/m lying on bed/shaking foot | BT |
| 6:55 | I/m lying on bed | KE | 9:45 | I/m lying on bed/shaking foot | BT |
| 7:00 | I/m lying on bed | O | 10:00 | I/m lying on bed | BT |
| 7:15 | I/m lying on bed | O | 10:15 | I/m lying on bed | BT |
| 7:30 | I/m lying on bed | TC | 10:20 | I/m seen by L.T./checked food | BT |
| 7:45 | I/m lying on bed | TC | 10:45 | I/m lying on bed/banging | BT |
| 8:00 | I/m lying on bed | BT | 10:55 | I/m lying on bed/banging | BT |

| PRINTED STAFF NAME | INIT |
|---|---|
| K. Eger | KE |
| O. Ushu | O |
| B. Ta— | TC |
| | |

| PRINTED STAFF NAME | INIT |
|---|---|
| | |
| | |
| | |
| | |
| | |

(This form may be replicated via WP)

BP-S717.055
DEC 05

**Fifteen Minute Restraints Check Form (4-Hours)** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate Name: Hill, David | Reg. No.: 12585-007 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 6/23/10 Date , 545 pm Time  Ending: 6/24/10 Date 12:30 am Time

Instructions:
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| 545 | I/m laying on bed | JW | 915 | I/m lying on bed | JW |
| 600 | I/m refused meal at nightdd | MDK | 930 | I/m lying on bed | JW |
| 615 | I/m lying on bed | KE | 945 | I/m lying on bed | JW |
| 630 | I/m laying on bed | JW | 1000 | I/m given 8 oz water | JW |
| 645 | I/m laying on bed | JW | 1015 | I/m lying on bed | JW |
| 700 | I/m lying on bed | JW | 1030 | I/m lying on bed | KE |
| 715 | I/m lying on bed | JW | 1045 | I/m lying on bed | KE |
| 730 | I/m lying on bed | JW | 1100 | I/m lying on bed | CE |
| 745 | I/m laying on bunk | MDK | 1115 | I/m lying on Bed | CE |
| 800 | I/m lying on bunk | JW | 1130 | I/m lying on Bed | CE |
| 815 | I/m lying on bunk | JW | 1145 | I/m lying on Bed | CE |
| 830 | I/m lying on bunk | JW | 1200 | I/m lying on Bed | CE |
| 845 | I/m lying on bed | KE | 1215 | I/m lying on Bed | CE |
| 900 | I/m lying on bed | JW | 1230 | I/m lying on Bed | CE |

| PRINTED STAFF NAME | INIT | | PRINTED STAFF NAME | INIT |
|---|---|---|---|---|
| J Wagner | JW | | | |
| M. Kemmerer | MDK | | | |
| K Eger | KE | | | |
| C Rothermel | CE | | | |

(This form may be replicated via WP)

BP-S717.055
DEC 05

**Fifteen Minute Restraints Check Form (24-Hours)** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate Name: Hill, David | Reg. No.: 12585-007 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: 6/24/10 , 12:45 am  Ending: 6-24-10 , 7:30
                          Date      Time              Date      Time

**Instructions:**
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
| 1245a | I/m lying on Bed | GR | 415 | I/m lying on Bed | GR |
| 100 | I/m lying on Bed | GR | 430 | I/m lying on Bed | GR |
| 15 | I/m lying on Bed | GR | 445 | I/m lying on Bed | GR |
| 130 | I/m lying on Bed | GR | 5 | I/m lying on Bed | GR |
| 145 | I/m lying on Bed | GR | 515 | I/m lying on Bed | GR |
| 2 | I/m lying on Bed restraints checked | GR | 530 | I/m lying on Bed | GR |
| 215 | I/m lying on Bed | GR | 545 | I/m lying on bed | GR |
| 230 | I/m lying on Bed | GR | 6 | I/m lying on Bed | GR |
| 245 | I/m lying on Bed | GR | 615 | I/m lying on bed | GR |
| 300 | I/m lying on Bed | GR | 630 | I/m lying on bed | GR |
| 315 | I/m lying on Bed | GR | 645 | lying on Bunk | RH |
| 330 | I/m lying on Bed | GR | 7 | lying on Bunk | RH |
| 345 | I/m lying on Bed | GR | 715 | lying on Bunk | RH |
| 400 | I/m lying on Bed | GR | 730 | lying on Bunk | RH |

| PRINTED STAFF NAME | INIT |
|---|---|
| G Rothermel | GR |
| R Hannes | RH |
| | |
| | |

| PRINTED STAFF NAME | INIT |
|---|---|
| | |
| | |
| | |
| | |

(This form may be replicated via WP)