**Fifteen Minute Restraints Check Form (24-Hours)** CDFRM

BP-S717.055
DEC 05

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate Name: Hill DAVID | Reg. No.: 12585-007 | Inst.: Lewisburg |
|---|---|---|

24-Hour Period Beginning: 6-24-10 , 7:45  Ending: _____ , _____
                          Date      Time            Date    Time

**Instructions:**
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* Staff must check the general welfare of the inmate every fifteen (15) minutes.
* Use a separate form for every 24-hour period the inmate remains in restraints.
* Write appropriate time of 15 minute check on time-line provided.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.
* Staff using this form must record their printed name and initials at the bottom of this form (reverse side) for later identification.

| TIME | COMMENTS | INIT | TIME | COMMENTS | INIT |
|---|---|---|---|---|---|
|  | Lying on Bunk | RH |  |  |  |
|  | Lying on Bunk | RH |  |  |  |
|  | Lying on Bunk | RH |  |  |  |
|  | Lying on Table | RH |  |  |  |
|  | Lying on Bunk | RH |  |  |  |
|  | Lying on Bunk | RH |  |  |  |
|  | Lying on Bunk | RH |  |  |  |
|  | Standing At Door | BF |  |  |  |
|  | Standing At Door | BF |  |  |  |
|  | Sitting on Bed | BF |  |  |  |
|  | Out of Restraints | BF |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| PRINTED STAFF NAME | INIT |
|---|---|
| R. Hawes | RH |
|  |  |
|  |  |
|  |  |

| PRINTED STAFF NAME | INIT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

(This form may be replicated via WP)

**Attachment F**

BP-S718.055   **Two-Hour Lieutenant Restraints Check Form (24-Hours)** CDFRM
DEC 05
**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

| Inmate Name: Hill, David | Reg. No.: 12585-007 | Inst.: LEW |
|---|---|---|

| 24-Hour Period Beginning: 6-22-10 9:10 AM Ending: ___ ___ |
|---|
| Date · Time Date · Time |

**Instructions:**
* Enter beginning and ending dates/times at top of form for each 24-hour period.
* A Lieutenant must check the general welfare of the inmate every two (2) hours.
* Use a separate form for every 24-hour period the inmate remains in restraints.

* Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.
* If needed, notify health / psychology services or supervisors for assistance.

---

Lieutenant Name: J. Hepner ___   Date: 6/22/10   Time: 11:06AM
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☑   No ☐

Describe Inmate's Behavior: Inmate asked if he would be calm if removed from restraints. Inmate stated "fuck you." Has not regained self control.

Action Taken: Continue Restraints

---

Lieutenant Name: J. Hepner ___   Date: 6/22/10   Time: 12:00pm
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☑   No ☐

Describe Inmate's Behavior: Inmate stated "fuck no" when asked if he would be calm if removed from restraints and placed in cell with another inmate.

Action Taken: Continue Restraints

---

Lieutenant Name: ___   Date: ___   Time: ___
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☐   Toilet Used?   Yes ☐   No ☐

Describe Inmate's Behavior: ___

Action Taken: ___

BP-S718.055·
DEC 05

**Two-Hour Lieutenant Restraints Check Form (24-Hours)** CDFRM

U.S. DEPARTMENT OF JUSTICE                     FEDERAL BUREAU OF PRISONS

| Inmate Name: Hill, David | Reg. No.: 12585-007 | Inst.: USP Lewisburg |
|---|---|---|

24-Hour Period Beginning: _6/22/10_  _2:45 PM_ Ending: _____ , _____
                          Date      Time              Date     Time

| Instructions:<br>* Enter beginning and ending dates/times at top of form for each 24-hour period.<br>* A Lieutenant must check the general welfare of the inmate every two (2) hours.<br>* Use a separate form for every 24-hour period the inmate remains in restraints. | * Describe inmate's behavior, including verbal and non-verbal comments. Use additional paper if needed. Do not simply write conclusions.<br>* If needed, notify health / psychology services or supervisors for assistance. |
|---|---|

---

Lieutenant Name: P. Carrasquillo _(signature)_   Date: 6/22/10   Time: 4:00 AM
                 (Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑      Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: _I/M still acting aggressive. Stated "I can be here forever and I won't change."_

Action Taken: _Continue in Restraints_

---

Lieutenant Name: Carrasquillo _(signature)_   Date: 6/22/10   Time: 6:00 AM
                 (Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑      Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: _I/M stated, "Fuck this shit." I/M can do this all night. Water given. Ice him harsh._

Action Taken: _Continue in Restraints_

---

Lieutenant Name: R Johnson / RGL _(signature)_   Date: 6/22/10   Time: 8:00 p
                 (Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑      Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: _I/m restraints checked, paramedic checked I/m, I/m refused water. I/m attitude poor at this time._

Action Taken: _Remain in restraints_

2

Lieutenant Name: _Carrasquillo_ _____ Date: 6/22/10 Time: 1000AM
(Typed Name and Signature)

Desired Calming Effect?  Yes ☐  No ☑  Toilet Used?  Yes ☐  No ☑

Describe Inmate's Behavior: _I/M feeling agitated and attitude poor_
_Stated, "go fuck yourself" "This is bullshit!" I/M the_
_asked for water I gave him 8 ounces of water_

Action Taken: _Continue of Restraints._

---

Lieutenant Name: _E Stuart_ _____ Date: 6/23/10 Time: 1200
(Typed Name and Signature)

Desired Calming Effect?  Yes ☐  No ☑  Toilet Used?  Yes ☑  No ☐

Describe Inmate's Behavior: _inmate refused to speak used_
_Urinal. Can not determine behavior_

Action Taken: _Continue in restraints_

---

Lieutenant Name: _E Stuart Lt_ _____ Date: 6/23/10 Time: 200A
(Typed Name and Signature)

Desired Calming Effect?  Yes ☐  No ☑  Toilet Used?  Yes ☐  No ☑

Describe Inmate's Behavior: _inmate given water restraints adjusted_
_would not speak other than complaining about restraints_
_given 8 oz of water_

Action Taken: _Continue in restraints_

---

Lieutenant Name: _E Stuart Lt_ _____ Date: 6/23/10 Time: 400A
(Typed Name and Signature)

Desired Calming Effect?  Yes ☐  No ☑  Toilet Used?  Yes ☑  No ☐

Describe Inmate's Behavior: _inmate refused to answer question_
_given Urinal to use. Can not determine behavior_

Action Taken: _Continue in restraints_

Lieutenant Name: E Shivan Uhl
(Typed Name and Signature)                Date: 6/23/10   Time: 600A

Desired Calming Effect?   Yes ☐   No ☑      Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: Restraints Checked PA Checked would
not Speak Can not determine if under Control

Action Taken: Continue in restraints

---

Lieutenant Name: M SAYLOR
(Typed Name and Signature)                Date: 6/23/10   Time: 800 Am

Desired Calming Effect?   Yes ☐   No ☑      Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: RESTRAINTS CHECKED PA CHECKED I'm WOULD
NOT ANSWER ANY QUESTIONS, NO RESPONSE NO WAY TO
DETERMINE IF I'm IS UNDER CONTROL

Action Taken: CONTINUED RESTRAINT

---

Lieutenant Name: J. Henn
(Typed Name and Signature)                Date: 6/23/10   Time: 1000

Desired Calming Effect?   Yes ☐   No ☑      Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: Inmate remains agitated and verbally aggressive. Attempted
to converse with inmate, I'm stated "fuck you motherfucker." Banging
restraints against bed. Not calm. Refused use of toilet, food, and water.

Action Taken: Continue Restraints

---

Lieutenant Name: M SAYLOR
(Typed Name and Signature)                Date: 6/23/10   Time: 1200

Desired Calming Effect?   Yes ☐   No ☑      Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: I/M REMAINS NON-COMPLIANT REFUSES
TO ANSWER QUESTIONS, CONTINUES TO STRUGGLE AGAINST RESTRAINT
WHEN CHECKS ARE PERFORMED

Action Taken: CONTINUE RESTRAINTS

4

Lieutenant Name: _J. Hernandez_    Date: 6/23/10   Time: 1400
(Typed Name and Signature)

Desired Calming Effect?   Yes [ ]   No [✓]   Toilet Used?   Yes [ ]   No [✓]

Describe Inmate's Behavior: Inmate continues to threaten violence towards any inmate he is placed in a cell with. Refused use of toilet and water when offered.

Action Taken: Continue Restraints

---

Lieutenant Name: _Carrasquillo Casas_    Date: 6/23/10   Time: 4:00 PM
(Typed Name and Signature)

Desired Calming Effect?   Yes [ ]   No [✓]   Toilet Used?   Yes [ ]   No [✓]

Describe Inmate's Behavior: I/M very aggressive and upset. Stated, "Fuck you Lt. You worse than the white man!" Offered water, he refused.

Action Taken: Continue in Restraints

---

Lieutenant Name: _M. Bininger / M. Edson_    Date: 6/23/10   Time: 6:00
(Typed Name and Signature)

Desired Calming Effect?   Yes [ ]   No [✓]   Toilet Used?   Yes [ ]   No [✓]

Describe Inmate's Behavior: Inmate stated, "Lieutenant take me the fuck out of these cuffs or someone is going to get hurt."

Action Taken: Remain in Restraints

---

Lieutenant Name: _Carrasquillo Casas_    Date: 6/23/10   Time: 8:00 PM
(Typed Name and Signature)

Desired Calming Effect?   Yes [ ]   No [✓]   Toilet Used?   Yes [ ]   No [✓]

Describe Inmate's Behavior: I/M upset and is agitated. Attempted to feed but was too aggressive. Water offered. I believe not to take restraint off due to staff safety and his

Action Taken/Comments: Continue in Restraints.

---

(This form may be replicated via WP)

Lieutenant Name: _Carrasquillo_ _____ Date: 6/23/10 Time: 10:00 PM
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: I/M was offered meal one more time, Stated, "Dick you !" Offered water, he accepted. I/M still very upset and displays aggressive behavior towards staff

Action Taken: Continue in Restraints.

---

Lieutenant Name: _J. Furst_ _____ Date: 6/24/10 Time: 12:00
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: Inmate hostile stating "what the fuck are you doing here, you aint the future!"

Action Taken: Remain in restraints

---

Lieutenant Name: _J. Furst_ _____ Date: 6/24/10 Time: 2:00
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☑   No ☐

Describe Inmate's Behavior: Inmate still very aggressive stating "Gotta real fucking lieutenant in here, you aint shit!

Action Taken:

---

Lieutenant Name: _J. Furst_ _____ Date: 6/24/10 Time: 6:00
(Typed Name and Signature)

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☐

Describe Inmate's Behavior: Inmate still aggressive and again saying to get a real lieutenant to do the clutter

Action Taken: Remain in restraints

6

Lieutenant Name: _S. Fush_ _(Typed Name and Signature)_   Date: _6-24-10_  Time: _60_

Desired Calming Effect?   Yes ☐   No ☑   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: _Inmate still disrespectful stated "I'm tired of seeing you so just get the fuck out of here_

Action Taken: _Remain in restraints_

---

Lieutenant Name: _Childress_ _(Typed Name and Signature)_   Date: _6-24-10_  Time: _0830_

Desired Calming Effect?   Yes ☑   No ☐   Toilet Used?   Yes ☐   No ☑

Describe Inmate's Behavior: _Inmate displaying calming effect_

Action Taken: _Remove 4-Point and place in ambulatory restraints_

---

Lieutenant Name: _Childress_ _(Typed Name and Signature)_   Date: _6-24-10_  Time: _1000_

Desired Calming Effect?   Yes ☑   No ☐   Toilet Used?   Yes ☑   No ☐

Describe Inmate's Behavior: _Inmate displays calming effect._

Action Taken: _Removed from ambulatory restraints_

---

Lieutenant Name: _____ _(Typed Name and Signature)_   Date: _____  Time: _____

Desired Calming Effect?   Yes ☐   No ☐   Toilet Used?   Yes ☐   No ☐

Describe Inmate's Behavior: _____

Action Taken: _____

(This form may be replicated via WP)

7

**Attachment G**



BP-A719.055      **Health Services Restraint Review Form (24-Hours)** CDFRM
DEC 05
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| Inmate Name: | Reg. No.: | Inst.: |
|---|---|---|
| Hill | 12585-007 | USP Lewisburg |

24-Hour Period Beginning: ___06/22/2010___ , ___3:00 pm___  Ending: _____ , _____
                                 Date          Time                     Date        Time

> **Instructions:**
> * Enter beginning and ending dates/times at top of form for each 24-hour period.
> * Use a separate form for every 24-hour period the inmate remains in restraints.
>
> * Health Services staff must check the inmate twice during each eight (8) hour shift.
> * This form is used in addition to regular inmate medical file.

| Initial Assessment | Date: 06/22/2010 | Time: 3:00 pm | Staff: B. Walls, Paramedic |
|---|---|---|---|
| | | | Typed Name and Signature |

Body Position: Supine          Restraints (circulation): No compromise

Vital Signs:  BP:  (+) radials    Pulse: 84      Resp: 16          Temp: w/d

Current Medication(s):    See BEMR

Injuries, if any (complete separate inmate injury report):    None

Comments:  No medical complaints

---

| | Date: _____ | Time: _____ | Staff: _____ |
|---|---|---|---|
| | | | Typed Name and Signature |

Body Position: _____          Restraints (circulation): _____

Vital Signs:  BP: _____    Pulse: _____      Resp: _____      Temp: _____

Injuries Update: _____

Inmate Use of Toilet: _____

Inmate Consumption of Food or Liquid: _____

Overall Assessment of Inmate Health: _____

Comments: _____

Date: 6-22-10   Time: 1700   Staff: CPotter ✗
Typed Name and Signature

Body Position: 4 Points   Restraints (circulation): Good ✗

Vital Signs: BP: ___   Pulse: 76   Resp: 14   Temp: wd

Injuries Update: None noted

Inmate Use of Toilet: WNL, some urine on Floor

Inmate Consumption of Food or Liquid: Refused H₂O, CO will leave evening meal

Overall Assessment of Inmate Health: Fine

Comments:

---

Date: 6-22-10   Time: 2000   Staff: Potter ✗
Typed Name and Signature

Body Position: 4-Points   Restraints (circulation): Good ✗

Vital Signs: BP: ___   Pulse: 74   Resp: 14   Temp: wd

Injuries Update: None noted

Inmate Use of Toilet: WNL

Inmate Consumption of Food or Liquid: Ate @ 1800 ō 8oz H₂O

Overall Assessment of Inmate Health: Fine..

Comments:

---

Date: 6-23-10   Time: 0001   Staff: CPotter
Typed Name and Signature

Body Position: 4 Points   Restraints (circulation): Good

Vital Signs: BP: ___   Pulse: 64   Resp: 14   Temp: wd

Injuries Update: None noted

Inmate Use of Toilet: urinated 300cc out

Inmate Consumption of Food or Liquid: Refused H₂O @ this time

Overall Assessment of Inmate Health: Fine

Comments:

(This form may be replicated in via WP)

Page

2

Date: 6/23/10   Time: 780615   Staff: 66 _____ _____

Typed Name and Signature

Body Position: SUPINE   Restraints (circulation): _____

Vital Signs:   BP: _____   Pulse: 78   Resp: 26   Temp: _____

Injuries Update: _____

Inmate Use of Toilet: Provided

Inmate Consumption of Food or Liquid: 8oz of WATER @200

Overall Assessment of Inmate Health: APPEARS WELL

Comments: _____

---

Date: 6/23/10   Time: 12,00   Staff: 66 _____

Typed Name and Signature

Body Position: SUPINE   Restraints (circulation): REFUSED

Vital Signs:   BP: _____ REFUSED   Resp: 15   Temp: _____

Injuries Update: NONE

Inmate Use of Toilet: Provided

Inmate Consumption of Food or Liquid: Provided

Overall Assessment of Inmate Health: APPEARS WELL

Comments: Inmate "STATED" FUCK off

---

Date: 6/23/10   Time: 1353   Staff: 66 _____ _____

Typed Name and Signature

Body Position: SUPINE   Restraints (circulation): REFUSED

Vital Signs:   BP: _____ REFUSED   Resp: 16   Temp: _____

Injuries Update: NONE

Inmate Use of Toilet: Provided

Inmate Consumption of Food or Liquid: APPEARS WELL

Overall Assessment of Inmate Health: Provided

Comments: Inmate "STATED" FUCK off "

(This form may be replicated in via WP)

3

Date: 6/24/10   Time: 0600   Staff: F. Easciano Pa
Typed Name and Signature

Body Position: Lying   Restraints (circulation): Good

Vital Signs:   BP: _____   Pulse: 75   Resp: 16   Temp: Afebrile

Injuries Update: None Noted

Inmate Use of Toilet: Available

Inmate Consumption of Food or Liquid: YES

Overall Assessment of Inmate Health: Good

Comments: Inmate talkative, Alert & oriented

---

Date: _____   Time: _____   Staff: _____
Typed Name and Signature

Body Position: _____   Restraints (circulation): _____

Vital Signs:   BP: _____   Pulse: _____   Resp: _____   Temp: _____

Injuries Update: _____

Inmate Use of Toilet: _____

Inmate Consumption of Food or Liquid: _____

Overall Assessment of Inmate Health: _____

Comments: _____

---

Date: _____   Time: _____   Staff: _____
Typed Name and Signature

Body Position: _____   Restraints (circulation): _____

Vital Signs:   BP: _____   Pulse: _____   Resp: _____   Temp: _____

Injuries Update: _____

Inmate Use of Toilet: _____

Inmate Consumption of Food or Liquid: _____

Overall Assessment of Inmate Health: _____

Comments: _____

(This form may be replicated in via WP)

Page 2 of 2

4

**Attachment H**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1974 | Sex: M | Race: BLACK |
| Encounter Date: 06/24/2010 06:00 | Provider: Fasciana, Francis MLP | Facility: LEW |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**   **Provider:** Fasciana, Francis MLP

**Chief Complaint:** No Complaint(s)

**Subjective:** - Inmate in 4-point restraints.
- Voices no complaints at this time.
- Refers being in restraints " because I don't want to take on a cellmate."
- Refers has been drinking water and eating daily.

**Pain Location:**
**Pain Scale:**
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/24/2010 | 09:01 LEW | 75 | Radial | | Fasciana, Francis MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/24/2010 | 09:01 LEW | 16 | Fasciana, Francis MLP |

**Exam:**
**General**
**Appearance/Nutrition**
Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes)
**Affect**
Pleasant (yes), Cooperative (yes)
**Peripheral Vascular**
**Arms**
Radial Pulse Normal (yes), Capillary Refill Normal (yes)
**Legs**
Capillary Refill Normal (yes)
**ASSESSMENT:**

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|



Inmate Name: HILL, DAVID
Date of Birth: 05/16/1971
Encounter Date: 06/24/2010 06:00

Sex: M
Provider: Fasciana, Francis MLP

Reg#: 12585-007
Race: BLACK
Facility: LEW

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Other medical exam for administrative purposes | V70.3 | Current | 06/22/2010 | Not Improved/Same | Temporary/Acute |

**PLAN:**

**Disposition:**
   Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2010 | Counseling | Access to Care | Fasciana, Francis | Verbalizes Understanding |
| 06/24/2010 | Counseling | Preventive Health | Fasciana, Francis | Verbalizes Understanding |

   Inmate encouraged to continue eating/drinking water daily. Encouraged to adhere to custody procedures.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Fasciana, Francis MLP on 06/24/2010 09:05
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review



Inmate Name   HILL, DAVID
Date of Birth   05/16/1971
Encounter Date   06/24/2010 06:00
Sex   M
Provider   Fasciana, Francis MLP
Reg#   12585-007
Race   BLACK
Facility   LEW

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:30.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: HILL, DAVID | | |
|---|---|---|
| Date of Birth: 05/16/1971 | Sex: M | Reg #: 12585-007 |
| Encounter Date: 06/24/2010 00:01 | Provider: Prince, B. EMT-P | Race: BLACK |
| | | Facility: LEW |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**   **Provider:** Prince, B. EMT-P
    **Chief Complaint:** No Complaint(s)
    **Subjective:** IM in 4-point restraints. Offers no medical complaint.
    **Pain Location:**
    **Pain Scale:**
    **Pain Qualities:**
    **History of Trauma:**
    **Onset:**
    **Duration:**
    **Exacerbating Factors:**
    **Relieving Factors:**
    **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/24/2010 | 00:01 LEW | 87 | Via Machine | Regular | Prince, B. EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/24/2010 | 00:01 LEW | 16 | Prince, B. EMT-P |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/24/2010 | 00:01 LEW | 122/68 | Left Arm | Lying | Adult-large | Prince, B. EMT-P |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/24/2010 | 00:01 LEW | 98 | Room Air | Prince, B. EMT-P |

**Exam:**
  **General**
    **Appearance/Nutrition**
      Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes), Appears in Pain (no), Appears in Distress (no)
    **Affect**
      Pleasant (yes), Cooperative (yes)
  **Pulmonary**
    **Observation/Inspection**
      Normal (yes)
  **Cardiovascular**



Inmate Name: HILL, DAVID       Reg #: 12585-007
Date of Birth: 05/16/1971      Sex: M     Race: BLACK
Encounter Date: 06/24/2010 00:01   Provider: Prince, B. EMT-P   Facility: LEW

**Exam:**

**Observation**

Normal Rate (yes), Regular Rhythm (yes)

**Peripheral Vascular**

**Arms**

Radial Pulse Normal (yes), Capillary Refill Normal (yes)

**Legs**

Dorsalis Pedis Normal (yes), Capillary Refill Normal (yes)

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

**Other:**

Restraint checks.  IM drank 360ml of water.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2010 | Counseling | Access to Care | Prince, B. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Prince, B. EMT-P on 06/24/2010 00:23
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Cosign/Review



| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: M | Race: | BLACK |
| Encounter Date: | 06/24/2010 00:01 | Provider: Prince, B EMT-P | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:30.

# Bureau of Prisons
# Health Services
# Clinical Encounter



Inmate Name: HILL, DAVID                                  Reg #: 12585-007
Date of Birth: 05/16/1971        Sex: M                   Race: BLACK
Encounter Date: 06/23/2010 18:20   Provider: Prince, B. EMT-P   Facility: LEW

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

   **COMPLAINT 1**        **Provider:** Prince, B. EMT-P
   **Chief Complaint:** Breathing Problems
   **Subjective:** IM in 4-point restraints.  States he is having an asthma attack.
   **Pain Location:**
   **Pain Scale:**
   **Pain Qualities:**
   **History of Trauma:**
   **Onset:**
   **Duration:**
   **Exacerbating Factors:**
   **Relieving Factors:**
   **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 06/23/2010 | 18:20 LEW | 88 | Radial | Regular | Prince, B. EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 06/23/2010 | 18:20 LEW | 16 | Prince, B. EMT-P |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 06/23/2010 | 18:20 LEW | 99 | Room Air | Prince, B. EMT-P |

**Exam:**

   **General**
      **Appearance/Nutrition**
         Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes), Dyspneic (no), Appears in
         Pain (no), Appears in Distress (no), Pale (no), Cyanotic (no), Diaphoretic (no)
      **Affect**
         Cooperative (no), Agitated (yes)
            IM irritated and yelling at the Lt non-stop, in full sentences without difficulty.
   **Pulmonary**
      **Observation/Inspection**
         Normal (yes), Respiratory Distress (no), Tachypnea (no), Obstructive Breathing (no)
      **Auscultation**
         Clear to Auscultation Bilaterally (yes)
   **Cardiovascular**
      **Observation**
         Normal Rate (yes), Regular Rhythm (yes)



Inmate Name: HILL, DAVID                     Reg #: 12585-007
Date of Birth: 05/16/1971    Sex: M          Race: BLACK
Encounter Date: 06/23/2010 18:20    Provider: Prince, B. EMT-P    Facility: LEW

**Exam:**
    **Peripheral Vascular**
        **Arms**
            Radial Pulse Normal (yes), Capillary Refill Normal (yes)
        **Legs**
            Dorsalis Pedis Normal (yes), Capillary Refill Normal (yes)
    **Genitourinary**
        Urine noted on bed and clothes.
**ASSESSMENT:**

    No Significant Findings/No Apparent Distress


**PLAN:**


**Other:**
    Restraint check.  IM offered food and water but declined.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/23/2010 | Counseling | Access to Care | Prince, B. | No Evidence of Learning |
| 06/23/2010 | Counseling | Diet | Prince, B. | No Evidence of Learning |


**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No


Completed by Prince, B. EMT-P on 06/23/2010 18:46
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/23/2010 18:29 | Provider: | Prince, B. EMT-P | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:29.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: HILL, DAVID | | Reg#: 12585-007 |
|---|---|---|
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK |
| Encounter Date: 06/23/2010 16:15 | Provider: Prince, B. EMT-P | Facility: LEW |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

   **COMPLAINT 1**    **Provider:** Prince, B. EMT-P
       **Chief Complaint:** No Complaint(s)
       **Subjective:** IM in 4-point restraints. Offers no medical complaint.
       **Pain Location:**
       **Pain Scale:**
       **Pain Qualities:**
       **History of Trauma:**
       **Onset:**
       **Duration:**
       **Exacerbating Factors:**
       **Relieving Factors:**
       **Comments:**

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/23/2010 | 16:15 LEW | 68 | Radial | Regular | Prince, B. EMT-P |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/23/2010 | 16:15 LEW | 16 | Prince, B. EMT-P |

Exam:
   General
       Appearance/Nutrition
           Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes), Appears in Pain (no), Appears
           in Distress (no)
       Affect
           Cooperative (no), Agitated (no)
   Pulmonary
       Observation/Inspection
           Normal (yes)
   Cardiovascular
       Observation
           Normal Rate (yes), Regular Rhythm (yes)
   Peripheral Vascular
       Arms
           Radial Pulse Normal (yes), Capillary Refill Normal (yes)
       Legs
           Dorsalis Pedis Normal (yes), Capillary Refill Normal (yes)
   Genitourinary