

Inmate Name: HILL, DAVID
Date of Birth: 05/16/1971
Encounter Date: 06/23/2010 16:15

Sex: M
Provider: Prince, B. EMT-P

Reg #: 12585-007
Race: BLACK
Facility: LEW

**Exam:**

Large amount of urine noted on bed and IM clothing.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

**Other:**

IM offered cup of water. He declined. I advised him of the risk of dehydration. He still declined. I advised him if he did not take oral fluids, IV fluids may be necessary.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/23/2010 | Counseling | Plan of Care | Prince, B. | Attentive |

**Copay Required:** No
**Telephone/Verbal Order:** No
**Cosign Required:** Yes

Completed by Prince, B. EMT-P on 06/23/2010 17:03
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: | M | Race | BLACK |
| Encounter Date: | 06/23/2010 16:15 | Provider: | Prince, B, EMT-P | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:28.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | Sex: M | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | | Race: BLACK |
| Encounter Date: 06/23/2010 13:50 | Provider: George, Gregory EMT-P | Facility: LEW |

Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** George, Gregory EMT-P

        **Chief Complaint:** No Complaint(s)

        **Subjective:** 4 point restraint check

        **Pain Location:**

        **Pain Scale:** 0

        **Pain Qualities:**

        **History of Trauma:**

        **Onset:**

        **Duration:**

        **Exacerbating Factors:**

        **Relieving Factors:**

        **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/23/2010 | 14:08 LEW | Refused | | | George, Gregory EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/23/2010 | 14:08 LEW | 16 | George, Gregory EMT-P |

**Exam:**

    **General**

        **Appearance/Nutrition**

            Appears Well (yes), Alert and Oriented x 3 (yes)

**ASSESSMENT:**

    No Significant Findings/No Apparent Distress

    Inmate refused restraint check. States fuck off" no complaints voiced 0/10 pain, appears well.

**PLAN:**

**Disposition:**

    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/23/2010 | Counseling | Access to Care | George, Gregory | No Participation |



| | |
|---|---|
| Inmate Name: HILL, DAVID | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M   Race: BLACK |
| Encounter Date: 06/23/2010 13:50 | Provider: George, Gregory EMT-P   Facility: LEW |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No


Completed by George, Gregory EMT-P on 06/23/2010 14:11
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name | HILL, DAVID | | Reg# | 12585-007 |
|---|---|---|---|---|
| Date of Birth | 05/16/1971 | Sex | M | Race | BLACK |
| Encounter Date | 06/23/2010 13:50 | Provider | George, Gregory EMT-P | Facility | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:24.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1974 | Sex: M | Race: BLACK |
| Encounter Date: 06/23/2010 12:06 | Provider: George, Gregory EMT-P | Facility: LEW |

Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** George, Gregory EMT-P

        **Chief Complaint:** No Complaint(s)

        **Subjective:** 4 piont restraint check 1200

        **Pain Location:**

        **Pain Scale:** 0

        **Pain Qualities:**

        **History of Trauma:**

        **Onset:**

        **Duration:**

        **Exacerbating Factors:**

        **Relieving Factors:**

        **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/23/2010 | 12:00 LEW | Refused | | | George, Gregory EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/23/2010 | 12:00 LEW | 18 | George, Gregory EMT-P |

**Exam:**

    **General**

        **Appearance/Nutrition**

            Appears Well (yes), Alert and Oriented x 3 (yes)

**ASSESSMENT:**

    No Significant Findings/No Apparent Distress

    Inmate refused restraint check. States  Fuck you do not come in here  no complaints voiced 0/10 pain, appears well.

**PLAN:**

**Disposition:**

    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/23/2010 | Counseling | Access to Care | George, Gregory | Verbalizes Understanding |



Inmate Name:  HILL, DAVID   Reg #:  12585-007
Date of Birth:  05/16/1971   Sex:  M   Race:  BLACK
Encounter Date:  06/23/2010 12:06   Provider:  George, Gregory EMT-P   Facility:  LEW

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by George, Gregory EMT-P on 06/23/2010 12:10
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: M | Race: | BLACK |
| Encounter Date: | 06/23/2010 12:06 | Provider: George, Gregory EMT-P | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:20.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M | Race: BLACK |
| Encounter Date: 06/23/2010 06:10 | Provider: George, Gregory EMT-P | Facility: LEW |

Evaluation encounter performed at Housing Unit.

## SUBJECTIVE:

**COMPLAINT 1**   **Provider:** George, Gregory EMT-P

**Chief Complaint:** No Complaint(s)

**Subjective:** 4 point restraint check 0600

**Pain Location:**

**Pain Scale:** 0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

## OBJECTIVE:

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/23/2010 | 09:16 LEW | 74 | Radial | Regular | George, Gregory EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/23/2010 | 09:16 LEW | 16 | George, Gregory EMT-P |

**Exam:**

**General**

    **Appearance/Nutrition**

        Appears Well (yes), WD/WN (yes), Alert and Oriented x 3 (yes)

**Skin**

    **General**

        Dry (yes), Warmth (yes)

**Pulmonary**

    **Observation/Inspection**

        Normal (yes)

**Cardiovascular**

    **Observation**

        Normal Rate (yes), Regular Rhythm (yes)

**Peripheral Vascular**

    **Arms**

        Radial Pulse Normal (yes), Capillary Refill Normal (yes)

    **Legs**

        Dorsalis Pedis Normal (yes), Capillary Refill Normal (yes)

## ASSESSMENT:

| Inmate Name:  HILL, DAVID | | Reg #:  12585-007 |
| Date of Birth:  05/16/1971 | Sex:  M | Race:  BLACK |
| Encounter Date: 06/23/2010 06:10 | Provider:  George, Gregory EMT-P | Facility:  LEW |

No Significant Findings/No Apparent Distress
Restraint check preformed, no complaints offered 0/10 pain, Strong pulses bilateral. Cap refill less the 2 seconds

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | | Provider | Outcome |
|---|---|---|---|---|---|
| 06/23/2010 | Counseling | Access to Care | | George, Gregory | No Participation |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by George, Gregory EMT-P on 06/23/2010 09:19
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| Inmate Name: | HILL, DAVID | | | | Reg#: | 12585-007 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | | Sex: | M | Race | BLACK |
| Encounter Date: | 06/23/2010 06:10 | | Provider: | George, Gregory EMT-P | Facility | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:08.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | |
|---|---|
| Inmate Name: HILL, DAVID | Reg#: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M      Race: BLACK |
| Encounter Date: 06/23/2010 00:01 | Provider: Potter, L. EMT-P     Facility: LEW |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Potter, L. EMT-P

        **Chief Complaint:** Other Problem .

        **Subjective:** 4 point restraints

        **Pain Location:**

        **Pain Scale:** 0

        **Pain Qualities:**

        **History of Trauma:**

        **Onset:**

        **Duration:**

        **Exacerbating Factors:**

        **Relieving Factors:**

        **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 06/23/2010 | 00:01 | LEW | 64 | Radial | Regular | Potter, L. EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/23/2010 | 00:01 LEW | 14 | Potter, L. EMT-P |

**Exam:**

    **General**

        **Appearance/Nutrition**

            Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes), Lethargic (no), Obtunded (no), Stuporous (no), Appears in Pain (no), Appears in Distress (no), Acutely Ill (no)

        **Affect**

            Irritable (yes)

                Verbalized no medical complaints. No signs of trauma or dehydration noted. Good distal pulses in all Extrem..

**ASSESSMENT:**

    No Significant Findings/No Apparent Distress

**PLAN:**

**Other:**

    Restraint checks

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | HILL, DAVID | Reg#: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: M | Race: BLACK |
| Encounter Date: | 06/23/2010 00:01 | Provider: Potter, L. EMT-P | Facility: LEW |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/23/2010 | Not Done | | Potter, L. | No Participation |

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Potter, L. EMT-P on 06/23/2010 00:34
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review



| Inmate Name: HILL, DAVID | Sex: M | Reg #: 12585-007 |
|---|---|---|
| Date of Birth: 05/16/1971 | | Race: BLACK |
| Encounter Date: 06/23/2010 00:01 | Provider: Potter, L EMT-P | Facility: LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:08.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | Sex: M | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Provider: Potter, L. EMT-P | Race: BLACK |
| Encounter Date: 06/22/2010 20:00 | | Facility: LEW |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**   **Provider:** Potter, L. EMT-P

**Chief Complaint:** Other Problem
**Subjective:** 4 point restraints
**Pain Location:**
**Pain Scale:** 0
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/22/2010 | 20:00 LEW | 74 | Radial | Regular | Potter, L. EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/22/2010 | 20:00 LEW | 14 | Potter, L. EMT-P |

**Exam:**
**General**
**Appearance/Nutrition**
Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes), Lethargic (no), Obtunded (no), Stuporous (no), Appears in Pain (no), Appears in Distress (no), Acutely Ill (no)
**Affect**
Irritable (yes)
Verbalized no medical complaints. No signs of trauma or dehydration noted. Good distal pulses in all Extrem.. Ate evening meal with 8oz H2O @ 1800.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

**Other:**
Restraint checks

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

Generated 06/22/2010 20:41 by Potter, L. EMT-P    Bureau of Prisons - LEW    Page 1 of 2

Inmate Name:   HILL, DAVID                                            Reg #:   12585-007
Date of Birth:   05/16/1974                          Sex:   M          Race:   BLACK
Encounter Date: 06/22/2010 20:00                Provider:   Potter, L. EMT-P       Facility:   LEW

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/22/2010 | Counseling | Safety/Injury Prevention | Potter, L. | Needs Reinforcement |
|  | The need to drink H2O. |  |  |  |

**Copay Required:** No               **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Potter, L. EMT-P on 06/22/2010 20:41
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | |
|---|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: | 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M | Race: | BLACK |
| Encounter Date: 06/22/2010 20:00 | Provider: Potter, L. EMT-P | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:07.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: HILL, DAVID | Sex: M | Reg #: 12585-007 |
|---|---|---|
| Date of Birth: 05/16/1971 | | Race: BLACK |
| Encounter Date: 06/22/2010 17:00 | Provider: Potter, L. EMT-P | Facility: LEW |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

  **COMPLAINT 1**      **Provider:** Potter, L. EMT-P

   **Chief Complaint:** Other Problem
   **Subjective:** 4 Point restraints
   **Pain Location:**
   **Pain Scale:** 0
   **Pain Qualities:**
   **History of Trauma:**
   **Onset:**
   **Duration:**
   **Exacerbating Factors:**
   **Relieving Factors:**
   **Comments:**

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/22/2010 | 17:00 LEW | 76 | Radial | Regular | Potter, L. EMT-P |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/22/2010 | 17:00 LEW | 14 | Potter, L. EMT-P |

Exam:
  General
    Appearance/Nutrition
      Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes), Lethargic (no), Obtunded (no),
      Stuporous (no), Appears in Pain (no), Appears in Distress (no), Acutely Ill (no)
    Affect
      Agitated (yes)
      No obvious signs of trauma or dehydration noted.  Good CAP refill in all Extrem.. Verbalized no
      medical complaints.  I/M refused H2O when offered.

**ASSESSMENT:**

   No Significant Findings/No Apparent Distress

**PLAN:**

**Other:**
   Restraint checks

Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

Inmate Name: HILL, DAVID
Date of Birth: 05/16/1971
Encounter Date: 06/22/2010 17:00

Sex: M
Provider: Potter, L. EMT-P

Reg#: 12585-007
Race: BLACK
Facility: LEW

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/22/2010 | Counseling | Safety/Injury Prevention | Potter, L. | No Evidence of Learning |

The need to drink H2O.

**Copay Required:** No
**Telephone/Verbal Order:** No

**Cosign Required:** Yes

Completed by Potter, L. EMT-P on 06/22/2010 19:24
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | HILL, DAVID | | Sex: | M | Reg #: | 12585-007 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | | Provider: | Potter, L. EMT-P | Race: | BLACK |
| Encounter Date: | 06/22/2010 17:00 | | | | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:06.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | Sex: M | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | | Race: BLACK |
| Encounter Date: 06/22/2010 14:45 | Provider: Walls, Bryan EMT-P | Facility: LEW |

Injury Assessment-Not Work Related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Walls, Bryan EMT-P

**Chief Complaint:**   Other Problem

**Subjective:**   I/M was the subject of a Calculated Use of Force. On arrival of the team, he submitted to restraints and was removed from the cell. He was taken to the shower area, stripped, and visually searched. He was then re-dressed and ambulatory restraints were applied. I/M was escorted to Z-024 where he was placed supine in 4-pt restraints. Circulation and motor function were checked and found to be intact distal to the restraints after application. I/M offered no medical complaints and did not sustain any injuries during this Calculated Use of Force.

**Pain Location:**

**Pain Scale:**  0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**


**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/22/2010 | 14:45 LEW | 84 | Radial | Regular | Walls, Bryan EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/22/2010 | 14:45 LEW | 16 | Walls, Bryan EMT-P |

**Exam:**

**General**

I/M supine, AA&O; NAD; airway patent w/ adequate resps; skin normal color, warm, dry; MAE w/ purpose & coordination, Cap refill in finger tips <3 sec; (+) radial pulses; (+) dorsalis pedis pulses x2; No obvious injuries noted.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

**Other:**

Initiate restraint checks

**Patient Education Topics:**



Inmate Name:  HILL, DAVID                                    Reg #:  12585-007
Date of Birth:  05/16/1971              Sex:  M              Race:  BLACK
Encounter Date:  06/22/2010 14:45       Provider:  Walls, Bryan EMT-P    Facility:  LEW

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/22/2010 | Not Done | | Walls, Bryan | No Participation |

**Copay Required:** No                    **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Walls, Bryan EMT-P on 06/22/2010 16:11
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race | BLACK |
| Encounter Date: | 06/22/2010 14:45 | Provider: | Walls, Bryan EMT-P | Facility: | LEW |

**Cosigned by Pigos, Kevin MD/Clinical Director on 06/24/2010 22:04.**

**Attachment I**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Inmate Name: HILL, DAVID | | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M | | Race: BLACK |
| Note Date: 09/16/2010 09:00 | Provider: Alama, F. MLP | | Facility: LEW |

Admin Note encounter performed at Special Housing Unit.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Alama, F. MLP

Inmate handed a empty canister for refill of Albuterol Inhaler.Submitted to Pharmacy for renewal.There was 2 refills left on the label.Notified  Chief Pharmacist.


**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No


Completed by Alama, F. MLP on 09/16/2010 14:18

Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.

Cosign documentation will be displayed on the following page.