# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex | Race: | BLACK |
| Encounter Date: | 09/16/2010 09:00 | Provider: Alama, F. MLP | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 09/16/2010 14:28.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
|---|---|---|---|---|
| Date of Birth | 05/16/1971 | Sex: M | Race | BLACK |
| Note Date: | 09/09/2010 09:56 | Provider: DeLeon, Dan RN/IDC | Facility | LEW |

Injury Assessment-Not Work Related encounter performed at Special Housing Unit.

**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**          **Provider:** DeLeon, Dan RN/IDC
>
> Calculated use of force assembled for administration of involuntary TST.  Inmate has no contraindications for the TST and has been administered the TST in the three previous years in BEMR.  Conflict avoidance was successful and inmate did submit to hand restraints.  Inmate was escorted to the range by custody and a TST was administered in the left forearm without incident.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by DeLeon, Dan RN/IDC on 09/09/2010 10:01
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Alama, F. MLP.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: HILL, DAVID | Sex: | M | Reg #: | 12585-007 |
|---|---|---|---|---|
| Date of Birth: 05/16/1971 | Provider: | DeLeon, Dan RN/IDC | Race: | BLACK |
| Encounter Date: 09/09/2010 09:56 | | | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 09/09/2010 13:42.


Reviewed by Alama, F. MLP on 09/13/2010 10:29.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: HILL, DAVID | Sex: M | Reg #: 12585-007 |
|---|---|---|
| Date of Birth: 05/16/1971 | Provider: DeLeon, Dan RN/IDC | Race: BLACK |
| Note Date: 09/09/2010 08:43 | | Facility: LEW |

Admin Note encounter performed at Special Housing Unit.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** DeLeon, Dan RN/IDC

        Refused TST for the second time.  Approached with LT Hepner.  No contraindications exist for the TST.  Has taken the TST in last three years


**Copay Required:** No       **Cosign Required:** Yes
**Telephone/Verbal Order:** No


Completed by DeLeon, Dan RN/IDC on 09/09/2010 08:45
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Alama, F. MLP.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | HILL, DAVID | | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: | M | | Race: | BLACK |
| Encounter Date: | 09/09/2010 08:43 | Provider: | DeLeon, Dan RN/IDC | | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 09/09/2010 09:48.

Reviewed by Alama, F. MLP on 09/13/2010 10:29.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: M | Race | BLACK |
| Note Date: | 09/01/2010 08:08 | Provider: DeLeon, Dan RN/IDC | Facility: | LEW |

Follow-up encounter performed at Special Housing Unit.

**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**          **Provider:** DeLeon, Dan RN/IDC

Stopped during sick call/pill line.  C/O of neck and back pain:  "The team was rough on me yesterday."  Observed in cell, gets down from upper bunk without difficulty, ambulates to cell without difficulty and leans head toward edge of door to communicate without diffficulty.  No open areas noted, no swelling of hands noted, FROM bilat hands and wrists.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by DeLeon, Dan RN/IDC on 09/01/2010 08:11
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Alama, F. MLP.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: BLACK |
| Encounter Date: | 09/01/2010 08:08 | Provider: | DeLeon, Dan RN/IDC | Facility: LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 09/02/2010 10:15.

Reviewed by Alama, F. MLP on 01/31/2011 10:07.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  HILL, DAVID | Sex:  M | Reg #:  12585-007 |
| Date of Birth:  05/16/1971 | Provider:  Hemphill, J. PA-C | Race:  BLACK |
| Encounter Date: 08/31/2010 12:17 | | Facility:  LEW |

Injury Assessment-Not Work Related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**INJURY  1**     **Provider:**  Hemphill, J. PA-C

    **Date of Injury:**     08/31/2010 10:20     **Date Reported for Treatment:**     08/31/2010 10:20

    **Work Related:**     No     **Work Assignment:**     UNASSG

    **Where Did Injury Happen (Be specific as to location):**

        D Block, 1rst floor shower

    **Cause of Injury (Inmate's Statement of how injury occurred):**

        no injuries observed

    **Symptoms (as reported by inmate):**

        no injuries reported.

**OBJECTIVE:**

**Exam:**

  **General**

    **Appearance/Nutrition**

      Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes)

    **Affect**

      Flat (yes)

  **Peripheral Vascular**

    upper and lower extremity circulation intact.

**ASSESSMENT:**

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Other medical exam for administrative purposes | V70.3 | Current | 06/22/2010 | Recurrence | Temporary/Acute |

**PLAN:**

**Disposition:**

  Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/31/2010 | Not Done | | Hemphill, J. | No Participation |

| | |
|---|---|
| Inmate Name: HILL, DAVID | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Race: BLACK |
| Encounter Date: 08/31/2010 12:17 | Facility: LEW |
| Sex: M | |
| Provider: Hemphill, J. PA-C | |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  No


Completed by Hemphill, J. PA-C on 08/31/2010 12:22

Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/31/2010 12:17 | Provider: | Hemphill, J. PA-C | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 09/02/2010 10:09.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | HILL, DAVID | | | Reg.# | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Note Date: | 08/03/2010 13:36 | Provider: | Alama, F. MLP | Facility: | LEW |

Admin Note encounter performed at Special Housing Unit.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE  1**    **Provider:** Alama, F. MLP

       Seen this inmate for Toe Nail problem. He's able to cut his toenails with Clipper.
       He shows relief from the pressure.


**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:** No


Completed by Alama, F. MLP on 08/03/2010 13:39
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: HILL, DAVID | Sex: M | Reg #: 12585-007 |
|---|---|---|
| Date of Birth: 05/16/1971 | Provider: Alama, F. MLP | Race: BLACK |
| Encounter Date: 08/03/2010 13:36 | | Facility: LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 08/03/2010 14:32.

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Note Date: | 07/23/2010 12:50 | Provider: | Masser, K. Admin Asst | Facility: | LEW |

Admin Note encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE  1**     **Provider:** Masser, K. Admin Asst

       Issued one pair of Unicor institutional eye glasses.

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Masser, K. Admin Asst on 07/23/2010 12:51

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg#: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Note Date: | 07/14/2010 12:33 | Provider: | Navarro, I. MLP | Facility: | LEW |

Admin Note encounter performed at Special Housing Unit.

**Administrative Notes:**

> **ADMINISTRATIVE NOTE  1**      **Provider:** Navarro, I. MLP
>
> Patient request refill of asthma inhaler. Hx of asthma since 6/27/2002

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 36857-LEW | Albuterol Inhaler HFA (18 GM) 90 mcg | 07/14/2010 12:33 | Inhale 2 puffs four times daily as needed x 90 day(s) |

**Indication:** Respiratory disease (chronic) NOS

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Navarro, I. MLP on 07/14/2010 12:39

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: HILL, DAVID | Sex: M | Reg #: 12585-007 |
|---|---|---|
| Date of Birth: 05/16/1971 | | Race: BLACK |
| Encounter Date: 06/24/2010 06:00 | Provider: Fasciana, Francis MLP | Facility: LEW |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Fasciana, Francis MLP

        **Chief Complaint:**   No Complaint(s)

        **Subjective:**   - Inmate in 4-point restraints.
               - Voices no complaints at this time.
               - Refers being in restraints " because I don't want to take on a cellmate."
               - Refers has been drinking water and eating daily.

        **Pain Location:**

        **Pain Scale:**

        **Pain Qualities:**

        **History of Trauma:**

        **Onset:**

        **Duration:**

        **Exacerbating Factors:**

        **Relieving Factors:**

        **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/24/2010 | 09:01 LEW | 75 | Radial | | Fasciana, Francis MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/24/2010 | 09:01 LEW | 16 | Fasciana, Francis MLP |

**Exam:**

    **General**

        **Appearance/Nutrition**

            Appears Well (yes), NAD (yes), WD/WN (yes), Alert and Oriented x 3 (yes)

        **Affect**

            Pleasant (yes), Cooperative (yes)

    **Peripheral Vascular**

        **Arms**

            Radial Pulse Normal (yes), Capillary Refill Normal (yes)

        **Legs**

            Capillary Refill Normal (yes)

**ASSESSMENT:**

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|

**Attachment B**

# Bureau of Prisons
## Health Services
## Health Problems

Reg #: 12585-007                                                        Inmate Name: HILL, DAVID

| Description | Type | ICD | Diag. Date | Status | Status Date | Comments |
|---|---|---|---|---|---|---|
| Dermatophytosis of nail (Tinea unguium) 10/22/2010 14:11 EST  Alama, F. MLP | Chronic | 110.1 | 10/22/2010 | Current | 10/22/2010 | |
| Other chronic pain 08/18/2008 12:28 EST  Naeem, Mohammad MLP | Chronic | 338.29 | 08/18/2008 | Current | 08/18/2008 | |
| Infection by other and unspecified mycoses 06/06/2008 17:31 EST  Allred, David DO CD | Chronic | 117.9 | 06/06/2008 | Current | 06/06/2008 | general oncomycosis of toenails. |
| Other specified general medical examination 12/03/2010 11:02 EST  Alama, F. MLP | Temporary/Acute | V70.8 | 12/03/2010 | Current | 12/03/2010 | |
| Other medical exam for administrative purposes 06/22/2010 10:05 EST  Navarro, I. MLP | Temporary/Acute | V70.3 | 06/22/2010 | Current | 06/22/2010 | |
| Other medical exam for administrative purposes 02/05/2010 13:22 EST  Navarro, I. MLP | Temporary/Acute | V70.3 | 02/05/2010 | Current | 02/05/2010 | |
| Other medical exam for administrative purposes 01/19/2010 13:54 EST  Navarro, I. MLP | Temporary/Acute | V70.3 | 01/19/2010 | Current | 01/19/2010 | Patient in ambulatory restraints |
| Other medical exam for administrative purposes 01/04/2010 09:50 EST  Alama, F. MLP | Temporary/Acute | V70.3 | 01/04/2010 | Current | 01/04/2010 | |
| Other medical exam for administrative purposes 12/02/2009 10:06 EST  Navarro, I. MLP | Temporary/Acute | V70.3 | 12/02/2009 | Current | 12/02/2009 | |
| Respiratory disease (chronic) NOS 09/21/2009 10:34 EST  Hemphill, J. PA-C | Temporary/Acute | 519.9 | 09/21/2009 | Current | 09/21/2009 | |
| Fractured restorative material w loss material 01/07/2009 12:40 EST  Highsmith, S. K. DMD | Temporary/Acute | 525.64 | 01/07/2009 | Current | 01/07/2009 | |

Reg #: 12585-007                          Inmate Name:  HILL, DAVID

| Description | Type | ICD | Diag. Date | Status | Status Date | Comments |
|---|---|---|---|---|---|---|
| Dental caries extending into dentine 07/10/2008 17:06 EST  Buttermore, Julia DMD  Temporary/Acute CDO | | 521.02 | 07/10/2008 | Current | 07/10/2008 | Rev. H/HX, NSF |
| Other specified examination 05/08/2008 11:42 EST  Allred, David DO CD  History/Resolved | | V72.85 | 05/08/2008 | Resolved | 05/08/2008 | normal examination; no evidence of trauma of any sort. |

**Total: 13**

**Attachment C**

# Bureau of Prisons
## Health Services
## Medication Summary
## Historical

| | | |
|---|---|---|
| **Complex:** LEW--LEWISBURG USP | **Begin Date:** 06/01/2011 | **End Date:** 11/16/2011 |
| **Inmate:** HILL, DAVID | **Reg #:** 12585-007 | **Quarter:** C02-213L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**          Denied

## Active Prescriptions

Albuterol Inhaler HFA (6.7 GM) 90mcg
shake well and Inhale 2 puffs by mouth up to four times daily as needed
**Rx#:** 69724-LEW      **Doctor:** Hemphill, J. PA-C
**Start:** 05/16/11      **Exp:** 08/14/11                    **Pharmacy Dispensings:** 20.1 GM in 184 days

Albuterol Inhaler HFA (6.7 GM) 90mcg
shake well and Inhale 2 puffs by mouth up to four times daily as needed
**Rx#:** 82525-LEW      **Doctor:** Zook, Kenneth PA-C
**Start:** 11/10/11      **Exp:** 02/08/12                    **Pharmacy Dispensings:** 6.7 GM in 6 days

Ibuprofen 600 MG Tab
Take one tablet by mouth three times daily with food as needed for pain
**Rx#:** 71219-LEW      **Doctor:** Hemphill, J. PA-C
**Start:** 06/06/11      **Exp:** 07/06/11                    **Pharmacy Dispensings:** 30 TAB in 163 days

Ibuprofen 600 MG Tab
Take one tablet by mouth three times daily with food as needed for pain
**Rx#:** 75058-LEW      **Doctor:** Hemphill, J. PA-C
**Start:** 07/28/11      **Exp:** 08/27/11                    **Pharmacy Dispensings:** 90 TAB in 111 days

**Attachment D**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M   Race:BLACK | Facility: | LEW |
| Note Date: | 01/26/2011 05:13 | Provider: | Hemphill, J. PA-C | Unit: | D03 |

Medication Renewal/Review encounter performed at Special Housing Unit.
Administrative Notes:

    ADMINISTRATIVE NOTE  1      Provider: Hemphill, J. PA-C

    Medication Renewal:  albuterol inhaler.

Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 55728-LEW | Albuterol Inhaler HFA (6.7 GM) 90mcg . | 01/26/2011 05:13 | shake well and inhale 2 puffs by mouth up to four times daily as needed x 90 day(s) |

      Indication: Respiratory disease (chronic) NOS

Copay Required: No        Cosign Required: Yes
Telephone/Verbal Order:  No

Completed by Hemphill, J. PA-C on 01/26/2011 05:14
Requested to be cosigned by .Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | | Race: | BLACK |
| Date of Birth: | 05/16/1971 | | Sex: | M | Facility: | LEW |
| Encounter Date: | 01/26/2011 05:13 | | Provider: | Hemphill, J. PA-C | | |

Cosigned by Pigos, Kevin MD/Clinical Director on 01/26/2011 09:12.

**Attachment E**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | | |
| Date of Birth: | 05/16/1971 | Sex: | M    Race: BLACK | Facility: | LEW |
| Note Date: | 06/06/2011 11:26 | Provider: | Hemphill, J. PA-C | Unit: | D03 |

Medication Renewal/Review encounter performed at Special Housing Unit.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Hemphill, J. PA-C
        Medication Renewal.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 57852-LEW | Ibuprofen 600 MG Tab | 06/06/2011 11:26 | Take one tablet by mouth three times daily with food as needed for pain x 30 day(s) -- refill x 2 |

      **Indication:** Other chronic pain

**Copay Required:** No      **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Hemphill, J. PA-C on 06/06/2011 11:27
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.