**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/06/2011 11:26 | Provider: | Hemphill, J. PA-C | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 06/07/2011 09:59.

**Attachment F**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M    Race: BLACK | Facility: | LEW |
| Note Date: | 11/15/2011 14:05 | Provider: | Zook, Kenneth PA-C | Unit: | C02 |

Medication Renewal/Review encounter performed at Special Housing Unit.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1      Provider:** Zook, Kenneth PA-C

    med renewal - chronic pain, itchy/burning feet

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Miconazole Cream 2% | 11/15/2011 14:05 | 1/4" ribbon Topically  -Two Times a Day x 6 day(s) -- apply to clean dry skin in affected area of foot |

        **Indication:** Infection by other and unspecified mycoses

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 75058-LEW | Ibuprofen 600 MG Tab | 11/15/2011 14:05 | Take one tablet by mouth three times daily with food as needed for pain x 30 day(s) |

        **Indication:** Other chronic pain

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**  No

Completed by Zook, Kenneth PA-C on 11/15/2011 14:07
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: | M    Race:BLACK | Facility: | LEW |
| Note Date: | 11/10/2011 12:23 | Provider: | Zook, Kenneth PA-C | Unit: | C02 |

Medication Renewal/Review encounter performed at Special Housing Unit.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**          **Provider:** Zook, Kenneth PA-C

Patient has mild asthma.  Rx for inhaler is expired.  Requests renewal.  No acute symptoms.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 69724-LEW | Albuterol Inhaler HFA (6.7 GM) 90mcg | 11/10/2011 12:23 | shake well and Inhale 2 puffs by mouth up to four times daily as needed x 90 day(s) |

**Indication:** Respiratory disease (chronic) NOS

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Zook, Kenneth PA-C on 11/10/2011 12:25
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: M | Race: | BLACK |
| Encounter Date: | 11/10/2011 12:23 | Provider: Zook, Kenneth PA-C | Facility: | LEW |

**Cosigned by Pigos, Kevin MD/Clinical Director on 11/10/2011 14:45.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex:    M    Race:BLACK | Facility: | LEW |
| Note Date: | 10/07/2011 09:09 | Provider:   Peoria, M. PA-C | Unit: | C03 |

Sick Call/Triage encounter performed at Special Housing Unit.

**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**          **Provider:** Peoria, M. PA-C
        C-block s/c cop-out dated 10/3/2011.  C/O lower back pain, requests an appointment with the doctor.


**Disposition:**

   Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/07/2011 | Counseling | Access to Care | Peoria, M. | No Participation |

        Will inform patient that his request for an appointment with the physician for LBP is denied.  He should
        generate a sick call cop-out to his PCP.


**Copay Required:** No                    **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No


Completed by Peoria, M. PA-C on 10/07/2011 09:15
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/07/2011 09:09 | Provider: | Peoria, M. PA-C | Facility: | LEW |

**Cosigned by Pigos, Kevin MD/Clinical Director on 10/07/2011 12:43.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M     Race: BLACK | Facility: | LEW |
| Note Date: | 10/06/2011 11:54 | Provider: | Snyder, S. HIT | Unit: | C03 |

Admin Note encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Snyder, S. HIT

      Received copy of clinical encounter dated 9/22/10.


**Copay Required:** No      **Cosign Required:** No

**Telephone/Verbal Order:**   No


Completed by Snyder, S. HIT on 10/06/2011 11:55

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M    Race: BLACK | Facility: | LEW |
| Note Date: | 07/28/2011 12:06 | Provider: | Hemphill, J. PA-C | Unit: | D01 |

Sick Call/Triage encounter performed at Special Housing Unit.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** Hemphill, J. PA-C
        Medication Renewal.

**Renew Medication Orders:**

| <u>Rx#</u> | <u>Medication</u> | <u>Order Date</u> | <u>Prescriber Order</u> |
|---|---|---|---|
| 71219-LEW | Ibuprofen 600 MG Tab | 07/28/2011 12:06 | Take one tablet by mouth three times daily with food as needed for pain x 30 day(s) |

        **Indication:** Other chronic pain

**Copay Required:** No      **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Hemphill, J. PA-C on 07/28/2011 12:09
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/28/2011 12:06 | Provider: | Hemphill, J. PA-C | Facility: | LEW |

**Cosigned by Pigos, Kevin MD/Clinical Director on 07/28/2011 14:50.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  HILL, DAVID | | Reg #:  12585-007 |
| Date of Birth:  05/16/1971 | Sex:  M   Race:  BLACK | Facility:  LEW |
| Encounter Date: 07/27/2011 16:00 | Provider:  Brenneman, William RN | Unit:  D01 |

Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Brenneman, William RN

**Chief Complaint:** No Complaint(s)
**Subjective:**   Inmate evaluated due to being in ambulatory restraints.
**Pain Location:**
**Pain Scale:**  0
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**


**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/27/2011 | 16:00 LEW | 84 | Radial | Regular | Brenneman, William RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/27/2011 | 16:00 LEW | 14 | Brenneman, William RN |

**Exam:**
**General**
**Appearance/Nutrition**
Yes: Appears Well, NAD, WD/WN, Alert and Oriented x 3
**Affect**
Yes: Cooperative
**Pulmonary**
**Observation/Inspection**
Yes: Normal
**Cardiovascular**
**Observation**
Yes: Normal Rate, Regular Rhythm
**Peripheral Vascular**
**Arms**
Yes: Radial Pulse Normal, Capillary Refill Normal
**Legs**
Yes: Dorsalis Pedis Normal, Capillary Refill Normal

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

| | | |
|---|---|---|
| Inmate Name:  HILL, DAVID | | Reg #:  12585-007 |
| Date of Birth:  05/16/1971 | Sex:  M  Race:  BLACK | Facility:  LEW |
| Encounter Date:  07/27/2011 16:00 | Provider:  Brenneman, William RN | Unit:  D01 |

## PLAN:

**Disposition:**

Discharged to Housing Unit-No Restrictions

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/27/2011 | Counseling | Access to Care | Brenneman, William | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Brenneman, Wiilliam RN on 07/27/2011 16:51
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: M | Race: | BLACK |
| Encounter Date: | 07/27/2011 16:00 | Provider: Brenneman, William RN | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 07/28/2011 09:21.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
|---|---|---|
| Date of Birth: 05/16/1971 | Sex: M  Race: BLACK | Facility: LEW |
| Encounter Date: 07/27/2011 13:34 | Provider: Ladisic, Heather RN | Unit: D01 |

Injury Assessment-Not Work Related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**INJURY  1      Provider:** Ladisic, Heather RN

**Date of Injury:**      07/27/2011 13:34      **Date Reported for Treatment:**      07/27/2011 13:50

**Work Related:**      No      **Work Assignment:**      UNASSG

**Pain Location:**

**Pain Scale:**   Unavailable

**Pain Qualities:**

**Where Did Injury Happen (Be specific as to location):**

   D block cell 204

**Cause of Injury (Inmate's Statement of how injury occurred):**

   None stated

**Symptoms (as reported by inmate):**

   None reported

**OBJECTIVE:**

**Pulse:**

| <u>Date</u> | <u>Time</u> | <u>Rate Per Minute</u> | <u>Location</u> | <u>Rhythm</u> | <u>Provider</u> |
|---|---|---|---|---|---|
| 07/27/2011 | 13:50 LEW | 96 | Radial | Regular | Ladisic, Heather RN |

**Respirations:**

| <u>Date</u> | <u>Time</u> | <u>Rate Per Minute</u> | <u>Provider</u> |
|---|---|---|---|
| 07/27/2011 | 13:50 LEW | 22 | Ladisic, Heather RN |

**Exam:**

**General**

   **Appearance/Nutrition**

      Yes: Appears Well, NAD, WD/WN, Alert and Oriented x 3

      No: Dyspneic, Appears in Pain, Writhing in Pain, Appears in Distress, Pale, Diaphoretic

   **Affect**

      Yes: Flat

**Pulmonary**

   **Observation/Inspection**

      Yes: Normal

      No: Respiratory Distress

**Cardiovascular**

   **Observation**

      Yes: Normal Rate, Regular Rhythm

**Peripheral Vascular**

   **Arms**

      Yes: Radial Pulse Normal, Capillary Refill Normal

   **Legs**

      Yes: Dorsalis Pedis Normal, Capillary Refill Normal

**ASSESSMENT:**

| | | | | |
|---|---|---|---|---|
| Inmate Name: HILL, DAVID | | | | Reg #:   12585-007 |
| Date of Birth:   05/16/1971 | Sex: | M | Race:  BLACK | Facility:   LEW |
| Encounter Date: 07/27/2011 13:34 | Provider: | Ladisic, Heather RN | | Unit:   D01 |

No Significant Findings/No Apparent Distress

I/M placed into ambulatory restraints. Verbalized no medical complaints. No signs of trauma noted. Good distal pulses and capillary refill <2 seconds in all extremities.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Restraint checks

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/27/2011 | Not Done | | Ladisic, Heather | No Participation |

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No

Completed by Ladisic, Heather RN on 07/27/2011 14:01
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/27/2011 13:34 | Provider: | Ladisic, Heather RN | Facility: | LEW |

Cosigned by Pigos, Kevin MD/Clinical Director on 07/28/2011 11:44.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  HILL, DAVID | | Reg #:  12585-007 |
| Date of Birth:  05/16/1971 | Sex:  M   Race:  BLACK | Facility:  LEW |
| Encounter Date:  07/21/2011 13:30 | Provider:  Potter, L. EMT-P | Unit:  D01 |

Injury Assessment-Not Work Related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**INJURY 1**      **Provider:**   Potter, L. EMT-P

**Date of Injury:**   07/21/2011 13:30        **Date Reported for Treatment:**      07/21/2011 13:30

**Work Related:**      No           **Work Assignment:**     UNASSG

**Pain Location:**

**Pain Scale:**    0

**Pain Qualities:**

**Where Did Injury Happen (Be specific as to location):**

  Unknown

**Cause of Injury (Inmate's Statement of how injury occurred):**

  Checked for SIS

**Symptoms (as reported by inmate):**

  No comments made


**OBJECTIVE:**

**Exam:**

**General**

**Appearance/Nutrition**

Yes: Appears Well, NAD, WD/WN, Alert and Oriented x 3

No: Lethargic, Obtunded, Stuporous, Appears in Pain, Appears in Distress, Disheveled, Unkempt, Acutely Ill

**Affect**

Yes: Flat

No: Cooperative

Use of force team used to remove I/N from cell.  Injury assessment report done.  No signs of trauma noted.  I/M did not verbalized any medical complaints. I/M returned to cell without incident.

**ASSESSMENT:**

No Significant Findings/No Apparent Distress


**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/21/2011 | Not Done | | Potter, L. | No Participation |

| | | | |
|---|---|---|---|
| Inmate Name:   HILL, DAVID | | | Reg #:      12585-007 |
| Date of Birth:   05/16/1971 | Sex:      M    Race:   BLACK | | Facility:   LEW |
| Encounter Date:  07/21/2011 13:30 | Provider:   Potter, L. EMT-P | | Unit:       D01 |

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Potter, L. EMT-P on 07/21/2011 13:45
Requested to be cosigned by  Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/21/2011 13:30 | | Provider: | Potter, L. EMT-P | Facility: | LEW |

Cosigned by Santos, Elizabete D.O. on 07/22/2011 08:40.

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M    Race:BLACK | Facility: | LEW |
| Note Date: | 07/11/2011 09:59 | Provider: | Snyder, S. HIT | Unit: | D03 |

Admin Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**       **Provider:** Snyder, S. HIT
Inmate recevied copies of clnical encounters dated 12/2/10 and 12/3/10.


**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No


Completed by Snyder, S. HIT on 07/11/2011 10:00

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: BLACK | Facility: | LEW |
| Note Date: | 06/06/2011 11:26 | Provider: | Hemphill, J. PA-C | | Unit: | D03 |

Medication Renewal/Review encounter performed at Special Housing Unit.
**Administrative Notes:**

>    **ADMINISTRATIVE NOTE   1**          Provider: Hemphill, J. PA-C
>        Medication Renewal.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 57852-LEW | Ibuprofen 600 MG Tab | 06/06/2011 11:26 | Take one tablet by mouth three times daily with food as needed for pain x 30 day(s) -- refill x 2 |

>          **Indication:** Other chronic pain

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Hemphill, J. PA-C on 06/06/2011 11:27
Requested to be cosigned by Pigos, Kevin MD/Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/06/2011 11:26 | Provider: | Hemphill, J. PA-C | Facility: | LEW |

**Cosigned by Pigos, Kevin MD/Clinical Director on 06/07/2011 09:59.**

UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF PENNSYLVANIA - DISTRICT

DAVID E. HILL
      PLAINTIFF              CIVIL NO. 3: CV-11-1609

     V.                        (CONABOY, J.)

HARLEY LAPPIN, et. al.,
      DEFENDANT


CERTIFICATE OF SERVICE

A TRUE COPY HAS BEEN MAILED TO THE U.S. ATTORNEY
OFFICE AT 228 WALNUT STREET, P.O. BOX. 11754
HARRISBURG, PA. 17108-1754, THIS 6th     OF MARCH 2012

ATTACHED EXHIBIT TO BRIEF IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION
TO DISMISS AND FOR SUMMARY JUDGMENT

ADDRESSEE!

WESLEY P. PAGE
ASSISTANT U.S. ATTORNEY
228 WALNUT STREET
P.O. BOX. 11754
HARRISBURG, PA. 17108

                               DAVID E. HILL