```
              IN THE UNITED STATES DISTRICT COURT
                           FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA


DAVID E. HILL,                       :
                                     :
          Plaintiff                  :
                                     :
     v.                              :   CIVIL NO. 3:CV-11-1609
                                     :
HARLEY LAPPIN, ET AL.,               :   (Judge Conaboy)
                                     :
          Defendants                 :
```
___

### ORDER

AND NOW, THIS 30th DAY OF SEPTEMBER, 2016, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. Remaining Defendants' motion for summary judgment (Doc. 108) is **PARTIALLY GRANTED**.
2. Summary judgment is **GRANTED** in favor of Remaining Defendants Regional Director Norwood and Lieutenant McFadden
3. The motion for summary judgment will be **DENIED** with regards to that there was no legitimate basis for Hill's placement in four point restraints and that he was kept in the restraints for an excessive period without being afforded access to a bathroom.

1

4. A status conference shall be scheduled by the Court.

                                      <u>S/Richard P. Conaboy</u>
                                      Richard P. Conaboy
                                      United States District Judge