DJF:TSJ:dpo

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID E. HILL,** | : | **CIVIL NO. 3:cv-11-1609** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **(Conaboy, J.)** |
| | : | |
| **HARLEY LAPPIN, et al.,** | : | |
| **Defendants** | : | **Filed Electronically** |

## DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, B. Bledsoe, and Lieutenants J. Hepner, M. Saylor, M. Edinger, and P. Carrasquillo, by and through their counsel, who respectfully submit a motion to strike Plaintiff's Motion for Summary Judgment (Doc. 138) pursuant to Fed. R. Civ. P. 12(f). A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has not sought Plaintiff's concurrence with this motion pursuant to M.D. Pa. L.R. 7.1 because Plaintiff is a federal prisoner proceeding pro se.

Respectfully submitted,

DAVID J. FREED
United States Attorney

/s/ Timothy Judge
TIMOTHY JUDGE
Assistant U.S. Attorney
PA 203821
Donald P. Osborne
Paralegal Specialist
235 North Washington Street
Scranton, PA, 18503
Phone:  (570) 348-2800
Facsimile:  (570) 348-2037
Timothy.Judge@usdoj.gov

Dated:  July 16, 2018

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID E. HILL,** | **:** | **CIVIL NO. 3:cv-11-1609** |
| **Plaintiff** | **:** | |
| | **:** | |
| **v.** | **:** | **(Conaboy, J.)** |
| | **:** | |
| **HARLEY LAPPIN, et al.,** | **:** | |
| **Defendants** | **:** | **Filed Electronically** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.  That this 16th day of July, 2018, he served a copy of the attached

## DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Scranton, Pennsylvania.

ADDRESSEE:

David E. Hill
Reg. No. 12585-007
USP Florence High
PO Box 7000
Florence, CO  81226

/s Donald P. Osborne
Donald P. Osborne
Paralegal Specialist