# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID E. HILL, | No. 3:11-CV-01609 |
| Plaintiff, | (Senior Judge Rambo) |
| v. | |
| HARLEY LAPPIN, et al., | |
| Defendants. | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Hill's motions *in limine* (Doc. 161, 171) are **GRANTED IN PART** and **DENIED IN PART**;

2. Evidence related to Hill's prior criminal convictions and the facts underlying them, as well as Hill's places of incarceration, length of current sentence, or restrictions during confinement shall be excluded from trial. Furthermore, Remaining Defendants are conditionally barred from introducing evidence of Hill's disciplinary history.

3. Remaining Defendants are permitted to introduce evidence that Hill was confined to the SMU during the relevant period and evidence related to Hill's conduct between June 22, 2010, and June 24, 2010, but only to the

extent that Remaining Defendants knew of, and relied upon, that information in determining whether to place and maintain Hill in four-point restraints.

                                                 s/Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge

Dated: June 25, 2019