IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID E. HILL,
    Plaintiff

v.

HARLEY LAPPIN, *et al.*,
    Defendants

No. 3:11-cv-1609

(Judge Rambo)

# ORDER

**AND NOW**, on this 17th day of October 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for reassignment (Doc. No. 212) is **DENIED**;

2. Plaintiff's motion to alter or amend judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Doc. No. 213) is **GRANTED**;

3. In light of the grant of Plaintiff's Rule 59(e) motion, his motions pursuant to Rule 60(b) (Doc. Nos. 214, 217) are **DENIED AS MOOT**;

4. The Court's July 19, 2019 Order dismissing the above-captioned case with prejudice (Doc. No. 208) is **VACATED**;

5. The Clerk of Court is **DIRECTED** to reopen the above-captioned case; and

6. The Court will issue a separate Order scheduling this matter for a jury trial on Plaintiff's remaining claims.

                                    S/Sylvia H. Rambo
                                    SYLVIA H. RAMBO
                                    United States District Judge