# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID E. HILL, | : | |
|     Plaintiff | : | |
| | : | No. 3:11-cv-1609 |
| v. | : | |
| | : | (Judge Rambo) |
| HARLEY LAPPIN, *et al.*, | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 6th day of November 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Plaintiff's motion for recusal (Doc. No. 230) is **DENIED**.

                                                          s/Sylvia H. Rambo
                                                          Sylvia H. Rambo
                                                          United States District Judge