# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID E. HILL,** | : | |
| **Plaintiff** | : | |
| | : | **No. 3:11-cv-1609** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **HARLEY LAPPIN,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 22nd day of January 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Plaintiff's motion for recusal (Doc. No. 240) is **DENIED**.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge