IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT PENNSYLVANI

DAVID E. HILL

    VS              CIV. NO. 3:CV-11-1609

HARLEY LAPPIN, et. al.

MOTION FOR EXTENSION OF TIME

COMES NOW, DAVID HILL, PURSUANT TO FED. R. CIV. P. 6(b)(1)(B), RESPECTFULLY REQUEST A EXTENSION OF TIME TO FILE A MOTION FOR DISCOVERY SANCTIONS AND ACCEPT THE ATTACHED MOTION WITH SUPPORTING BRIEF. PURSUANT TO L.R. 7.5 A BRIEF IS ATTACHED.

FILED
SCRANTON
FEB 18 2020
PER _____ DEPUTY CLERK

1.

CERTIFICATE OF SERVICE

(1)
A COPY HAS BEEN MAILED TO TIMOTHY JUDGE, U.S. ATTORNEY'S OFFICE, 228 WALNUT STREET, SUITE 220, P.O. BOX. 11754. HARRISBURG, PA. 17108-1754. THIS

DAVID E. HILL, 12585-007
U.S.P. FLORENCE-MAX
P.O. BOX. 8500
FLORENCE, CO. 81226

2.

