IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT PENNSYLVANIA

DAVID E. HILL

VS.                             CIV. NO. 3: CV-11-1609

HARLEY LAPPIN

PLAINTIFF'S MOTION FOR DISCOVERY SANCTIONS

COMES NOW, DAVID E. HILL, PURSUANT TO FED. R. CIV. P. 37(b)(2)(A), ASK THE COURT TO SANCTION DEFENDANTS FOR DISCOVERY ABUSE AND FOR IMPEDING THE DISCOVERY PROCESS. PURSUANT TO L.R. 7.5, A BRIEF IS FILED AND ATTACHED TO THIS MOTION.

FILED
SCRANTON
FEB 18 2020
PER ___BF___
DEPUTY CLERK

1.

