Judge SYLVIA H. RAMBO
U.S. DISTRICT COURT
235 N. WASHINGTON AVE
P.O. BOX 1148
SCRANTON, PA. 18501-1148

FILED
SCRANTON
FEB 24 2020
PER _____
DEPUTY CLERK

CIV. No. 3: CV-11-1609
2-14-2020

MS. RAMBO!

YOU GAVE A ORDER THAT PRETRIAL MOTIONS TO BE FILED by JANUARY 31, 2020. ON JANUARY 24, 2020, DEFENDANT'S FILED A DECLARATION FROM J. HEPNER DATED ~~THAT IS~~ July 19, 2019, CLAIMING THAT HE WAS AWARE THAT I ASSAULTED STAFF IN EARLY 2020 by SPITTING ON THEM AND THAT RELIED ON MY DISCIPLINARY HISTORY TO PLACE ME INTO 4-POINT RESTRAINTS ON JUNE 22, 2010 THROUGH JUNE 24, 2010, BASED ON THIS SUB-

1.

MISSION I RECIEVED ON FEBRUARY 6, 2020) I NEED A EXTENSION OF TIME TO FILE A RESPONSE AND WE ARE CURRENTLY ON LOCK DOWN IN THIS UNIT DUE TO A FIGHT AND I DON'T KNOW WHEN WE WILL BE ABLE TO COME OUT OF OUR CELL'S TO USE THE COMPUTER'S. IN ADDITION, I DON'T HAVE MONEY TO BUY STAMPS OR LEGAL ENVELOPES AND I DON'T KNOW WHEN I WILL GET STAMPS TO MAIL MY DOCUMENTS AND I MAY HAVE'FT BRING THE PRELIMINARY MOTIONS TO YOU. UNDER THESE CIRCUMSTANCES I NEED A EXTENSION OF TIME TO FILE PRETRIAL MOTIONS. UNTIL MAY 11, 2020, LAST DAY FOR FILING MOTIONS.

2.

Fed. R. Civ. P. 6(b)(2)[1] permits a district court to extend the deadline for a motion paper for good cause if the party failed to act because of excusable neglect. Fed. R. Civ. P. 6(b)(2). At bottom, excusable neglect requires a demonstration of good faith on the part of the part of the party seeking an enlargement and some reasonable basis for noncompliance within the time specified in the rules. For Rule 6(b) purposes, excusable neglect is an elastic concept. In assessing whether a party's neglect is excusable, a court must take into account all relevant circumstances surrounding the party's omission, including

---

[1] See Fed R. Civ. P. 6(b)(1)(B).

3.

(1) THE DANGER OF PREJUDICE TO THE OTHER PARTY; (2) THE LENGTH OF THE DELAY AND ITS POTENTIAL IMPACT ON JUDICIAL PROCEEDINGS; (3) WHETHER THE CAUSE OF DELAY WAS WITHIN THE REASONABLE CONTROL OF THE MOVING PARTY; AND (4) WHETHER THE MOVANT ACTED IN GOOD FAITH. COURTS HAVE ALSO CONSIDERED THE DILIGENCE OF THE MOVING PARTY AS WELL AS WHETHER THE ASSERTED INADVERTENCE REFLECTS EITHER PROFESSIONAL INCOMPETENCE OR AN EASILY MANUFACTURED EXCUSE INCAPABLE OF VERIFICATION BY THE COURT. SEE KIMBERG V. UNIVERSITY OF SCRANTON, 411 FED. APPX 473, 477-78 (3d CIR. 2010); WHIPPLE

4.

v. TOBELINSKI, 604 F.3d. 778, 785 (3d. Cir. 2010)(SAME).

Here, I am formally submitting this motion for an extension of time to file pretrial motions to May 11, 2020. Defendant's filed submissions on January 24, 2020, and I did not get the documents until February 6, 2020. In addition, we are currently on lock down in this unit due to a fight and I don't know when I will be able to come out and use the computer. Furthermore, I do not have money to

5.

buy stamps and envelopes or when I will get stamps to mail my legal documents and therefore, I may have'ft to hand deliver the documents to the court on May 11, 2020. Good cause existed and excusable neglect is shown for filing pretrial motions after January 31, 2020.

6,

Courts hold pro se pleadings, to less stringent standards than formal pleadings drafted by a attorney. See ERICKSON V. PARDUS, 551 U.S. 89, 94 (2007). Courts are reluctant to dismiss the claims of a prisoner proceeding pro-se solely on procedural grounds Jones v. Brock, 549 U.S. 199, 216 (2007); Sealed Plaintiff v. Sealed Defendants, 537 F.3d 185, 191 (2d Cir. 2008)(court erred in threatening to dismiss pro se plaintiff's claims

7.

for deviation from formatting rules."; Briscoe v. Klaus, 538 F.3d 252, 263-64 (3d. Cir. 2008).

I need a extension of time to file pretrial motions up and until May 11, 2020 last day for filing.

12585-007
David E. Hill
U.S.P. Florence-Max
P.O. Box. 8500
Florence, CO. 81226



Name: HILL ONeil
Reg. No.: 12585-007
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

RECEIVED
SCRANTON

FEB 24 2020

PER _____
DEPUTY CLERK

LEGAL MAIL

CLERK OF COURT
U.S. DISTRICT COURT
235 N. WASHINGTON AVE
P.O. BOX 1148
SCRANTON, PA. 18501-1148