2-18-2020

Judge Sylvia H. Rambo

FILED
SCRANTON

FEB 2 5 2020

PER ___RF___
DEPUTY CLERK

Civ. No. 3: CV-11-1609

I REQUEST A EXTENSION OF TIME To Submit THE motion for DISCOVERY Abuse And Impeding THE DISCOVERY PROCESS. Pursuant to Fed. R. CIV. P. 6 (b)(1)(B). I Request A EXTension To present THE Attached Motions. we Are on locked down And I just discovered THAT defendant's did not provide THE full set of 15 minute checks between June 22, 2010 Through June 24, 2010.

I PREVIOUSLY WROTE THIS COURT INFORMING IT OF THIS SITUATION.

Argument

FED R. CIV. P. 6(b) REQUIRES MOTIONS, UNTIMELY UNDER FED. R. ~~????~~ CIV. P., TO BE FILED IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 6(b)(1)(B). THUS A PARTY MUST MAKE A FORMAL MOTION FOR EXTENSION OF TIME AND THE DISTRICT COURT MUST MAKE A FINDING OF EXCUSABLE NEGLECT, UNDER THE PIONEER FACTORS, BEFORE PERMITTING AN UNTIMELY MOTION. UNDER PIONEER THE EXCUSABLE NEGLECT INQUIRY MUST CONSIDER ALL RELEVANT CIRCUMSTANCES SUR-

rounding the party's omission. These include the danger of prejudice, the length of delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith. See Dripple v. Tobelinski, 604 F.3d. 778, 785 (3d Cir. 2010); Kimberg v. University of Scranton, 411 Fed. Appx. 473, 477-78 (3d. Cir. 2010)(same).

Name: Hill, David
Reg. No.: 12585-007
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

RECEIVED
SCRANTON

FEB 25 2020

Legal Mail

Judge Sylvia H. Rambo
U.S. District Court
235 N. Washington Ave
P.O. Box 1148
Scranton, PA. 18501-1148