IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID E. HILL,** | : | CIVIL ACTION NO. 3:11-CV-1609 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **HARRY LAPPIN,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 2nd day of April, 2020, upon consideration of the Motion (Doc. 310) for Enlargement of Time filed by Defendants Bledsoe, Hepner, Saylor, Edinger, and Carrasquillo, it is hereby ORDERED that the time in which the parties may file their pretrial memoranda is GRANTED. The parties shall file their pretrial memoranda no later than thirty days prior to trial.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania