IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT PENNSYLVANIA

DAVID E. HILL

    vs                           CIV. NO. 3:CV-11-1609

HARLEY LAPPIN, et al.

**PLAINTIFF'S MOTION TO EXCLUDE WITNESSES FROM THE COURTROOM DURING OTHER WITNESSES TESTIMONY**

COMES NOW, DAVID E. HILL, PURSUANT TO Fed. R. Evid 615, RESPECTFULLY REQUEST THIS COURT TO EXCLUDE ALL THE TESTIFYING WITNESSES FROM THE COURTROOM WHILE OTHER WITNESSES ARE TESTIFYING. PURSUANT TO L.R. 7.5. A BRIEF IS ATTACHED HERETO.

                                RESPECTFULLY Submitted

                                /s/ David E. Hill
                                DAVID E. HILL, 10585-007
                                U.S.P. FLORENCE - MAX.
                                P.O. BOX. 8500
                                FLORENCE, CO. 81226

1.

FILED
SCRANTON
APR 14 2020
PER _____
DEPUTY CLERK

Name: Hill, David
Reg No: 19585-007
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

RECEIVED
SCRANTON

APR 1 4 2020

PER_____
        DEPUTY CLERK

CLERK OF
U.S. DISTRICT C
235 NORTH WAS
P.O. BOX. 1148
SCRANTON, PA

LEGAL MAIL