IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID E. HILL**, | : | CIVIL ACTION NO. 3:11-CV-1609 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **HARLEY LAPPIN**, *et al.*, | : | |
| Defendants | : | |

# **ORDER**

AND NOW, this 30th day of June, 2020, upon consideration of Plaintiff David E. Hill's pending motions (Doc. Nos. 285, 287, 294, 295, 297, 299, 301, 305, 315, 317, 319), and the parties' respective briefs in support of and opposition to said motions, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Hill's motions for reconsideration (Doc. Nos. 297, 299, 301) are DENIED; and

2. In light of counsel's entry of appearance on behalf of Hill, Hill's remaining *pro se* motions (Doc. Nos. 285, 287, 294, 295, 305, 315, 317, 319) are DENIED WITHOUT PREJUDICE.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania