IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID E. HILL**, | : | CIVIL ACTION NO. 3:11-CV-1609 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **HARLEY LAPPIN**, *et al.*, | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 30th day of September, 2020, it appearing that the above-captioned civil action is ready for trial, it is hereby ORDERED that:

1. A telephonic pretrial scheduling conference shall commence at **10:45 a.m. on Tuesday, October 6, 2020**.

2. Counsel for plaintiff shall initiate the call to chambers at (717) 221-3945. At the time the call is placed, counsel for all parties shall be on the line and prepared to proceed.

3. In advance of the conference, counsel shall meet and confer to discuss the anticipated length of trial and attempt to reach an agreement on a proposed pretrial and trial schedule.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania