IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID E. HILL**, | : | CIVIL ACTION 3:11-CV-1609 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **HARLEY LAPPIN**, *et al.*, | : | |
| | : | |
| Defendants | : | |

### CASE MANAGEMENT ORDER

AND NOW, this 6th day of October, 2020, following a pretrial scheduling conference with counsel for all parties, it is hereby ORDERED that:

1. The following dates and deadlines shall govern the trial phase of the above-captioned civil action:

   | | |
   |---|---|
   | **Motions *in Limine*** *and* **Supporting Briefs:** | February 3, 2021 |
   | **Pretrial Memoranda:** | March 11, 2021 |
   | **Proposed *Voir Dire*:** | March 11, 2021 |
   | **Proposed Points for Charge:** | March 11, 2021 |
   | **Proposed Special Interrogatories and Verdict Forms:** | March 11, 2021 |
   | **Deposition Objections:** | March 11, 2021 |
   | **Pretrial Conference:** | March 18, 2021, at 1:00 p.m. |

2. Jury selection and trial shall commence at **9:30 a.m. on Monday, April 12, 2020**, in Courtroom #1, Ninth Floor, United States Courthouse and Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania. Counsel are ATTACHED for trial.

3. Trials will commence following completion of jury selection. Counsel should note that criminal matters scheduled for the same day will take priority and may delay the beginning of the civil trial list.

4. Counsel and *pro se* parties are responsible for reviewing the court's civil practice order as pertains to pretrial and trial matters.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania