IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID E. HILL**, | : | CIVIL ACTION NO. 3:11-CV-1609 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **HARLEY LAPPIN**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, on this 27th day of October, 2020, upon consideration of the remaining defendants' representation during the pretrial scheduling conference that the United States Attorney's Office is considering whether to file a motion for summary judgment pursuant to Ziglar v. Abbasi, 137 S. Ct. 1843 (2017), with respect to plaintiff David E. Hill's remaining claims regarding use of four-point restraints (Doc. 336), it is hereby ORDERED that the remaining defendants are directed to file either their motion for summary judgment or a status report indicating that they will not be filing such a motion within 21 days of the date of this order.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania