DJF:TSJ:mel

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID E. HILL, | : | No. 3:CV-11-1609 |
|     **Plaintiff** | : | |
| | : | |
| v. | : | (Conner, J.) |
| | : | |
| HARLEY LAPPIN, et al., | : | |
|     **Defendants** | : | Filed Electronically |

### EXHIBITS IN SUPPORT OF DEFENDANTS STATEMENT OF MATERIAL FACTS

    Respectfully submitted,

    DAVID J. FREED
    United States Attorney

    s/ Timothy Judge
    TIMOTHY JUDGE
    Assistant U.S. Attorney
    PA 203921
    Michele E. Lincalis
    Supv. Paralegal Specialist
    316 Federal Building
    240 West Third Street
    Williamsport, PA 17701
    Phone: (570)348-2800
    Facsimile: (570)348-2816

Dated: December 4, 2020      Timothy.Judge@usdoj.gov

**INDEX**

Fed. Bureau of Prisons, *Policy and Forms*,
Program Statement Number 5566.06 –
Use of Force and Application of Restraints ...................................................... Ex. A

Fed. Bureau of Prisons, *Policy and Forms*,
Program Statement Number 5270.09
Inmate Discipline Program ................................................................................ Ex. B

7/16/2014 Transcript, Deposition of David E. Hill ............................................ Ex. C

Declaration of J. Hepner .................................................................................... Ex. D

    Two Hour Lieutenant Logs
    Regarding restraint checks for June 22-24, 2010 ................................ Attach. 1

Declaration of Jonathan Kerr ............................................................................. Ex. E