UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID E. HILL, | : | No. 3:CV-11-1609 |
| Plaintiff | : | |
| | : | |
| v. | : | (Conner, J.) |
| | : | |
| HARLEY LAPPIN, et al., | : | |
| Defendants | : | Filed Electronically |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on December 4, 2020, she served a copy of the attached

**EXHIBITS IN SUPPORT OF DEFENDANTS STATEMENT OF MATERIAL FACTS**

by electronic service pursuant to Local Rule 5.7 and Standing Order 04-6, ¶12.2 to the following individual(s):

Addressee:

Amy B. Ernst
Pennsylvania Institutional Law Project
115 Farley Circle, Suite 110
Lewisburg, PA  17837
AErnst@pailp.org

Alexandra Morgan-Kurtz
Pennsylvania Institutional Law Project
100 Fifth Avenue, Suite 900
Pittsburgh, PA  15222
amorgan-kurtz@pailp.org

                                                           s/ Maureen A. Yeager
                                                           Maureen A. Yeager
                                                           Paralegal Specialist