IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID E. HILL**, | : | CIVIL ACTION NO. 3:11-CV-1609 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **HARLEY LAPPIN**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

    AND NOW, on this 27th day of January, 2021, upon consideration of plaintiff David E. Hill's motion to exceed page limits (Doc. 352) with respect to their brief in opposition to the remaining defendants' pending motion for summary judgment (Doc. 341), and the court finding good cause to allow Hill to exceed the page and word limitations set forth in Local Rule 7.8, it is hereby ORDERED that Hill's motion (Doc. 352) is GRANTED, and he may file a brief in opposition that does not exceed forty (40) pages.

                                      /S/ CHRISTOPHER C. CONNER
                                      Christopher C. Conner
                                      United States District Judge
                                      Middle District of Pennsylvania