# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID E. HILL**, | : CIVIL ACTION NO. 3:11-CV-1609 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **HARLEY LAPPIN**, *et al.*, | : |
| Defendants | : |

## **ORDER**

AND NOW, this 2nd day of June, 2021, upon consideration of the motion (Doc. 341) for summary judgment by defendants Bledsoe, Hepner, Saylor, Edinger, and Carrasquillo, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 341) for summary judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants B. Bledsoe, P. Carrasquilla, M. Edinger, J. Hepner, and M. Saylor, and against plaintiff David E. Hill.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania